```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
In re                             :    Case No. 10-11963 (CGM)
                                  :
SAINT VINCENTS CATHOLIC MEDICAL   :
CENTERS OF NEW YORK, et al.,      :    Chapter 11
                                  :
             Debtors.             :
                                  :
----------------------------------x
```

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Diana G. Adams, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Saint Vincents Catholic Medical Centers of New York, et al.:

1. Bestcare, Inc.
   3000 Hempstead Tpke., Suite 205
   Levittown, NY  11756
   Att:  Bernhard R. Schiel
   516-731-3770
   bschiel@bestcare.com

2. Consolidated Edison Company
   of New York, Inc.
   4 Irving Place, Room 1875S
   New York, NY  10003
   Att:  Leon Z. Mener
   212-460-2916
   MenerL@ConEd.com

3. McKesson Corporation
   400 Delran Parkway
   Delran, NJ  08075
   Att:  Ray Carlisi
   856-461-7800
   ray.carlisi@mckesson.com

1

4.  Medmal Trust Monitor
    c/o Richard S. Kanowitz, Esq.
    Cooley Godward Kronish LLP
    1114 Avenue of the Americas
    New York, New York 10036
    212-479-6167
    rkanowitz@cooley.com

5.  New York State Nurses Association
    120 Wall St.
    New York, NY  10005
    Att:  Thomas Jennings
    212-785-0157
    thomas.jennings@NYSNA.org

6.  Nursing Personnel Homecare
    175 S. 9th St.
    Brooklyn, NY  11206
    Att:  Moses Schlesinger
    917-674-0003
    moses.schlesinger@gmail.com

7.  1199 SEIU National Benefit Fund
    for Health and Human Services Employees
    330 West 42nd Street
    New York, NY  10036
    Att: Douglas Munson
    646-473-6400
    douglas.munson@1199funds.org

8.  Pension Benefit Guaranty Corporation
    1200 "K" Street, N.W.
    Washington, D.C.  20005-4026
    Att: Suzanne Kelly
    202-326-4020, x 6367
    Kelly.Suzanne@PBGC.gov

9.  Siemens Medical Solutions USA, Inc.
    51 Valley Stream Parkway
    Malvern, PA  19355
    Att:  John J. Schwab, Esq.
    610-219-3615
    john.j.schwab@siemens.com

Dated: New York, New York
April 21, 2010

Respectfully submitted,

DIANA G. ADAMS
UNITED STATES TRUSTEE

By: _/s/ Serene K. Nakano_
SERENE K. NAKANO
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0505