Present: HON. ROBERT L. NAHMAN
SURROGATE

SURROGATE'S COURT: QUEENS COUNTY
------------------------------------------------------------X
In the Matter of the Application of Yolanda Morris
as Administrator of the Estate of

GARNETT MORRIS,                                           File No. 2004-467/A

Deceased,

For leave to compromise a certain cause of
action for wrongful death and pain and suffering
of the decedent and to render and have judicially
settled an account of the proceedings as such
Administrator.
------------------------------------------------------------X

This is an *ex parte* application brought on an emergency basis seeking an Order directing Saint Vincent's Catholic Medical Centers of New York and Mary Immaculate Hospital, a division of Saint Vincent's Catholic Medical Centers of New York to pay the sum of $625,000.00, representing the settlement due to the Estate of Garnett Morris, to be held in escrow pending further Order of this Court.

Since it appears that Saint Vincent's Catholic Medical Centers of New York filed for Bankruptcy on April 14, 2010, this application appears to be a violation of the automatic stay pursuant to 11 USC §362. Furthermore, this Court has not been served with any Order of the United States Bankruptcy Court lifting said stay.

Accordingly, the application is denied entertainment.

This is the Decision and Order of the Court.

The Clerk of the Court is directed to mail a copy of this Decision and Order to all the parties who have appeared in this proceeding, the Guardian *ad Litem*, and the Honorable Cecelia G. Morris, Judge of the United States Bankruptcy Court, Southern District of New York.

Dated: May 3, 2010

_____
SURROGATE