# PAMELA CALL, MD
37 WASHINGTON SQUARE WEST, SUITE 1D
NEW YORK, N.Y. 10011
PHONE: (212) 228-9460
EMAIL: drpcall@verizon.net

May 5, 2001

The Honorable Cecelia G. Morris
Judge, United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

Dear Judge Morris:

As an Attending Consulting Voluntary physician at St Vincent's Hospital since 1988 and an elected member of the Officers of the Medical Staff for the past 13 years, I have been well aware of the deteriorating financial condition of the institution since the failed merger and the 2005 bankruptcy. I am also a longstanding resident of the West Village and have been admitted as a patient to St. Vincent's on several occasions; I am writing as an individual member of this community to express my distress at the loss of needed medical service for myself and my neighbors.

Of most concern is the loss of the only Level 1 Trauma Center in the city besides Bellevue. One only needs to look at a map to see the large geographic area now distanced from acute emergency service. In fact the entire emergency care system in Manhattan has been stressed since the day ambulances stopped coming to our hospital. Will they be able to absorb the 60,000 visits the St. Vincent's ER handled yearly? Anyone suffering a life threatening condition will not be able to survive the longer ambulance runs, and it is clear that many will die unnecessarily in overcrowded emergency rooms elsewhere. Also, to review the role that this hospital has played New York City disasters over the past 158 years and to recognize that the majority of assumed "terrorist targets" are within our catchment area, escalates the risks of the loss of an emergency service and acute care hospital in this location to sinister proportions!

Clearly, St. Vincent's can not be restored at this time, but I would ask that you strongly consider any plan submitted, or solicited, from another health care system to restore an acute care hospital and emergency room to this location. Urgent Care plans proposed are woefully inadequate, and in fact dangerous, in protecting the safety and welfare of this currently exposed community. Debt of this institution should not be settled at the cost of the lives of our citizens.

Respectfully,

*Pamela Call, MD*

Pamela Call, M.D.

RECEIVED MAY -6 2010 U.S. BANKRUPTCY COURT POUGHKEEPSIE, N.Y.