UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                    :     Chapter 11

SAINT VINCENTS CATHOLIC MEDICAL                           :     Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, d/b/a SAINT
VINCENT'S CATHOLIC MEDICAL                                :     Judge Cecelia G. Morris
CENTERS, et. al.
                                                          :

                                                          :
-----------------------------------------------------------X

## DECLARATION OF DAVID J. PIERGUIDI, ESQ.

David J. Pierguidi, deposes and says under penalty of perjury as follows:

1. I am an associated at The Pagan Law Firm, P.C., counsel the plaintiff, JORGE RUIZ, entitled Ruiz vs. Selby, et al., pending in New York State Supreme Court, New York County (the "New York State Court") under Index No 102075/08 (the "State Court Action").

2. I am unable to file this instant Motion pursuant to 11 U.S.C. § 362(d)(1) and Bankruptcy Rule 4001(a) electronically on the New York Southern District Bankruptcy Electronic Case files because I do not have a login and password for the above captioned bankruptcy matter.

3. It is respectfully requested that the Clerk of the Court accept filing of this Motion by paper submission.

Dated: New York, New York
       May 12, 2010

                                                    /s/ David J. Pierguidi
                                                    David J. Pierguidi, Esq.

FILED
2010 MAY 12 A 10:41
BANKRUPTCY COURT
S.D. OF N.Y.