KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Adam C. Rogoff
P. Bradley O'Neill
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Proposed Counsel for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re:                                          :          Chapter 11
                                                :
SAINT VINCENTS CATHOLIC MEDICAL                 :          Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, <u>et</u> <u>al.</u>,     :
                                                :
                    Debtors.                    :          Jointly Administered
---------------------------------------------------------- X

## *AMENDED* HEARING AGENDA OF MATTERS

| | |
|---|---|
| Time and Date of Hearing: | **May 17, 2010 at 2:30 p.m.** (Eastern Time) (Video Conference) Adjourned from May 14, 2010. |
| Location of Hearing: | Courtroom of the Honorable Cecelia G. Morris, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 701, New York, New York 10004-1408. |
| Copies of Motions: | A copy of each of the Motions may be viewed on the Court's website at www.ecf.nysb.uscourts.gov or (without charge) at the Debtors' Information Website: at http://svcmcrestructuring.com. |

1. **Pax Christi Sale Motion** - Emergency Motion of the Debtors for an Order (A) Approving the Sale of Assets of Pax Christi Hospice, Inc. on an Expedited Basis to Visiting Nurse Service of New York Hospice Care, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Approving the Retention of an Appraiser in Connection With the Sale; (C) Authorizing the Debtors to Enter Into a Management Consulting Agreement; and (D) Authorizing Payment of the Investment Bankers Transaction Fee [Docket No. 183]

- Related Documents:

    a) Emergency Motion of the Debtors for Entry of an Order Shortening the Notice Period for the Emergency Motion of Debtors for an Order (A) Approving the Sale of Assets of Pax Christi Hospice, Inc. on an Expedited Basis to Visiting Nurse Service of New York Hospice Care, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Approving the Retention of an Appraiser in Connection With the Sale; (C) Authorizing the Debtors to Enter Into a Management Consulting Agreement; and (D) Authorizing Payment of the Investment Bankers Transaction Fee [Docket No. 182]

    b) Order Shortening The Notice Period for the Emergency Motion of Debtors for an Order(A) Approving the Sale of Assets of Pax Christi Hospice, Inc. on an Expedited Basis to Visiting Nurse Service of New York Hospice Care, free and Clear of Liens, claims encumbrances and Other Interests;(B) Approving the Retention of an Appraiser in connection with the Sale;(C) authorizing the Debtors to Enter into a Management consulting Agreement; and (D) authorizing Payment of the Bankers' Transaction Fee Entry of Sale Order [Docket No. 186]

    c) Notice of Emergency Motion of the Debtors for an Order (A) Approving the Sale of Assets of Pax Christi Hospice, Inc. on an Expedited Basis to Visiting Nurse Service of New York Hospice Care, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Approving the Retention of an Appraiser in Connection With the Sale; (C) Authorizing the Debtors to Enter Into a Management Consulting Agreement; and (D) Authorizing Payment of the Investment Bankers Transaction Fee [Docket No. 187]

    d) Notice of Adjournment of Hearing on Emergency Motion of the Debtors for an Order (A) Approving the Sale of Assets of Pax Christi Hospice, Inc. on an Expedited Basis to Visiting Nurse Service of New York Hospice Care, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Approving the Retention of an Appraiser in Connection With the Sale; (C) Authorizing the Debtors to Enter Into a Management Consulting Agreement; and (D) Authorizing Payment of the Investment Bankers Transaction Fee [Docket No. 270]

- Objection Deadline:  May 12, 2010 by 10:00 a.m.

- Objections:

    a) Objection of the New York State Nurses Association ("NYSNA") to the Emergency Motion of the Debtors for an Order (A) Approving the Sale of Assets of Pax Christi Hospice, Inc. on an Expedited Basis to Visiting Nurse Service of New York Hospice Care, Free and Clear of

Liens, Claims, Encumbrances and Other Interests; (B) Approving the Retention of an Appraiser in Connection With the Sale; (C) Authorizing the Debtors to Enter Into a Management Consulting Agreement; and (D) Authorizing the Payment of the Investment Bankers' Transaction Fee [Docket No. 240]

- Reply:

    a) Debtors' Reply to Objection of New York State Nurses Association to the Emergency Motion of the Debtors for an Order (A) Approving the Sale of Assets of Pax Christi Hospice, Inc. on an Expedited Basis to Visiting Nurse Service of New York Hospice Care, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Approving the Retention of an Appraiser in Connection With the Sale; (C) Authorizing the Debtors to Enter Into a Management Consulting Agreement; and (D) Authorizing the Payment of the Investment Bankers' Transaction Fee [Docket No. 281]

Status: The hearing on this matter is going forward.

**Pursuant to the Order Establishing Case Management Procedures, any party that wants to monitor the hearing telephonically, is required to notify the undersigned counsel for the Debtors in writing regarding such request at least three (3) business days prior to the applicable hearing date.**

Dated: New York, New York
       May 14, 2010

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        /s/   Adam C. Rogoff
        Kenneth H. Eckstein
        Adam C. Rogoff
        P. Bradley O'Neill
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100

        *Proposed Counsel for Debtors and*
        *Debtors in Possession*