KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Adam C. Rogoff
P. Bradley O'Neill
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re:                                             :        Chapter 11
                                                   :
SAINT VINCENTS CATHOLIC MEDICAL    :        Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,                       :
                                                   :
                      Debtors.              :        Jointly Administered
---------------------------------------------------------- X

# NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE THAT** the omnibus hearing date originally scheduled for August 12, 2010 at 11:00 a.m. has been cancelled. All matters scheduled to be heard on that date have been adjourned to **August 19, 2010 at 11:00 a.m.** August 19, 2010 will now serve as an omnibus hearing date.

1. The hearing to consider the Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action filed by Lashone McCord [Docket No. 209]; the Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action filed by Althea Stewart [Docket No. 210]; the Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action filed by Naomi White [Docket No. 211]; the Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical

Malpractice Action filed by Claude Warner [Docket No. 212]; the Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action filed by Nyree Hickman [Docket No. 214]; and the status conference on the final judgment on the Motion of Jorge Ruiz for an Order Pursuant to 11 U.S.C. §362 (d)(1) and Bankruptcy Rule 4001(a) Granting Relief From the Automatic Stay Imposed to the Extent of Seeking Exception to the Dischargability of Those Debts Available Through Applicable Liability Insurance Coverage [Docket Nos. 252 and 467] (collectively the "**Lift Stay Motions**") before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, in Room 701, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, have been adjourned to **August 19, 2010 at 11:00 a.m. (prevailing Eastern Time)**.

2. Copies of the Lift Stay Motions can be obtained from the Court's website at www.ecf.nysb.uscourts.gov or (without charge) at the Debtors' Information Website: at http://svcmcrestructuring.com.

Dated: New York, New York
June 22, 2010

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                            /s/ Adam C. Rogoff
                                            Kenneth H. Eckstein
                                            Adam C. Rogoff
                                            P. Bradley O'Neill
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Telephone: (212) 715-9100

                                            *Counsel for Debtors and Debtors in Possession*