KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Adam C. Rogoff
P. Bradley O'Neill
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK, <u>et</u> <u>al.</u>, | : : | Case No. 10-11963 (CGM) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------- X

## **AMENDED HEARING AGENDA**

| | |
|---|---|
| Time and Date of Hearing: | **<u>August 19, 2010 at 11:00 a.m.</u>** (Eastern Time) |
| Location of Hearing: | Courtroom of the Honorable Cecelia G. Morris, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 701, New York, New York 10004-1408. |
| Copies of Motions: | A copy of each of the Motions may be viewed on the Court's website at www.ecf.nysb.uscourts.gov or (without charge) at the Debtors' Information Website: at http://svcmcrestructuring.com. |

### I. **ADJOURNED MATTERS**

    **1.** **Sun Life Assurance Company's Motion for Adequate Protection** - Motion of Sun Life Assurance Company of Canada for Order (1) Granting Adequate Protection to Sun Life Pursuant to Bankruptcy Code Section 363(e) or, in the Alternative, (2) Modifying the Automatic Stay to Provide Adequate Protection to Sun Life Pursuant to Bankruptcy Code Section 362(d)(1) [Docket No. 675]

- Related Documents:

    a) Motion For Order Authorizing The Filing Under Seal Of The Motion Of Sun Life Assurance Company Of Canada For Order (1) Granting Adequate Protection To Sun Life Pursuant To Bankruptcy Code Section 363(e), Or, In The Alternative, (2) Modifying The Automatic Stay To Provide Adequate Protection To Sun Life Pursuant To Bankruptcy Code Section 362(d)(1) [Docket No. 677]

    b) Notice of Filing of Unredacted Version of Motion of Sun Life Assurance Company of Canada For Order (1) Granting Adequate Protection To Sun Life Pursuant To Bankruptcy Code Section 363(e) or, In The Alternative, (2) Modifying The Automatic Stay To Provide Adequate Protection To Sun Life Pursuant To Bankruptcy Code Section 362(d)(1) [Docket No. 730]

- Objection Deadlines: August 12, 2010 by 4:00 p.m.

- Objections:

    c) Response Of Michael E. Katzenstein, In His Capacity As The MedMal Trust Monitor, To Motion Of Sun Life Assurance Company Of Canada For Order (1) Granting Adequate Protection To Sun Life Pursuant To Bankruptcy Code Section 363(e) Or, In The Alternative, (2) Modifying The Automatic Stay To Provide Adequate Protection To Sun Life Pursuant To Bankruptcy Code Section 362(d)(1) [Docket 708]

    d) Debtors Objection to the Motion of Sun Life Assurance Company of Canada for Order (1) Granting Adequate Protection to Sun Life Pursuant to Bankruptcy Code Section 363(e) or, in the Alternative, (2) Modifying the Automatic Stay to Provide Adequate Protection to Sun Life Pursuant to Bankruptcy Code Section 362(d)(1) [Docket 711]

    e) Debtors Response to the Motion of Sun Life Assurance Company of Canada for Order Authorizing the Filing Under Seal of the Motion for Order (1) Granting Adequate Protection to Sun Life Pursuant to Bankruptcy Code Section 363(e) or, in the Alternative, (2) Modifying the Automatic Stay to Provide Adequate Protection to Sun Life Pursuant to Bankruptcy Code Section 362(d)(1) [Docket 712]

    f)    Joinder of the Official Committee of Unsecured Creditors of Saint Vincents Catholic Medical Centers, et al. to the Objection of the Debtors to Motion of Sun Life Assurance Company of Canada for Order (1) Granting Adequate Protection to Sun Life Pursuant to Bankruptcy Code Sction 363(e) or, in the Alternative, (2) Modifying the Automatic Stay to Provide Adequate Protection to Sun Life Pursuant to Bankruptcy Code Section 363(d)(1) [Docket 715]

    g)    Joinder (filed by GE Capital) to Debtors' Objection to Motion of Sun Life Assurance Company of Canada for Order (i) Granting Adequate Protection, or alternatively (ii) Modifying the Automatic Stay to Provide Adequate Protection to Sun Life [Docket 716]

**Status:** **The hearing on this matter has been adjourned to September 16, 2010 at 11:00 a.m.**

**2.** **The Committee of Interns and Residents Motion for Administrative Expenses** - Motion for the Allowance of Administrative Expenses Pursuant to 11 U.S.C. Sec. 503(b) and Directing Payment by the Debtor [Docket No. 668]

- Related Documents:

    a)    **MLMIC Stipulation** – Notice of Presentment of Stipulation Extending Time to Purchase Optional Extended Reporting Period Endorsement [Docket No. 727]

Status: This Stipulation is scheduled for presentment on Thursday, August 19, 2010 at 12:00 Noon.

    b)    **Queensbrook Stipulation** – Notice of Presentment of Stipulation and Order to Extend Time in Which to Purchase Extended Reporting Period Coverage [Docket No. 728]

Status: This Stipulation is scheduled for presentment on Thursday, August 19, 2010 at 12:00 Noon.

    c)    Statement of Reservation of Rights with Regard to Stipulation Extending Time to Purchase Optional Reporting Period Endorsement [Docket No. 737]

    d)    Statement of Reservation of Rights with Regard to Stipulation and Order Extending Time to Purchase Optional Reporting Period Coverage [Docket No. 738]

  e) Response of Medical Liability Mutual Insurance Company to Statement of Reservation of Rights With Regard to Stipulation and Order Extending Time to Purchase Optional Reporting Period Coverage [Docket No. 745]

  f) *Corrected* Statement of Reservation of Rights with Regard to Stipulation Extending Time to Purchase Optional Reporting Period Endorsement [Docket No. 746]

  g) *Corrected* Statement of Reservation of Rights with Regard to Stipulation and Order Extending Time to Purchase Optional Reporting Period Coverage [Docket No. 747]

- Objection Deadline: August 13, 2010 by 4:00 p.m.; Adjourned to September 8, 2010

- Objections: None.

**Status: A status will be provided to the Court with respect to this Motion and the Related Stipulations. The hearing on the merits of the Residents' Motion has been adjourned to September 16, 2010, with an objection deadline of September 8, 2010.**

## II. RESOLVED MATTER

**1. Allvoice Communications Motion for Release of Funds** – Motion for Order to Release Funds [Docket No. 620]

- Related Documents: None.

- Objection Deadline: July 29, 2010 by 4:00 p.m.

- Objections: None.

**Status: This matter has been resolved. A proposed stipulation and order will be submitted to the Court at the hearing.**

## III. UNCONTESTED MATTERS

**1. Medical Society Amicus Brief in Support of the CIR/SEIU's Motion to Compel**- Motion for Leave to File Memorandum of Law of the Medical Society of the State of New York as Amicus Curiae in Support of Motion of Charles Carpati, M.D., Susan Minkowitz, M.D. and Andrew Bohmart, M.D. on behalf of 105 Physicians and One Nurse Practitioner (the "Professional Staff"), Jointly with The Committee of Interns and Residents/SEIU ("CIR") [Docket No. 697]

- Related Documents: None.

- Objection Deadline: August 13, 2010 by 4:00 p.m.

- Objections: None.

**Status:** **The hearing on this matter is going forward.**

2. **Certified Home Health Agency Sale Hearing -** Motion Of The Debtors For (I) An Order (A) Approving Bidding Procedures For The Auction Of Assets Related To The Debtors' Certified Home Health Agency, (B) Scheduling An Auction And Sale Hearing Related Thereto, (C) Approving Notice Of The Auction And Sale Hearing, And (D) Approving Procedures For The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (II) An Order (A) Approving Such Sale Free And Clear Of Liens, Claims, Encumbrances And Other Interests And (B) Authorizing Payment Of The Brokers' Transaction Fee [Docket No. 558]

- Related Documents:

    a) Notice Of Revised Order (A) Approving Bidding Procedures For The Auction Of Assets Related To The Debtors Certified Home Health Agency, (B) Scheduling An Auction And Sale Hearing Related Thereto, (C) Approving Notice Of The Auction And Sale Hearing, And (D) Approving Procedures For The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto [Docket No. 621]

    b) Order (A) Approving Bidding Procedures For The Auction Of Assets Related To The Debtors' Certified Home Health Agency, (B) Scheduling An Auction And Sale Hearing Related Thereto, (C) Approving Notice Of The Auction And Sale Hearing, And (D) Approving Procedures For The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto [Docket No. 641]

    c) Notice of Auction Results in Connection with the Sale of Debtors' Certified Home Health Agency and Procedures Related Thereto [Docket 703]

    d) Notice of Electronic Comparison of Successful Bid in Connection With the Sale of the Debtors' Certified Home Health Agency [Docket No. 719]

- e) Notice of Electronic Comparison of Backup Bid in Connection With the Sale of the Debtors' Certified Home Health Agency [Docket No. 720]

- f) Notice Of Revised Order (A) Approving The Sale Of The Debtors' Certified Home Health Agency Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) Authorizing Payment Of The Brokers' Transaction Fee; And (C) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto [Docket No. 731]

- Sale Objection Deadline: August 5, 2010 by 4:00 p.m.

- Objections: None.

**Status: The hearing on this matter is going forward.**

3. **Long Term Home Health Sale Hearing** - Motion of the Debtors for (I) an Order (A) Approving Bidding Procedures for the Auction of Assets Related to the Debtors Long Term Home Health Care Program, (B) Scheduling an Auction and Sale Hearing Related Thereto, (C) Approving Notice of the Auction and Sale Hearing, and (D) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (II) an Order (A) Approving Such Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Authorizing Payment of the Brokers Transaction Fee [Docket No. 588]

- Related Documents:

    - a) Notice Of Revised Order (A) Approving Bidding Procedures For The Auction Of The Assets Related To The Debtors Long Term Home Health Care Program, (B) Scheduling An Auction And Sale Hearing Related Thereto, (C) Approving Notice Of The Auction And Sale Hearing, And (D) Approving Procedures For The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto [Docket 622]

    - b) Notice of Auction Results in Connection with the Sale of Debtors' Long Term Home Health Care Program and Procedures Related Thereto [Docket 705]

    - c) Notice of Electronic Comparison of Successful Bid in Connection With the Sale of the Debtors' Long Term Home Health Care Program [Docket 721]

- d) Notice of Revised Order (A) Approving The Sale of The Debtors' Long Term Home Health Care Program Free And Clear of Liens, Claims, Encumbrances, And Other Interests; (B) Authorizing Payment of The Brokers' Transaction Fee; And (C) Approving The Assumption And Assignment of Certain Executory Contracts And Unexpired Leases Related Thereto [Docket No. 732]

- Sale Objection Deadline:  August 5, 2010 by 4:00 p.m.

- Objections:  None.

**Status:  The hearing on this matter is going forward.**

4. **Bishop Mugavero Bidding Procedures** - Debtors' Motion For (I) An Order (A) Approving Break-Up Fee And Bidding Procedures For The Auction Of The Bishop Mugavero Assets, (B) Scheduling An Auction And Sale Hearing, And (C) Approving Procedures For The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (II) An Order (A) Approving The Sale Of The Bishop Mugavero Assets, (B) Authorizing The Debtors To Enter Into A Receivership Agreement, (C) Authorizing Payment Of The Brokers' Transaction Fees, And (D) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases [Docket No. 693]

- Related Documents:  None

- Bidding Procedures Objection Deadline:  August 16, 2010 by 4:00 p.m.

- Objections:  None.

**Status:  The hearing on this matter is going forward.**

5. **Holy Family Home Bidding Procedures** - Debtors' Motion For (I) An Order (A) Approving Break-Up Fee And Bidding Procedures For The Auction Of The Holy Family Home Assets, (B) Scheduling An Auction And Sale Hearing, And (C) Approving Procedures For The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (II) An Order (A) Approving The Sale Of The Holy Family Home Assets, (B) Authorizing The Debtors To Enter Into A Receivership Agreement, (C) Authorizing Payment Of The Brokers' Transaction Fees, And (D) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases [Docket No. 694]

- Related Documents:  None

- Bidding Procedures Objection Deadline:  August 16, 2010 by 4:00 p.m.

- Objections: None.

**Status: The hearing on this matter is going forward.**

IV. **MOTIONS TO LIFT THE AUTOMATIC STAY**

1. **Maing Lift Stay Motion -** Motion for an Order, Pursuant to 11 U.S.C. § 362(d), Granting Relief From the Automatic Stay and Authorizing Tort Claimants to (I) Proceed With Pending State Court Litigation and Enter Judgment, and (II) Seek Payment of any Judgment or Settlement From any Applicable Policy Of Insurance Maintained By The Debtors, Or Any Other Source Other Than the Debtors' Estates [Docket No. 119]

- Related Documents:

    a) Notice of Hearing on Motion for an Order, Pursuant to 11 U.S.C. Section 362(d), Granting Relief from the Automatic Stay and Authorizing Tort Claimants to (i) Proceed With Pending State Court Litigation and Enter Judgment, and (ii) Seek Payment of Any Judgment or Settlement From Any Applicable Policy of Insurance Maintained by the Debtors, or Any Other Source Other than the Debtors' Estates [Docket No. 120]

    b) Notice of Change of Hearing Date [Docket No. 141]

    c) Order Modifying the Automatic Stay as to Eun Sook Maing and Soo Maing (Individually and on Behalf of Their Infant) [Docket No. 395]

    d) Order Vacating The Order Modifying The Automatic Stay as to Eun Sook Maing and Soo Maing (Individually and on Behalf of Their Infant) [Docket No. 412]

    e) Stipulation and Order [Docket No. 413]

    f) Stipulation and Order [Docket No. 472]

- Objection Deadline: May 24, 2010 by 4:00 p.m.

- Objections:

    a) Objection to Debtors' Motion for an Order, Pursuant to 11 U.S.C. §362(d) Granting Relief From the Automatic Stay filed by Certain Excess Carriers of Debtor Saint Vincents Catholic Medical Centers of New York, et al. [Docket No. 322]

      b)     Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

      c)     Response to Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay filed by The Committee of Interns and Residents/SEIU [Docket No. 369]

**Status:** **The hearing on this matter has been adjourned to September 16, 2010 at 11:00 a.m.**

2. **Khrustalev Lift Stay Motion** – Omnibus Motion for Entry of an Order Granting Relief From the Automatic Stay to Permit Pending Medical Malpractice Action to Proceed [Docket No. 135]

- Related Documents:

    a)     Notice of Hearing of Motion [Docket No. 134]

    b)     Affirmation in Support of Motion [Docket No. 345]

    c)     Order Modifying the Automatic Stay as to Veronica Khrustalev (Individually and on Behalf of the Estate of Serge Khrustalev) [Docket No. 398]

- Objection Deadline:  May 24, 2010 by 4:00 p.m.

- Objections:

    d)     Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

    e)     Response to Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay filed by The Committee of Interns and Residents/SEIU [Docket No. 369]

**Status:  A proposed final order modifying the automatic stay will be submitted.**

3. **Tugaw Lift Stay Motion** – Motion for Relief from the Stay filed by Diane Tugaw [Docket No. 84]

- Related Documents:

    a)     Order to Show Cause [Docket No. 88]

    b)     Order Modifying the Automatic Stay as to Diane Tugaw [Docket 403]

- Objection Deadline: April 21, 2010 by 5:00 p.m.

- Objections:

    a) Objection of Debtors to Motion of Diane Tugaw for an Order Lifting Automatic Stay and Response to Order to Show Cause [Docket No. 107]

    b) Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

**Status: A proposed final order modifying the automatic stay will be submitted.**

4. **Filippini Lift Stay Motion** – Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 208]

    - Related Documents:

        a) Order Modifying the Automatic Stay as to Vincent and Kathy Filippini [Docket 475]

    - Objection Deadline: May 24, 2010 by 4:00 p.m.

    - Objections:

        b) Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

**Status: A proposed final order modifying the automatic stay will be submitted.**

5. **Infantino Lift Stay Motion** – Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 213]

    - Related Documents:

        a) Order Modifying the Automatic Stay as to Bobbi-Jo Infantino (Individually and on Behalf of Her Infant) [Docket 476]

    - Objection Deadline: May 24, 2010 by 4:00 p.m.

    - Objections:

      b)      Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

**Status: A proposed final order modifying the automatic stay will be submitted.**

6. **Ruiz Lift Stay Motion -** Motion for Relief from Stay Of Jorge Ruiz Re: Imposed to the Extent of Seeking Exception to the Dischargebility of those Debts Available Through Applicable Liability Insurance Coverage [Docket No. 252]

   - Related Documents:

     a)     Notice of Motion for Relief from Stay Of Jorge Ruiz Re: Imposed to the Extent of Seeking Exception to the Dischargebility of those Debts Available Through Applicable Liability Insurance Coverage [Docket No. 274]

     b)     Stipulation and Order [Docket 467]

   - Objection Deadline: June 7, 2010 by 4:00 p.m.

   - Objections:

   **Status: A proposed final order modifying the automatic stay will be submitted.**

7. **Bharat Lift Stay Motion -** Motion for Relief from Stay Granting Relief From the Automatic Stay and Authorizing Tort Claimants to (I) Proceed with Pending State Court Litigation and (II) Seek Payment of any Judgment or Settlement From any Applicable Policy of Insurance Maintained by the Debtors, or any Other Source Other than the Debtor's Estates [Docket No. 407]

   - Related Documents:

     a)     Stipulation and Order [Docket 524]

   - Objection Deadline: June 14, 2010 by 4:00 p.m.

   - Objections: None.

   **Status: A proposed final order modifying the automatic stay will be submitted.**

8. **Cordero Lift Stay Motion** - Affirmation in Support of Creditors' Motion for Relief From the Automatic Stay [Docket No. 283]

- Related Documents:

    a) Stipulation and Order [Docket 526]

- Objection Deadline: June 7, 2010 by 4:00 p.m. Objection deadline for Debtors has been extended to June 14, 2010 by 4:00 p.m.

- Objections:

**Status: A proposed final order modifying the automatic stay will be submitted.**

9. **Boone Lift Stay Motion** – Notice of Motion for an Order Granting Relief From the Automatic Stay to Permit Pending Medical Malpractice Action to Proceed [Docket No. 238]

- Related Documents:

    a) Stipulation and Order [Docket 570]

- Objection Deadline: June 28, 2010 by 4:00 p.m.

- Objections: None.

**Status: A proposed final order modifying the automatic stay will be submitted.**

10. **Kaufmann Lift Stay Motion** - Motion Of George Kaufman As Administrator Of The Estate Of Emil Kaufman Deceased, For An Order, Granting Relief From The Automatic Stay And Authorizing Tort Claimant To Proceed With Pending State Court Action To Liquidate Damages And Seek Payment Of Any Settlement Or Judgment In Connection Therewith From Any Applicable Policy Of Insurance And/Or Sum Now Or Subsequently Available In Any Applicable Medmal Trust Fund, Or Such Other Funds Which May Become Available [Docket No. 357]

- Related Documents:

    a) Stipulation and Order [Docket No. 468]

- Objection Deadline: June 7, 2010 by 4:00 p.m.

- Objections: None.

**Status: This matter has been adjourned to August 26, 2010 at 11:00 a.m.**

11. **Estrella Lift Stay Motion** – Notice of Motion for an Order Modifying the Automatic Stay [Docket No. 554]

- Related Documents:  None.

- Objection Deadline:  July 19, 2010 by 4:00 p.m.

- Objections:  None.

**Status:  This matter has been consensually resolved.  A proposed order will be submitted to the Court.**

12. **Gernon Lift Stay Motion** – Motion of Margaret Gernon Pursuant to 11 U.S.C. § 362(d)(1) and Bankruptcy Rule 4001(a), Granting Relief From Automatic Stay Imposed to the Extent of Seeking Exception to the Dischargability of Those Debts Available Through Applicable Liability Insurance Coverage [Docket No. 531]

- Related Documents:  None.

- Objection Deadline:  July 12, 2010 by 4:00 p.m.

- Objections:  None.

**Status:  This matter has been consensually resolved.  A proposed order will be submitted to the Court.**

13. **Debes Lift Stay Motion** – Notice of Motion for an Order Granting Relief From the Automatic Stay to Permit Pending Medical Malpractice Action to Proceed [Docket No. 239]

- Related Documents:  None.

- Objection Deadline:  June 28, 2010 by 4:00 p.m.

- Objections:  None.

**Status:  A proposed final order modifying the automatic stay will be submitted.**

14. **Hickman Lift Stay Motion** - Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 213]

    - Related Documents:

        a)   None.

    - Objection Deadline:  May 24, 2010 by 4:00 p.m.

    - Objections:

        b)      Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

**Status: The hearing on this matter has been adjourned to September 16, 2010 at 11:00 a.m.**

15. **McCord Lift Stay Motion -** Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 209]

    - Related Documents:

        a)    None.

    - Objection Deadline: May 24, 2010 by 4:00 p.m.

    - Objections:

        b)    Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

**Status: The hearing on this matter has been adjourned to September 16, 2010 at 11:00 a.m.**

16. **Stewart Lift Stay Motion -** Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 210]

    - Related Documents:

        a)    None.

    - Objection Deadline: May 24, 2010 by 4:00 p.m.

    - Objections:

        b)    Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

**Status: The hearing on this matter has been adjourned to September 16, 2010 at 11:00 a.m.**

17. **White Lift Stay Motion -** Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 211]

    - Related Documents:

a) None.

- Objection Deadline: May 24, 2010 by 4:00 p.m.

- Objections:

    b) Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

**Status: The hearing on this matter has been adjourned to September 16, 2010 at 11:00 a.m.**

18. **Warner Lift Stay Motion -** Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 212]

- Related Documents:

    None.

- Objection Deadline: May 24, 2010 by 4:00 p.m.

- Objections:

    a) Omnibus Objection of Debtors to Motions for Orders Lifting Automatic Stay [Docket No. 350]

**Status: The hearing on this matter has been adjourned to September 16, 2010 at 11:00 a.m.**

V. **CONTESTED MATTER**

1. **41 East 11th Street Motion to Compel Payment -** Motion of 41 East 11th Street LLC for the Entry of an Order (I) Allowing an Administrative Expense Pursuant to 11 U.S.C. §§ 105(a) and 365(d)(3) and (II) Compelling the Debtor to Pay the Allowed Administrative Expense [Docket No. 604]

- Related Documents:

    a) Notice of Adjournment of Hearing [Docket No. 640]

- Objection Deadline: July 26, 2010 by 4:00 p.m.

- Objections:

    b) Debtors' Objection to the Motion of 41 East 11th Street LLC for the Entry of an Order (I) Allowing an

-15-

> Administrative Expense Pursuant to 11 U.S.C. §§ 105(a) and 365(d)(3) and (II) Compelling the Debtors to Pay the Allowed Administrative Expense [Docket No. 723]

- Reply:

    c) Reply of 41 East 11th Street LLC to Debtors' Objection to the Motion of 41 East 11th Street LLC for the Entry of an Order (I) Allowing an Administrative Expense Pursuant to 11 U.S.C. §§ 105(a) and 365(d)(3) and (II) Compelling the Debtors to Pay the Allowed Administrative Expense [Docket No. 736]

**Status:** The hearing on this matter is going forward.

**Pursuant to the Order Establishing Case Management Procedures, any party that wants to monitor the hearing telephonically, is required to notify the undersigned counsel for the Debtors in writing regarding such request at least three (3) business days prior to the applicable hearing date.**

Dated: New York, New York
August 18, 2010

    KRAMER LEVIN NAFTALIS & FRANKEL LLP

    /s/  Adam C. Rogoff
    Kenneth H. Eckstein
    Adam C. Rogoff
    P. Bradley O'Neill
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100

    *Counsel for Debtors and Debtors in Possession*