Presentment Date and Time:  September 21, 2010 at 12:00 Noon (prevailing Eastern Time)
Deadline for Objections:  September 21, 2010 by 9:00 a.m. (prevailing Eastern Time)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Adam C. Rogoff
P. Bradley O'Neill
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x
In re:                                                    :   Chapter 11
                                                          :
SAINT VINCENTS CATHOLIC MEDICAL                           :   Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,                              :
                                                          :
         Debtors.                                         :   Jointly Administered
--------------------------------------------------------- x

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER TO EXTEND**
**TIME IN WHICH TO PURCHASE EXTENDED REPORTING PERIOD COVERAGE**

**PLEASE TAKE NOTICE** that Saint Vincents Catholic Medical Centers of New York ("**SVCMC**") and certain of its affiliates, as Chapter 11 debtors and debtors in possession (each a "**Debtor**" or the "**Debtors**")[1] in the above-referenced Chapter 11 cases (the "**Chapter 11 Cases**"), will present to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, for signature on **September 21, 2010 at 12:00 Noon** (prevailing Eastern Time) the annexed Stipulation and Order to Extend Time in Which to Purchase Extended Reporting Period Coverage.

---

[1] In addition to SVCMC, the Debtors are as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc.  There are certain affiliates of SVCMC who are not Debtors.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 9:00 a.m. (prevailing Eastern Time) on September 21, 2010. Unless objections are received by that time, the order may be signed.

Dated: New York, New York
September 15, 2010

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        /s/ Kenneth H. Eckstein
        Kenneth H. Eckstein
        Adam C. Rogoff
        P. Bradley O'Neill
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100

        *Counsel for Debtors and Debtors in Possession*

# Queensbrook Stipulation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                        :    Chapter 11
                                              :
SAINT VINCENTS CATHOLIC MEDICAL               :    Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,                  :
                                              :
              Debtors.                        :    Jointly Administered
---------------------------------------------------------- x

## STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO PURCHASE EXTENDED REPORTING PERIOD COVERAGE

**WHEREAS**, on April 14, 2010, Saint Vincents Catholic Medical Centers of New York ("**SVCMC**") and certain of its affiliates, as Chapter 11 debtors and debtors in possession (the "**Debtors**"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code;

**WHEREAS**, SVCMC provided certain of its physicians and medical staff at St. Vincent's Hospital Manhattan with professional liability insurance coverage under claims-made policies (collectively, together with all addendums and endorsements, the "**Policies**") purchased from Queensbrook New York ("**QNY**");

**WHEREAS**, SVCMC, in connection with its plan of closure and cessation of medical services at St. Vincent's Hospital Manhattan, terminated certain physicians and medical staff listed on **Exhibit A** annexed hereto (the "**Individual Insureds**") resulting in their Policies being cancelled effective as of the date of their termination;

**WHEREAS**, pursuant to the terms of the Policies, the Individual Insureds have 60 days (the last date of Basic Extended Reporting Period (as defined under the Policies)) to elect to purchase Optional Extended Reporting Period coverage (as defined under the Policies);

**WHEREAS**, at the request of SVCMC, QNY has agreed to extend the time in which Optional Extended Reporting Period coverage may be purchased by the Individual Insureds to

KL2 2665705.1

September 30, 2010 in accordance with the Stipulation and Order so ordered on August 25, 2010 ("**QNY First Stipulation**"); and

**WHEREAS**, at the request of SVCMC, QNY has agreed to further extend the time in which Optional Extended Reporting Period coverage may be purchased by the Individual Insureds to 11:59 p.m. on October 29, 2010 in accordance with this Stipulation and Order.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AND AGREED**, by and between the parties through their undersigned counsel, that:

1. All applicable time periods to purchase Optional Extended Reporting Period coverage under the Individual Insureds' Policies or pursuant to applicable law shall be extended to 11:59 p.m. on October 29, 2010. Nothing herein shall expand the right of a person or individual to be eligible to purchase Optional Extended Reporting Period coverage.

2. The extension of time set forth in paragraph 1 is solely limited to the time to purchase Optional Extended Reporting Period coverage and does not extend the Policy period, reinstate or increase the limits of insurance, or change the scope of coverage under the Policy.

3. Upon the purchase of Optional Extended Reporting Period coverage from QNY, such extended coverage shall cover the period from the date of termination through October 29, 2010 in addition to the period otherwise covered in accordance with the Policies as amended by the Optional Extended Reporting Period coverage.

4. This Stipulation shall only relate to the matters specifically referenced herein and shall not effect or prejudice any claim or any other contractual rights of QNY in these Chapter 11 cases. All such rights are expressly reserved.

5. This Stipulation may be signed in counterparts and by facsimile, with each signed counterpart being deemed a par of the original document.

6. This Stipulation may not be modified, altered, or amended except by a writing signed by the parties.

7. The Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation and Order.

Dated: New York, New York
September 2, 2010

QUEENSBROOK NEW YORK, INC.

By: _____
Steven Deluca
Treasurer
QUEENSBROOK NEW YORK, INC.
199 Water Street
New York, New York 10038

SAINT VINCENTS CATHOLIC
MEDICAL CENTERS OF NEW YORK

By: _____
Kenneth H. Eckstein, Esq.
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for the Debtors and Debtors in Possession*

Dated: New York, New York
_____, 2010

SO ORDERED:

_____
THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

| Practitioner Last Name | Practitioner First Name |
|---|---|
| Ananthakrishnan | Preya |
| Anderson | Matthew |
| Armington | Kevin J. |
| Bader | Jerry |
| Bailey | Lloyd |
| Barman | Trina |
| Barry | Thomas |
| Bashir | Tayyaba |
| Bernik | Stephanie |
| Bohmart | Andrew |
| Carmody | Joseph P. |
| Chari | Ajai |
| Chen | Abigail |
| Chong | Yen Ling |
| Cooperman | Avram M. |
| Degi | Keith J. |
| Denton | John R. |
| Desai | Sheetal |
| Destian | Sylvie |
| Dimitrova | Kamellia |
| Director | Tara |
| Dixon | Christopher |
| Dreifuss | Ronald M. |
| Duchon | Jennifer |
| Duroseau | Yves |
| Echemendia-Wirth | Suzanne |
| Eisenberg | Staci R. |
| Escallon | Alberto |
| Fanucchi | Michael |
| Fish | Irving |
| Fletcher | Kevin L. |
| Freese | John |
| Goldstein | Mark P. |
| Green | Jeremy |
| Henderson | Martha J. |
| Jackson | Michael B. |
| Johnston | Gregory |
| Jonnalagadda | Rohini |
| Kao | Daniel Thomas |
| Kaufman | David L. |
| Kellogg | Russell F. |
| Kessler | Joseph |
| Ko | Wilson |
| Kwai | Andrew |

| | |
|---|---|
| Larson | Peter |
| LaVine | Nancy |
| Lay | Cappi |
| Lazar | Jeffrey |
| Lee | Charles C. |
| Legome | Eric |
| Leybell | Inna |
| Libes | Richard |
| Liu | Michael |
| Love | Charito |
| Madore | Gigi |
| Manessis | Anastasios |
| Matthews | John F. |
| McCarthy | Christopher |
| McCarthy | Craig M. |
| McLaughlin | Victor |
| Mielnik | Anne Louise |
| Mills | Christopher |
| Mitnick | Robin J. |
| Monoky* | David J. |
| Mullen | Paul |
| Nguyen | Ann L. |
| O'keefe | Paul David |
| Owley | Sonya |
| Pacifico | Oliver |
| Pak | Nanwai Alexander |
| Patel | Ketan |
| Parmett | Steven |
| Penacerrade | Leonard |
| Perez | Jacqueline |
| Perone | Robert |
| Petelin | Andrew |
| Poff | John Edward |
| Pradhan | Rajendra |
| Raport | Miriam R. |
| Raza | Azra |
| Reynolds | David N. |
| Rodgers | Mark |
| Rolon | Maria |
| Ruckle | Shane |
| Sadler | Michael A. |
| Salinas | Jean-Louis |
| Sander | Howard |
| Saul | Turandot |
| Sckell | Blanca M. |
| Sethi | Sonali |
| Sferlazza | Steven |
| Shetty | Ashita |
| Sonson | Jocelyn |

5

| | |
|---|---|
| Spektor | Vadim |
| Sullivan | Kevin M. |
| Troncoso | Alex B. |
| Voynove | Tzvetelina |
| Wan | Phyllis |
| Wang | Karen H. |
| Wang | Wenjing |
| Warshaver | Yemina D. |
| Yeghiayan | Paula |
| Yoo-Bowne | Helen J. |

KL2 2665705.1