# ReedSmith

**Derek J. Baker**
Direct Phone: +1 215 851 8148
Email: dbaker@reedsmith.com

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

September 20 2010

**VIA ECF FILING**

The Honorable Cecelia G. Morris
United States Bankruptcy Court for the
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

Re:   **Saint Vincents Catholic Medical Centers of New York, et al. (10-11963)(CGM)**

Dear Judge Morris:

As the Court likely will recall, we represent Siemens Medical Solutions, USA, Inc. ("Siemens") in the above referenced bankruptcy case. This letter responds to the correspondence from P. Bradley O'Neil, Esquire docketed at Bankr. Docket No. 892.

Like the Debtors, Siemens supports the immediate entry of an Order permitting the rejection of the Siemens Agreement. We are in agreement with the Debtors' form of Order with the exception of paragraph 5.

With respect to paragraph 5 of the proposed Order, the Debtors appear to be asking the Court to allow the Debtors to seek to obtain Siemens' cooperation in performing services that go beyond the services called for under the Siemens Agreement. At this time, it is unclear whether Siemens even has the ability to perform such services. Obviously if the Debtors want Siemens to perform this or any other service, they can and make a proposal to Siemens to that effect, and if such proposal is acceptable to Siemens, it will perform the service. It is unnecessary to include in the form of Order a provision that commits Siemens to entertain a proposal.

For these reasons, we request that the Court enter a proposed Order that is identical to the one that Debtors submitted and is on file with the Court at Docket No. 892 **except that such Order should exclude paragraph 5**.

For the Court's convenience we have submitted with this letter a proposed Order which is identical to the Debtors' Order except that it does not contain the above referenced paragraph 5.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-104553713.4 9/20/10 12:31 PM

ReedSmith

We remain available at Your Honor's request as needed and we thank you for in advance for your courtesies in this matter.

Respectfully Submitted,

*Derek J. Baker*

Derek J. Baker

DJB:km

cc     Kenneth H. Eckstein, Esq.
        P. Bradley O'Neill, Esq.
        David Botter, Esq.
        Sarah A. Schultz, Esq.
        Mark I. Fishman, Esq.
        Claudia Z. Springer, Esq.