UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
| --- | --- |
| SAINT VINCENT'S CATHOLIC MEDICAL CENTERS OF NEW YORK, et al. | Case No. 10-11963 |
| | Jointly Administered |

## REQUEST FOR NOTICE

Please take notice that Angel Fernandez, individually and as Administrator as a creditor in the above-captioned case, hereby appears through his counsel, McCarthy Fingar LLP. Creditor hereby requests that notices and pleadings, except original process, be addressed to its attorneys as follows:

Robert H. Rosh, Esq.
McCarthy Fingar LLP
11 Martine Avenue, 12th Floor
White Plains, New York 10606
Tel. No. 914-946-3700
Fax No. 914-946-0134
E-mail: rrosh@mccarthyfingar.com

Dated this 5th day of October 2010.

McCARTHY FINGAR LLP

By: _____
Robert H. Rosh, Esq.(RR6101)
Attorneys for Angel Luis Fernandez,
individually and as Administrator of
the Estate of Geralyn A. Schultz,
deceased
11 Martine Avenue, 12th Floor
White Plains, New York 10606
Tel. No. 914-946-3700
Fax No. 914-946-0134
E-mail: rrosh@mccarthyfingar.com

# CERTIFICATION OF SERVICE

Julie Montgomery, declares:

1. I am an employee of McCarthy Fingar LLP which represents creditor, Angel Luis Fernandez, individually and as Administrator of the Estate of Geralyn A. Schultz, Deceased. I am over the age of 18, and competent to make this Certification.

2. On October 6, 2010, I served a true copy of the accompanying Request for Notice in the following manner and by mailing the same in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below which has been designated for serve by the addresses(s)or if no such address, has been designate, is the last known address of the addressee(s) (including counsel for the Debtor and Epiq Bankruptcy Solutions, LLC.:

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
Attn: Kenneth H. Eckstein, Esq.
Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
Gregory G. Plotko, Esq.
New York, New York 10036

and by e-mail to:
boneill@kramerlevin.com
gplotko@kramerlevin.com
keckstein@kramerlevin.com
arogoff@kramerlevin.com

Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Att: St. Vincent's 2010 Department
New York, New York 10071

and by e-mail to svcmc2010@epiqsystems.com

Saint Vincents Catholic Medical Centers of New York et al
170 W. 12th Street, Smith 5
Attn: Jennifer Coffey, Esq.
Deputy General Counsel
New York, New York 10011

and by email to:
jcoffey@svcmcny.org

_Julie Montgomery_
Julie Montgomery

Sworn to before me this
6th day of October 2010

_____
Notary Public

ROBERT H. ROSH
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RO4999781
QUALIFIED IN WESTCHESTER COUNTY
TERM EXPIRES JULY 27, 2014

{00259784.DOC.}