KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Adam C. Rogoff
P. Bradley O'Neill
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re:                                              :      Chapter 11
                                                    :
SAINT VINCENTS CATHOLIC MEDICAL                     :      Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,                        :
                                                    :      Jointly Administered
                                    Debtors.        :      Related Doc. 693
---------------------------------------------------------- X

## NOTICE OF ADJOURNMENT OF HEARING
### (Approval of Bishop Mugavero Receivership Agreement)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. A hearing (the "**Hearing**") to consider the Motion for (I) an Order (A) Approving Break-Up Fee and Bidding Procedures for the Auction of the Bishop Mugavero Assets, (B) Scheduling an Auction and Sale Hearing, and (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Approving the Sale of the Bishop Mugavero Assets, (B) Authorizing the Debtors to Enter Into a Receivership Agreement (the "**Receivership Agreement**"), (C) Authorizing Payment of the Brokers' Transaction Fees, and (D) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 693] (the "**Motion**") was held on October 7, 2010 before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, in Room 701, at the United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.  With respect to approval of the Receivership Agreement, the Court adjourned the hearing to **December 16, 2010 at 11:00 a.m. (prevailing Eastern Time)**.

        2.      Copies of the Motion can be obtained from the Court's website at www.ecf.nysb.uscourts.gov or (without charge) at the Debtors' Information Website: at http://svcmcrestructuring.com.

Dated: New York, New York
       October 7, 2010

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                            /s/  Adam C. Rogoff
                                            Kenneth H. Eckstein
                                            Adam C. Rogoff
                                            P. Bradley O'Neill
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Telephone: (212) 715-9100

                                            *Counsel for Debtors and Debtors in Possession*