UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SAINT VINCENTS CATHOLIC MEDICAL CENTERS
OF NEW YORK, et al.,

Chapter 11
Case No. 10-11963 (CGM)

Debtors.

---

## NOTICE OF MOTION TO ACCEPT REPLY MEMORANDUM OF LAW

**PLEASE TAKE NOTICE** that upon the accompanying Reply Memorandum of Law,

and all papers previously filed, the defendant New York State Department of Labor ("DOL")

will move pursuant to Bankruptcy Rules 9013 and 9014 on March 15, 2011 or as soon thereafter

as counsel may be heard for acceptance and consideration of the accompanying Reply

Memorandum of Law. It responds to reply papers filed and served by the Debtors and Creditors'

Committee on February 18, 2011 (Docket ## 1381 and ## 1382), which for the first time

presented argument concerning an issue that is central to consideration of the Objection (Docket

# 1090) at issue. Lest the propriety of the DOL's submitting a Reply Memorandum of Law be

questioned, the DOL respectfully files this motion.

Dated: February 24, 2011

PATRICIA KAKALEC
Chief of Labor Bureau

SETH KUPFERBERG
Chief of General Labor Section

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL OF NEW YORK
120 Broadway
New York, New York 10271
(212) 416-8856

By: _____
SETH KUPFERBERG (SK-4511)
Assistant Attorney General