KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Adam C. Rogoff
P. Bradley O'Neill
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re:                                    :    Chapter 11
                                          :
SAINT VINCENTS CATHOLIC MEDICAL           :    Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,              :
                                          :
                 Debtors.                 :    Jointly Administered
---------------------------------------------------------- X

## NOTICE OF CANCELLATION OF JULY 14, 2011 HEARING

*ALL MATTERS HAVE BEEN ADJOURNED TO JULY 21, 2011
WITH EXCEPTIONS NOTED BELOW*

Location of Hearing:    Courtroom of the Honorable Cecelia G. Morris, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, **Location to be determined**

Copies of Motions:    A copy of each of the Motions may be viewed on the Court's website at www.ecf.nysb.uscourts.gov or (without charge) at the Debtors' Information Website: at http://svcmcrestructuring.com.

### I.  ADJOURNED MATTERS – MOTIONS LIFTING THE AUTOMATIC STAY

   **1.   McCord Lift Stay Motion** – Motion to be Relieved from the Automatic Stay [Docket No. 209]

   **2.   White Lift Stay Motion** - Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 211]

**3.** **Warner Lift Stay Motion -** Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 212]

**4.** **Hickman Lift Stay Motion -** Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action [Docket No. 214]

**5.** **Penafiel Lift Stay Motion** - Motion of Jeffrey Penafiel a/k/a Jeffrey Encalada, an Infant and Merie Penafiel a/k/a Merie Encalada, Individually Seeking Relief From the Automatic Stay Pursuant to Bankruptcy Code Section 362(d) [Docket No. 1593]

**6.** **Caston Lift Stay Motion -** Motion for Entry of an Order Modifying the Automatic Stay to Permit Continuation of State Court Medical Malpractice Action filed by Lilian Caston [Docket No. 1043]

> **Status:** The hearing on the Caston matter has been adjourned to August 4, 2011 at 11:00 a.m. Please note the location and time of the hearing is subject to change.

**II. ADJOURNED MATTERS – OMNIBUS CLAIMS OBJECTIONS**

**1.** **Fourth Omnibus Objection -** Fourth Omnibus Objection of the Debtors and Debtors in Possession to Certain Claims (Tier I – Claims Improperly Classified as Administrative Priority Claims Under Section 503(b)(9) of the Bankruptcy Code) [Docket No. 1705]

> **Status:** Med World/Shore's response deadline regarding Claim Nos. 3245, 3246, 3247, 3248, and 3249 has been adjourned to August 4, 2011. The hearing on the remaining claims has been adjourned to July 21, 2011 at 11:00 a.m. Please note the location and time of the hearing is subject to change.

**2.** **Fifth Omnibus Objection -** Fifth Omnibus Objection of the Debtors and Debtors in Possession to Certain Claims (Tier I – Claims That Have Been Released) [Docket No. 1706]

**III. ADJOURNED MATTERS – FOURTH INTERIM FEE APPLICATIONS**

**1.** **Kramer Levin Fourth Fee App** - Fourth Interim Application of Kramer Levin Naftalis & Frankel LLP, Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from January 1, 2011 through March 31, 2011 [Docket No. 1654]

2. **Garfunkel Wild Fourth Fee App** - Fourth Interim Application of Garfunkel Wild, PC, as Special Healthcare, Regulatory, Corporate, Real Estate, Litigation and Finance Counsel for the Debtor and Debtor in Possession [Docket No. 1630]

3. **KPMG LLP Fourth Fee App** - Fourth Fee Application of KPMG LLP, as Auditors to the Debtors, for Interim Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From January 1, 2011 Through March 31, 2011 [Docket No. 1658]

4. **Togut Segal Fourth Fee App** - Fourth Interim Application of Togut, Segal & Segal LLP, as Conflicts Counsel for the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period January 1, 2011 through March 31, 2011 [Docket Nos. 1650 & 1651]

5. **Loeb & Troper Fourth Fee App** - Fourth Application of Loeb & Troper LLP, as Healthcare Transaction Advisor to the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From January 1, 2011 Through March 31, 2011 [Docket No. 1656 & 1750]

6. **Cain Brothers Fourth Fee App** - Fourth Application of Cain Brothers & Co., LLC, Investment Banker for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from January 1, 2011 Through March 31, 2011 [Docket No. 1659]

7. **Putney Twombly Fourth Fee App** - Fourth Application of Putney, Twombly, Hall, & Hirson LLP, as Labor and Employee Benefits Counsel for the Debtors for Allowance of Interim Compensation for Services Rendered for the Period January 1, 2011 Through March 31, 2011 and for Reimbursement of Expenses [Docket No. 1660]

8. **CB Richard Ellis Fourth Fee App** - Application of CB Richard Ellis, Inc. ("CBRE"), as Real Estate Advisor for the Debtor and Debtor in Possession, for Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period From January 1, 2011 Through March 31, 2011 [Docket No. 1657]

9. **Neubert Pepe Fourth Fee App** - Fourth Application of Neubert, Pepe & Monteith, P.C., as Counsel to the Patient Care Ombudsman for Entry of Order Allowing Interim Compensation and Reimbursement of Expenses [Docket No.1652]

10. **Daniel T. McMurray Fourth Fee App** - Fourth Interim Application of the Patient Care Ombudsman ("Daniel T. McMurray") for an Allowance of

Compensation and Reimbursement of Expenses for the Period January 1, 2011 through March 31, 2011 [Docket No. 1653]

11. **Akin Gump Fourth Fee App** - Fourth Application of Akin Gump Strauss Hauer & Feld LLP, as Counsel for the Official Committee of Unsecured Creditors of Saint Vincents Catholic Medical Centers of New York et al., for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period January 1, 2011 Through March 31, 2011 [Docket No.1665]

12. **CBIZ Fourth Fee App** - Application of CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. ("CBIZ"), Financial Advisor for the Official Committee of Unsecured Creditors of Saint Vincents Catholic Medical Centers of New York, et al., for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period From January 1, 2011 Through March 31, 2011 [Docket No. 1666]

Dated: New York, New York
      July 11, 2011

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                        /s/ Adam C. Rogoff
                        Kenneth H. Eckstein
                        Adam C. Rogoff
                        P. Bradley O'Neill
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Telephone: (212) 715-9100

                        *Counsel for Debtors and Debtors in Possession*