*Pro Se*

535 E. 14 Street #2C
New York, NY 10009
July 17, 2011

### WRITTEN RESPONSE:  OBJECTION/DISAGREE
### DELIVERED BY HAND & SERVED UPON the FOLLOWING PARTIES:

TO:    Kramer, Levin, Naftalis & Frankel LLP
        Kenneth H Eckstein, Adam Rogoff, P Bradley O'Neill, Gregory Plotko
        1177 Ave of the Americas
        NY NY 10036

TO:    Clerk at United States Bankruptcy Court
        Southern District of NY, Hamilton Court Custom House
        1 Bowling Green, NY NY 10004

RE:    St Vincent's Catholic Medical Centers of New York
        Case No 10-11963 (CGM)
        Hearing August 4, 2011 Courtm 701 Bankruptcy Court, 1 Bowling Green, NYNY

This is to notify above parties and all concerned in this matter that I disagree with the
Notice 'Disallowing Certain Claims'.
I would ask that the Court not approve the Objection as the statement that the claim was
discharged is incorrect.
As Pro Se, I will need sufficient time to present the documents to support my claim.

Regards,

Eric Kripps
212.477.6752

2011 JUL 19 P 3: 18
S.D. OF N.Y.
FILED
U.S. BANKRUPT...