Angel Luis Fernandez<br>
117-24 142nd St.<br>
Jamaica, NY 11436<br>
Cell: 917-825-8816<br>
Claim # 2550<br>
Case #10-11963

Judge Cecelia G. Morris
355 Main Street
Poughkeepsie, NY 12601-3315

Dear Judge Morris:

   Your Honor, my name is Angel Luis Fernandez. I have filed a claim against SVCMC. At the heart of the matter is the fact that St. Vincent's has existed as two separate corporate entities each with a different tax exempt status and their refusal to comply with ERISA mandated Federal laws. My attorney is now dropping my case because of fees that I owe the firm. I have paid the firm thousands of dollars and that money has only gotten me as far as filing a claim. I have attempted to obtain free legal representation but free attorneys do not have experience with The U.S. Bankruptcy Court. I am writing to ask if there is a Pro Bono service that might be available. If there is no such service available then I will proceed on my own. As I have researched this situation, I have discovered a lot of information that I need to present to the court. Who do I direct this to? Please pardon my ignorance and thank you for your attention.

Sincerely,

*Angel L. Fernandez*
Angel L. Fernandez

RECEIVED
AUG 2 2 2011
U.S. BANKRUPTCY COURT
POUGHKEEPSIE, N.Y.