UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

SAINT VINCENTS CATHOLIC MEDICAL CENTERS
OF NEW YORK et. al.,

Debtors.
_____

Chapter 11

Case No. 10-11963 (CGM)

Jointly Administered

## ORDER ON MOTION

**WHEREAS,** as of April 14, 2010, Saint Vincents Catholic Medical Centers of New York and certain of its affiliates, as Chapter 11 debtors and debtors in possession filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code:

**WHEREAS,** by request for notice dated October 5, 2010, McCarthy Fingar LLP appeared herein as counsel for Angel Luis Fernandez, individually and as counsel for Geralyn A. Schultz, deceased,

**WHEREAS,** on September 16, 2011, McCarthy Fingar LLP, made with leave of court, a motion on an expedited basis for an order under Local Bankruptcy Rule 2090-1(e), permitting McCarthy Fingar LLP to withdraw for cause and be relieved as counsel of record for Angel Luis Fernandez, individually and as administrator as Geralyn A. Schultz, deceased,

**NOW**, upon motion of McCarthy Fingar LLP *and upon the record of the hearing held on September 22, 2011*, it is hereby

**ORDERED**, that the motion is granted, and McCarthy Fingar LLP is relieved from representing Angel Luis Fernandez, individually and as administrator as Geralyn A. Schultz, deceased, in this case, and it is further,

{00316715.DOCX.}  1

**ORDERED**, that on before *September 29, 2011*, McCarthy Fingar is directed to serve its client an overnight mail delivery service with a copy of this Order, and shall electronically file proof of such service with the Court.

Dated: New York, New York
       September 22, 2011

    /s/ Cecelia G. Morris_____ _____
    THE HONORABLE CECELIA G. MORRIS
    UNITED STATES BANKRUPTCY JUDGE