**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                    :    Chapter 11
                                          :
SAINT VINCENTS CATHOLIC MEDICAL           :    Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,[1]           :
                                          :    Jointly Administered
          Debtors.                        :
---------------------------------------------------------------x    **Ref. Docket No. 4308**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 29, 2017, I caused to be served the "Stipulation and Order," *regarding Jan Doros*, dated March 29, 2017 [Docket No. 4308], by causing true and correct copies to be:

   a. delivered via electronic mail to the Revised Special Service List, parties identified on the annexed Exhibit A, and the additional party: *davidz@zatlaw.com*, and

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the Revised Special Service List, parties identified on the annexed Exhibit B, and the additional party identified on the annexed Exhibit C.

---

[1] In addition to Saint Vincents Catholic Medical Centers of New York ("**SVCMC**"), the Debtors in these cases were as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc. (the "**Debtors**"). There are certain affiliates of SVCMC who were not Debtors.

-2-

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
30th day of March, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in the County of the Bronx
Commission Expires September 24, 2017

# EXHIBIT A

| **EMAIL** |
| --- |
| achouprouta@kramerlevin.com |
| arogoff@kramerlevin.com |
| askdoj@usdoj.gov |
| ayerramalli@kramerlevin.com |
| boneill@kramerlevin.com |
| dblabey@kramerlevin.com |
| dbotter@akingump.com |
| dohweb@health.state.ny.us |
| enid.stuart@oag.state.ny.us |
| jshifer@kramerlevin.com |
| keckstein@kramerlevin.com |
| Louis.Testa@ag.ny.gov |
| rhayes@cwsny.com |
| rkarambelas@svcmcny.org |
| rseltzer@cwsny.com |
| schaudhuri@svcmcny.org |
| sschultz@akingump.com |

# EXHIBIT B

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ONE BRYANT PARK ATTN: DAVID H. BOTTER (COUNSEL FOR THE LIQUIDATING TRUSTEE) NEW YORK NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVENUE, N.W. ATTN: ASHLEIGH BLAYLOCK, ESQ. (COUNSEL FOR THE LIQUIDATING TRUSTEE) WASHINGTON DC 20036-1564 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 1700 PACIFIC AVENUE, SUITE 4100 ATTN: SARAH LINK SCHULTZ, ESQ. (COUNSEL FOR THE LIQUIDATING TRUSTEE) DALLAS TX 75201-4675 |
| ASSISTANT UNITED STATES ATTORNEY | SOUTHERN DISTRICT OF NEW YORK ONE ST. ANDREW'S PLAZA CLAIMS UNIT - ROOM 417 NEW YORK NY 10007 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTN: ENID STUART, ASSISTANT ATTORNEY (ON BEHALF OF THE DEPARTMENT OF HEALTH) 120 BROADWAY - 24TH FLOOR NEW YORK NY 10271 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTN: LOUIS J. TESTA, ESQ., ASSISTANT ATTY GEN (COUNSEL TO NEW YORK STATE COMPTROLLER) THE CAPITOL, LITIGATION BUREAU, BANKRUPCY UNIT ALBANY NY 12224-0341 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES BRANCH ATTN: DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19114-0326 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | 1177 AVENUE OF THE AMERICAS ATTN: KENNETH H ECKSTEIN, ESQ, ADAM C ROGOFF, ESQ P. BRADLEY O'NEILL, ESQ., GREGORY G. PLOTKO, ESQ. NEW YORK NY 10036 |
| NEW YORK STATE DEPARTMENT OF HEALTH | OFFICE OF THE COMMISSIONER CORNING TOWER EMPIRE STATE PLAZA ROOM 2450, ATTN: HAROLD ROSENTHAL ALBANY NY 12237 |
| NEW YORK STATE DEPARTMENT OF HEALTH | ATTN: TOM JUNG EMPIRE STATE PLAZA ALBANY NY 12237 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, NW ATTN: ERIC H. HOLDER, JR, ATTORNEY GENERAL WASHINGTON DC 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK 201 VARICK STREET, SUITE 1006 ATTN: SUSAN GOLDEN, ESQ. ATTN: SERENE NAKANO, ESQ. NEW YORK NY 10014 |
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN | DISTRICT OF NEW YORK ONE BOWLING GREEN ATTN: THE HONORABLE CECELIA G. MORRIS NEW YORK NY 10004-1408 |

**Total Creditor count  15**

# EXHIBIT C

SV2: Stip 3-29-17

Zatuchni & Associates, LLC
287 South Main Street
(Route 29)
Lambertville, NJ 08530
David Zatuchni, Esq.