Presentment Date:  December 1, 2017 at 12:00 p.m. (prevailing Eastern Time)
Objection Deadline:  December 1, 2017 at 11:00 a.m. (prevailing Eastern Time)

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
David H. Botter
Sarah Link Schultz (*admitted pro hac vice*)

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re:                                                     :        Chapter 11
                                                           :
SAINT VINCENTS CATHOLIC MEDICAL                            :        Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, <u>et al</u>.,[1]                     :
                                                           :
                              Debtors.                     :        Jointly Administered
                                                           :
---------------------------------------------------------- x

**NOTICE OF PRESENTMENT OF LIQUIDATING TRUSTEE'S MOTION FOR ORDER**
**(I) AUTHORIZING THE LIQUIDATING TRUSTEE TO DISCONTINUE MAKING**
**DISTRIBUTIONS OR MAINTAINING RESERVES ON ACCOUNT OF CLAIMS FOR**
**WHICH THE HOLDERS OF SUCH CLAIMS HAVE FAILED TO (A) PROVIDE**
**REQUIRED TAX INFORMATION, (B) MAINTAIN A CURRENT ADDRESS WITH**
**THE LIQUIDATING TRUSTEE, OR (C) NEGOTIATE DISTRIBUTION CHECKS AS**
<u>**REQUIRED BY THE PLAN AND (II) GRANTING RELATED RELIEF**</u>

　　　　**PLEASE TAKE NOTICE** that upon the annexed motion (the "<u>Motion</u>"), Eugene I.

Davis, as trustee (the "<u>Liquidating Trustee</u>") of the SVCMC Liquidation Trust (the "<u>Liquidating</u>

<u>Trust</u>") will present the proposed order (the "<u>Proposed Order</u>") to the Honorable Cecelia G.

---

[1] In addition to Saint Vincents Catholic Medical Centers of New York ("<u>SVCMC</u>"), the Debtors were as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc.  There are certain affiliates of SVCMC who were not Debtors.

Morris, Chief United States Bankruptcy Judge, for signature on **December 1, 2017 at 12:00 p.m. (prevailing Eastern Time)**, a copy of which is attached as **Exhibit A** to the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Proposed Order must be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, and the Bankruptcy Court's Second Amended Final Administrative Order Establishing Case Management Procedures [Docket No. 3325] (the "Case Management Order"), shall be filed with the Bankruptcy Court either (a) electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, or (b) on a CD-Rom or 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at http://www.nysb.uscourts.gov), and shall be served in accordance with General Order M-399 on and served so as to be actually received by the following: (i) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam C. Rogoff, Esq., counsel for Post-Effective Date SVCMC; (ii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: David Botter, Esq. and Sarah Link Schultz, Esq., counsel for the Liquidating Trustee and counsel for the Post-Effective Date Committee; (iii) the United States Department of Health and Human Services Centers for Medicare & Medicaid Services, 86 Chambers Street, 3rd Floor, New York, New York 10007, Attn: Tomoko Onozawa, authorized representative; and (iv) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Serene Nakano, Esq., no later than **December 1, 2017 at 11:00 a.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses with respect to the Proposed Order are timely filed and served in accordance with the Case Management Order, the Liquidating Trustee will submit the Proposed Order to the Bankruptcy Court for signature, and the Proposed Order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: November 17, 2017
      New York, New York

                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

By:     _/s/ David H. Botter_
        David H. Botter
        Sarah Link Schultz (admitted _pro hac vice_)
        Akin Gump Strauss Hauer & Feld LLP
        One Bryant Park
        New York, New York 10036
        (212) 872-1000 (Telephone)
        (212) 872-1002 (Facsimile)

        _Counsel for the Liquidating Trustee_

## **ANNEX**

**Presentment Date: December 1, 2017 at 12:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: December 1, 2017 at 11:30 a.m. (prevailing Eastern Time)**

AKIN GUMP STRAUSS HAUER & FELD LLP
David H. Botter
Sarah Link Schultz (*admitted pro hac vice*)
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :          Chapter 11
                                                         :
SAINT VINCENTS CATHOLIC MEDICAL                          :          Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,¹                             :
                                                         :
                                Debtors.                 :          Jointly Administered
                                                         :
-------------------------------------------------------- x
```

**LIQUIDATING TRUSTEE'S MOTION FOR ORDER (I) AUTHORIZING THE
LIQUIDATING TRUSTEE TO DISCONTINUE MAKING DISTRIBUTIONS OR
MAINTAINING RESERVES ON ACCOUNT OF CLAIMS FOR WHICH THE
HOLDERS OF SUCH CLAIMS HAVE FAILED TO (A) PROVIDE REQUIRED TAX
INFORMATION, (B) MAINTAIN A CURRENT ADDRESS WITH THE LIQUIDATING
TRUSTEE, OR (C) NEGOTIATE DISTRIBUTION CHECKS AS REQUIRED BY THE
PLAN AND (II) GRANTING RELATED RELIEF**

Pursuant to sections 105(a), 1142(b), and 1143 of title 11 of the United States Code (the

"Bankruptcy Code"), and sections 7.3 and 7.4 of the *Debtors' Second Amended Joint Chapter 11*

*Plan* [Docket No. 3035] (the "Plan"), Eugene I. Davis, as trustee (the "Liquidating Trustee") of

the SVCMC Liquidation Trust (the "Liquidating Trust"), files this motion (the "Motion")

---

[1] In addition to Saint Vincents Catholic Medical Centers of New York ("SVCMC"), the debtors in these
cases were as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center
for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax
Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's
Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and
(viii) SVCMC Professional Registry, Inc (collectively with SVCMC, the "Debtors"). There are certain affiliates of
SVCMC who were not Debtors.

seeking entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), authorizing the Liquidating Trustee to discontinue making distributions or maintaining reserves on account of (i) the claims listed on **Exhibit 1** and **Exhibit 2** to the Proposed Order (ii) claims for which future distributions on account of such claims have been or in the future are returned as undeliverable or the distribution check has otherwise not been or is in the future otherwise not negotiated without the holder of such claim providing an updated address or requesting reissuance of the check within 120 days.  In support of this Motion, the Liquidating Trustee submits the declaration of Steven R. Korf (the "Korf Declaration") attached hereto as **Exhibit B**, and respectfully states as follows:

## PRELIMINARY STATEMENT[2]

1.      The confirmed Plan requires holders of allowed claims to:

- provide the Liquidating Trustee the tax information the Liquidating Trustee requires to comply with applicable tax law,

- maintain a current address with the Liquidating Trustee, and

- negotiate checks comprising distributions within a certain timeframe as a condition for receiving distributions under the Plan.

2.      The Missing TIN Claimants and the Undeliverable Claimants failed to comply with one or more of the foregoing Plan provisions.  The Liquidating Trustee, PED SVCMC, and their professionals have undertaken extensive efforts—which were not required by the Plan—to remedy the defects preventing distributions to the Missing TIN Claimants and the Undeliverable Claimants but were not able to obtain the required Tax Information from the Missing TIN Claimants or updated addresses from the Undeliverable Claimants.   By this Motion, the Liquidating Trustee seeks an order confirming that these efforts were not required by the Plan

---

[2] Capitalized terms used but not defined in the Preliminary Statement shall have the meaning ascribed in the body of the Motion.

and that the Liquidating Trustee may discontinue making distributions or maintaining reserves on account of (i) the Missing TIN Claims and Undeliverable Claims and (ii) claims for which future distributions on account of such claims have been or are returned as undeliverable or the distribution check is otherwise not negotiated without the holder of such claim providing an updated address or requesting reissuance of the check within 120 days.

## JURISDICTION

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory predicates for the relief requested are Bankruptcy Code sections 105(a), 1142(b), and 1143.

## BACKGROUND

### A.      General Background

5.      On April 14, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.   These cases are being jointly administered pursuant to Federal Rule of Bankruptcy Procedure 1015(b).  During the course of their chapter 11 cases, the Debtors operated their businesses as debtors in possession.

6.      On June 29, 2012, the Bankruptcy Court entered an order [Docket No. 3060] (the "Confirmation Order") approving the Plan.  The Plan became effective by its terms on June 29, 2012 (the "Effective Date").  The Liquidating Trustee was appointed pursuant to the Plan and Confirmation Order as of the Effective Date.

7.      On January 24, 2013, the chapter 11 cases for 555 6th Avenue Apartment Operating Corporation, Chait Housing Development Corporation, Fort Place Housing Corporation, and SVCMC Professional Registry, Inc. were closed.

3

8.      The Liquidating Trustee is responsible for making distributions under the Plan on account of all allowed claims other than Operating Asset Claims, as defined in the Plan. The Liquidating Trustee made a distribution of $31.0 million in 2015 and a distribution of $18.5 million in 2016. The Liquidating Trustee has made substantial progress in resolving all disputed claims and liquidating assets for the holders of allowed claims in these chapter 11 cases and continues efforts to fully administer these cases.

**B.      The Missing TIN Claimants**

*(i)      Requirement to Provide Tax Information*

9.      As a condition to receiving distributions under the Plan, holders of allowed claims must provide applicable tax withholding information to the Liquidating Trustee:

> Holders of Allowed Claims shall, as a condition to receiving distributions, provide such information and take such steps as the Liquidating Trustee may reasonably require to enable it to comply with the withholding and reporting requirements and to obtain certifications and information as may be necessary or appropriate to satisfy the provisions of any tax law.

Plan § 7.3. With respect to certain nonemployee claims, the Liquidating Trustee requires a completed IRS Form W-9 or IRS Form W-8BEN (the "Tax Information") for distribution pursuant to applicable law.[3]

*(ii)      Notice of the Requirement to Provide Tax Information*

10.      Notice of the requirement contained in section 7.3 of the Plan was provided to creditors in the disclosure statement describing the Plan (the "Disclosure Statement") [Docket No. 2897]. Sections VII.F.2.b and XI.D of the Disclosure Statement both highlighted this requirement of the Plan. Further, the ballot used to solicit voting on the Plan by holders of general unsecured claims included a place for each holder of the claim to include its Social

---

[3] To the extent that the Debtors, PED SVCMC, or the Liquidating Trustee was already in possession of the relevant information contained in the forms with respect to a claimant, the Liquidating Trustee did not require the claimant to supply the Tax Information.

4

Security or Federal Tax I.D. number.[4]  The Disclosure Statement and the other solicitation materials were served on creditors with valid addresses, *see Affidavit of Service of Solicitation Materials* [Docket No. 2959], and published in *The New York Times*, *Certification of Publication* [Docket No. 2968], and *New York Post*, *Affidavit of Lisa Modica* [Docket No. 2969].

11.    The order confirming the Plan [Docket No. 3060] (the "Confirmation Order") expressly found that the notice of the contents of the Plan and the hearing on confirmation of the Plan was sufficient. According to the Confirmation Order, there was "due, adequate and sufficient notice of the Disclosure Statement, the Plan, the Plan Supplement, and the Confirmation Hearing, together with all deadlines for voting on or objecting to the Plan . . . ." *See* Confirmation Order ¶ F.

12.    The Confirmation Order required the Debtors or post-Effective Date SVCMC (the "PED SVCMC") to mail notice to the confirmation of the Plan and the effective date of the Plan to all record holders of claims as of the confirmation date and to publish notice of confirmation in *The New York Times* and *New York Post*.  *See id.* at ¶ 20.  On July 5, 2012, the Debtors published the required notice.  *See Certification of Publication* [Docket No. 3117]; *Affidavit of Lisa Modica* [Docket No. 3118].

### *(iii)    Efforts to Obtain Missing Tax Information*

13.    To the extent that the Debtors were in possession of the required tax forms or a claimant returned a ballot including a Social Security or Federal Tax I.D. number, the Liquidating Trustee did not require claimants to supply additional Tax Information.  At the direction of the Liquidating Trustee and as detailed further below, Epiq Bankruptcy Solutions,

---

[4] A copy of the form ballot can be found as Exhibit C1 to the *Motion of the Debtors for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Chapter 11 Plan, (III) Scheduling a Hearing on Confirmation of the Plan, (IV) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (V) Granting Related Relief* [Docket No. 2849].

LLC ("Epiq") and PED SVCMC's professionals attempted to obtain the Tax Information from the remainder of claimants.

14.    On April 19, 2013, Epiq mailed a letter, a copy of which is annexed to the Korf Declaration as **Exhibit 1A** thereto, to all claimants that had not provided Tax Information to the Liquidating Trustee.  The letter indicated that the return of the applicable Tax Information was required for distribution under the Plan and that any creditor failing to return the applicable Tax Information would not receive distributions. The letter asked claimants to call Epiq's SVCMC Information Line if they had any questions.  Epiq mailed out similar notices on each of January 14, 2014 and July 11, 2014, which notices are annexed to the Korf Declaration as **Exhibit 1B** and **Exhibit 1C** thereto, respectively.

15.    On December 8, 2015, Epiq mailed a "Final Notice" letter, a copy of which is annexed to the Korf Declaration as **Exhibit 1D** thereto, to those claimants that had not yet provided the applicable Tax Information.  The December 8, 2015 letter again requested the necessary Tax Information and further warned the recipients that, in accordance with the Plan, past distributions would be deemed forfeited unless the Liquidating Trustee received the Tax Information.[5]

> ### (iv)    *The Claimants that Have Not Provided Tax Information to the Liquidating Trustee*

16.    Despite the adequate notice of the requirements of the Plan and the repeated efforts to obtain the Tax Information, the seventy-five (75) claimants listed on **Exhibit 1** to the Proposed Order (the "Missing TIN Claimants"), who have general unsecured claims totaling $1,820,368.59, have failed to provide the documentation necessary for the Liquidating Trustee to

---

[5] Although the Plan does not require that the Liquidating Trustee maintain reserves for distributions not made due to failure to provide the required tax information, the Liquidating Trustee did so in a good faith effort to effectuate payment to all holders of allowed claims.  The Liquidating Trustee maintained reserves for 120 days before making such amounts available to all holders of allowed claims in the next distribution.

make a distribution on behalf of their claims (the "Missing TIN Claims"). In 2016, distributions totaling approximately $60,000 were retained in reserve for the Missing TIN Claimants, which amount could have otherwise been distributed to other holders of allowed claims.

### C.    The Undeliverable Claimants

### (i)    Requirement to Provide a Current, Deliverable Address for Distributions

17.    The Plan requires that holders of allowed claims maintain a current address with the Liquidating Trustee and negotiate distribution checks within 90 days. If a distribution is "undeliverable" because it is returned by the United States Postal Service or the distribution check is not negotiated within 90 days, the claimant must demand re-issuance of the distribution within 120 days or "the amount represented by such undeliverable distribution (including a voided check) shall be deemed forfeited, and any Claim in respect of such undeliverable distribution (including a voided check) shall be disallowed, discharged and forever barred . . . ." Plan § 7.4. In its entirety, section 7.4 of the Plan states:

> Subject to Bankruptcy Rule 9010, all distributions to any holder of an Allowed Claim shall be made at the address of such holder as set forth on either the Schedules or the books and records of the Debtors, unless the Liquidating Trustee has otherwise been notified by the holder in writing of a change of address, including, without limitation, by the filing of a Proof of Claim by such holder that contains an address for such holder different from the address reflected on either the Schedules or the books and records. In the event that any distribution to any holder is returned as undeliverable, no further distributions to such holder shall be made unless and until the Liquidating Trustee is notified of such holder's then-current address, at which time all missed distributions shall be made to such holder, without interest. . . . All demands for undeliverable distributions (including requests for re-issuance of any voided check) shall be made to the Liquidating Trustee on or before thirty (30) days after the expiration of the ninety (90) day period after the date such undeliverable distribution was initially made or the check was originally issued, as applicable. Thereafter, the amount represented by such undeliverable distribution (including a voided check) shall be deemed forfeited, and any Claim in respect of such undeliverable distribution (including a

voided check) shall be disallowed, discharged and forever barred
from asserting any such Claim against the Releasees. Any
distributions that are forfeited or otherwise cancelled shall be
distributed to the holders of the Allowed Unsecured Claims (other
than those whose distributions are deemed undeliverable hereunder)
in accordance with the Plan.

**(ii)    *Notice of the Requirement to Provide a Deliverable Address to the Liquidating Trustee***

18.    As with the requirement to provide Liquidating Trustee with the Tax Information,

notice of the requirement contained in section 7.4 of the Plan was provided in the Disclosure

Statement. Section VII.F.2.c of the Disclosure Statement included the language of section 7.4 of

the Plan and its requirement to maintain a deliverable address. As summarized above, the

Disclosure Statement and Confirmation Order were extensively noticed to the parties in interest

in these cases, and the Court reviewed this notice and found it sufficient under the circumstances.

19.    The requirement that creditors keep a current address in these cases was further

noticed in connection with notice of the last date to file proofs of claim in these cases (the "Bar

Date"). Pursuant to the order establishing the Bar Date (the "Bar Date Order"), the Debtors

mailed all creditors in these cases a notice of the Bar Date along with a personalized proof of

claim form. *See Affidavit of Service* [Docket No. 884]. Included in this mailing was a

personalized proof of claim form, indicating that "[t]he creditor has a continuing obligation to

keep the court informed of its current address." *Id.* Notice of the Bar Date was published in the

*New York Post*, *Affidavit of Lisa Modica* [Docket No. 1277], and *The New York Times*,

*Certification of Publication* [Docket No. 1278], referencing the form proof of claim and the

Debtors' restructuring website.

20.    The letter accompanying each distribution, a copy of which for the 2016

distribution is annexed to the Korf Declaration as **Exhibit 2** thereto, further reminds claimants

8

that they must maintain an address with the Liquidating Trustee. The letter states, in relevant

part:

> Subject to and consistent with the terms of the Plan, the Liquidating Trustee anticipates that one or more further distributions will be made to holders of allowed Class 3 GUC Claims, as the remaining disputed claims are resolved and assets are liquidated. If your address changes, please contact the SVCMC Claims Processing Center Hotline at the contact information listed below. **Please note that it is important to keep your address updated with Epiq, the SVCMC Claims Processing Center, so that future distributions do not become stale and then ultimately forfeited to other creditors.**

(emphasis in original).

### (iii)  *Efforts to Obtain Updated Addresses*

21.    Although it was the responsibility of each claimant to maintain its address with

the Liquidating Trustee, as the notices accompanying each distribution indicated, the PED

SVCMC, the Liquidating Trustee, and their professionals have made significant good-faith

efforts to obtain updated addresses for creditors failing to maintain a deliverable address with the

Liquidating Trustee. Particular efforts were made to update addresses of former employees of

the Debtors in these chapter 11 cases:

(a)    With respect to union-employees, coordinating with the New York State Nurses Association and 1199 SEIU United Healthcare Workers union;

(b)    With respect to doctors and residents, coordinating with the Committee of Interns and Residents and the attorneys representing the physicians in these chapter 11 cases;

(c)    With respect to non-union employees, conducting a LexisNexis address search, coordinating with the New York Department of Labor (the "DOL"), contacting the Debtors' former managers—including the former head of humans resources, chief medical officer, directors, and accounts payable managers—to reach out personally to such former employees, conducting social media searches, and teaming with PED SVCMC human resources department to call available telephone numbers to confirm addresses; and

(d)    With respect to certain employees believed to be deceased, hiring a private investigator to locate beneficiaries of the deceased's estate.

9

22.    The efforts to update addresses for distribution checks to vendors and other nonemployee creditors that were returned as undeliverable or otherwise not negotiated was even more time-intensive on a per-claimant basis.  Unlike with the Debtors' former employees, PED SVCMC professionals could not leverage the former employees' unions, the DOL, or the largely-automated LexisNexis search platform to update addresses for these claimants.  Further, conducting a simple internet search was deemed ineffective due to the significant time required to confirm a potentially updated address and tax withholding information.[6]  As such, the Liquidating Trustee and PED SVCMC professionals focused their efforts on updating addresses of holders of only the largest claims so as to not unduly expend the Liquidating Trust's assets. With respect to distributions over $10,000—as well as certain additional claimants whose addresses could be efficiently updated—the following efforts were made to obtain updated addresses:

(a)    PED SVCMC professionals reviewed the Debtors' books and records for contact information for the relevant nonemployee creditors and, to the extent that there was a contact or telephone number indicated, attempted to obtain the updated address using such information; and

(b)    To the extent that the PED SVCMC professionals had their own contacts with a nonemployee claimant as the result of other engagements in the healthcare industry, the professionals attempted to leverage such contacts to obtain the updated addresses.

23.    On September 1, 2017, PED SVCMC professionals, on behalf of the Liquidating Trustee, attempted to obtain updated addresses from former employees a final time before filing this Motion.  In these efforts, which were similar to previous efforts, PED SVCMC's professionals again reached out to union representatives, and the New York Department of Labor and conducted LexisNexis searches to update all relevant mailing addresses.  To the extent that

---

[6] The addresses to which distributions were mailed were the addresses directed by the Plan and Bankruptcy Rule 2002. Therefore, it would be necessary to confirm any updated address uncovered through an internet search. Further, some nonemployee claims were transferred between entities as the result of a sale or as a successor in interest to the original claimant requiring confirmation of the relevant tax withholding information.

an updated address was obtained, the Liquidating Trustee agreed—in the context of this Motion—to update the addresses for payments going forward.

24.      In addition to efforts to obtain updated addresses, in good faith, and as a further courtesy, the Liquidating Trustee reissued checks beyond the 120-day period by which the Plan required a creditor to provide the Liquidating Trustee an updated address and/or request a reissued check.  As such, when an Undeliverable Claimant's address was updated, such claimant received the distributions that had been missed.

25.      At all times, the Liquidating Trustee has asserted that these extraordinary efforts in effectuating payments to the Undeliverable Claimants, including efforts to update addresses and to reissue checks after the 120-day period, were not required under the Plan but rather were undertaken by the Liquidating Trustee and PED SVCMC as good faith efforts to effectuate payments to all creditors (the majority of whom are former employees of the Debtors).

26.      The Liquidating Trustee made clear to claimants that these efforts were not required by the Plan.  As described above, a notice accompanied each distribution indicating that claimants were responsible for maintaining their addresses with the Liquidating Trustee. Additionally, each distribution check indicated that the checks had to be negotiated within 90-days as required by section 7.4 of the Plan.

27.      Upon information and belief, the various entities reaching out to claimants with undeliverable distributions relayed that the Liquidating Trustee's efforts to obtain updated addresses were not required under the Plan.  For example, the New York State Nurses Association provided a letter to parties updating their addresses that such extension was a courtesy and that claimants must keep their addresses updated with the Liquidating Trustee.  The Committee of Interns and Residents provided a similar notice on its website.

11

### (iv)    *Claimants for Whom the Liquidating Trustee has not Received Deliverable Addresses*

28.    Despite the adequate notice of the requirements of section 7.4 of the Plan and the efforts to obtain updated addresses, the claimants listed on **Exhibit 2** to the Proposed Order (the "Undeliverable Claimants") were sent distributions on account of their respective allowed claims (the "Undeliverable Claims") but the distributions on account of these claims were either returned by the United States Postal Service as undeliverable or otherwise the checks comprising distributions were not negotiated.   There are nine-hundred sixty-four (964) Undeliverable Claimants with general unsecured claims totaling $13,690,992.27.   In 2016, distributions to the Undeliverable Claimants totaling approximately $660,000 were reserved for such claimants, which could have otherwise been paid to other holders of allowed claims.[7]

### D.    **Administrative Cost of Reissuing Distributions and Attempting to Obtain Updated Addresses and Reissuing Distributions**

29.    Although the Liquidating Trustee believes that the efforts to reissue distributions and obtain updated addresses for claimants was appropriate to effectuate distributions to as many holders of allowed claims as possible, such efforts have generated significant administrative expenses that would otherwise be available for distribution to claimants receiving distributions under the Plan.

30.    The primary cost for these efforts is incurred through the time necessarily expended by professionals.   Although the various unions and the DOL have assisted in the process of updating addresses, professionals for the Liquidating Trustee and PED SVCMC must review the records of distributions that are undeliverable or otherwise not negotiated, prepare lists of such claimants and deliver them to the appropriate entities, attempt to uncover and

---

[7] The Liquidating Trustee held this amount in reserve for 120 days.  It has since been released.

confirm updated addresses for non-union former employees, and update the records for claimants as applicable.

31.     Re-issuing distributions after the 120-day period also incurs administrative expenses.  Each yearly distribution requires generating and confirming the distribution list, engaging in numerous wire transfers, and printing and mailing thousands of checks.  When a distribution is re-issued on an ad hoc basis to a particular, duplication of administrative efforts is required to ensure that the claims register accurately reflects the updated information and payment.

32.     To fully administer the Plan and avoid incurring administrative expenses with diminishing returns, the Liquidating Trustee now seeks the relief sought in this Motion.

## REQUESTED RELIEF

33.     By the Motion, pursuant to Bankruptcy Code sections 105(a), 1142(b), and 1143, and sections 7.3 and 7.4 of the Plan, the Liquidating Trustee seeks the entry of the Proposed Order authorizing the Liquidating Trustee to discontinue making distributions or maintaining reserves on account of (i) the Missing TIN Claims and Undeliverable Claims and (ii) claims for which future distributions on account of such claims are returned as undeliverable or the distribution check is otherwise not negotiated without the holder of such claim providing an updated address or requesting reissuance of the check within 120 days.

## BASIS FOR RELIEF

34.     Bankruptcy Code section 1142(a) commands that "any entity organized or to be organized for the purposes of carrying out [a] plan shall carry out the plan and shall comply with any orders of the court."  Bankruptcy Code section 1142(b), in turn, grants the Court the expansive power "to direct the debtor and any other necessary party to execute or deliver

instrument . . . and to perform any other act . . . that is necessary for the consummation of the Plan."

35.    The "clear intent" of section 1142 "is to assure that the terms and provisions of a confirmed chapter 11 plan are carried out until the plan is completed." *In re Chateaugay Corp.*, 201 B.R. 48, 66 (Bankr. S.D.N.Y. 1996); *see also U.S. Brass Corp. v. Travelers Ins. Grp., Inc. (In re U.S. Brass Corp.)*, 301 F.3d 296, 306 (5th Cir. 2002) ("[Bankruptcy Code section 1142] empowers the bankruptcy court to enforce the unperformed terms of a confirmed plan."); *Gordon Sel-Way, Inc. v. United States (In re Gordon Sel-Way, Inc.)*, 270 F.3d 280, 289 (6th Cir. 2001) ("[Bankruptcy Code section 1142] provides bankruptcy courts with broad power to enforce the terms of a confirmed plan.").

36.    Additionally, Bankruptcy Code section 105(a) permits courts to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of" the Bankruptcy Code.  "[S]ection 105(a) plainly may be used to enforce and implement earlier orders." *In re River Ctr. Holdings, LLC*, 394 B.R. 704, 711 (Bankr. S.D.N.Y. 2008) (citing *NWL Holdings, Inc. v. Eden Ctr., Inc. (In re Ames Dep't Stores, Inc.)*, 317 B.R. 260, 274 (Bankr. S.D.N.Y. 2004) ("[I]t is manifestly proper, in this Court's view, to invoke section 105(a) to enforce or implement the Court's earlier orders . . . .")).  Courts employ section 105(a), in conjunction with section 1142, to issue orders enforcing the terms of a confirmation order or plan. *See, e.g., Bennett & Fairshter, LLP v. Stinky Love, Inc. (In re Lacy)*, 335 B.R. 729, 738 (B.A.P. 10th Cir. 2006) ("Under § 1142(a), 'the debtor . . . shall carry out the plan and shall comply with any orders of the court, including a Chapter 11 confirmation order.  The bankruptcy court can enforce this duty under §§ 105(a) and 1142, which allow it to take 'any action or mak[e] any determination necessary or appropriate to enforce or implement' a court order, such as its

14

confirmation order, 'to prevent an abuse of process,' or to 'direct the debtor and any other necessary party . . . to perform any . . . act . . . that is necessary for the consummation of the plan.'" (footnotes omitted)) .

**A.    The Plan Does Not Provide for Distributions or Reserves on Account of the Missing TIN Claims or Undeliverable Claims.**

***(i)    Pursuant to Section 7.3 of the Plan, the Missing TIN Claimants Are Not Entitled to Distributions or Reserves on Account of the Missing TIN Claims.***

37.    Section 7.3 of the Plan conditions distributions under the Plan on providing the information required for the Liquidating Trustee to comply with applicable tax law. A claimant failing to provide such information is not entitled to receive distributions under the Plan. The Liquidating Trustee required a completed IRS Form W-9 or IRS Form W-8BEN before making distributions on account of certain claims.

38.    The Plan does not expressly require the Liquidating Trustee to maintain any reserve on behalf of the distributions that were not made to claimants that failed to provide the Tax Information. Rather, the clear language of the Plan stating that providing the required documents is a condition for receiving distributions under the Plan indicates otherwise. *See* Plan § 7.3.

39.    Despite the efforts of the Debtors, Liquidating Trustee, PED SVCMC, and their respective professionals to obtain such forms from the Missing TIN Claimants listed in **<u>Exhibit 1</u>** to the Proposed Order, the claimants have failed to provide the forms to the Liquidating Trustee. Therefore, the Missing TIN Claimants are not entitled to distributions, nor is the Liquidating Trustee required to maintain reserves on account of the Missing TIN Claims.

### (ii) Pursuant to Section 7.4 of the Plan, the Undeliverable Claimants Are Not Entitled to Distributions or Reserves on Account of the Undeliverable Claims.

40.     Section 7.4 of the Plan provides that if a distribution to a holder of an allowed claim is returned as undeliverable or a check is voided pursuant thereto, no further distributions will be made to that holder until unless and until the Liquidating Trustee is provided an updated address.  The Plan also provides that distributions will be forfeited after 120 days, and that "any Claim in respect of such undeliverable distribution (including a voided check) shall be disallowed, discharged and forever barred from asserting any such claim against the Releases." Plan § 7.4.  Thus, there is a 120-day limit by which a claimant must update its address and/or request a reissued distribution.

41.     The Plan does not expressly require the Liquidating Trustee to maintain reserves on account of cancelled distributions that would otherwise be made to claimants that forfeited previous distributions.  Section 7.4 of the Plan states that "distributions that are forfeited *or otherwise canceled* shall be distributed to the holders of Allowed Unsecured Claims (other than whose distributions are deemed undeliverable hereunder) in accordance with the Plan."  *Id.* (emphasis added).  The Plan contemplates that the Liquidating Trustee will *not* maintain reserves on account of such distributions.

42.     Despite the tedious and time-intensive efforts of the Liquidating Trustee, PED SVCMC, their professionals, the Unions, the New York Department of Labor, and others to obtain updated addresses for the Undeliverable Claimants listed in **Exhibit 2** to the Proposed Order, the Liquidating Trustee has been unable to obtain updated current addresses for the Undeliverable Claimants.   Therefore, the Undeliverable Claimants are not entitled to distributions nor is the Liquidating Trustee required to maintain reserves on account of such claims.

16

**B.      Bankruptcy Code Section 1143 Prohibits the Missing TIN Claimants and Undeliverable Claimants from Participating in Distributions under the Plan.**

**(i)      *Bankruptcy Code Section 1143 Requires That Any Act upon Which Distribution Under the Plan is Conditioned Be Taken Within 5 Years of Confirmation.***

43.      Bankruptcy Code section 1143 provides:

> If a plan requires presentment or surrender of a security or the performance of any other act as a condition to participation in distribution under the plan, such action shall be taken not later than five years after the date of the entry of the order of confirmation. An entity that has not within such time presented or surrendered such entity's security or taken any such other action that the plan requires may not participate in distribution under the Plan.

11 U.S.C. § 1143.  A claimant failing to take required actions under the Plan within five years from the confirmation of the Plan is no longer entitled to distributions and may not remedy its failure after the five-year mark.  *See In re IBIS Corp.*, 272 B.R. 883, 887 (Bankr. E.D. Va. 2001) ("Section 1143 acts as a bar date to take certain actions," and "[i]f the action is not taken within the five-year period, the creditor . . . is barred from participating in the distribution under the plan."); *In re Payroll Express Corp.*, No. 92-42150, 2008 WL 5396609, at *3 (Bankr. S.D.N.Y. Nov. 24, 2008) ("If the plan requires the creditor to . . . render some performance as a condition to participating in a distribution, it must do so within five years of the confirmation order or forego its right to participate in any distribution under the plan."); *In re TLI, Inc.*, 213 B.R. 946, 950 (N.D. Tex. 1997), *aff'd*, 159 F.3d 1355 (5th Cir. 1998) (per curiam) ("Sections 347(b) and 1143 together establish an outer limit of five years from entry of a plan confirmation order within which a creditor required to perform an act as a condition of participating in a plan distribution must accomplish the act or relinquish its right to participate.").

44.      Bankruptcy Code section 1143 promotes "'finality, judicial economy and the avoidance of disruptive, wasteful litigation over funds which remain unclaimed five years after confirmation.'"  *In re TLI, Inc.*, 213 B.R. at 950 (quoting *In re Goldblatt Bros., Inc.*, 132 B.R.

17

736, 738 (Bankr. N.D. Ill. 1991)).   Its application here provides the Liquidating Trustee with

certainty regarding future distributions.[8]

> ### (ii)    The Missing TIN Claimants Were Required to Provide the Tax Information to the Liquidating Trustee but Failed to Do so Within Five Years of Confirmation of the Plan.

45.    Section 7.3 of the Plan expressly states that providing the Liquidating Trustee the

information and taking steps required by the Liquidating Trustee to enable the Liquidating

Trustee to comply with the withholding, reporting, and other requirements of applicable tax law

is "a condition to receiving distributions" under the Plan.   The Liquidating Trustee required that

certain claimants provide the Tax Information in order to comply with applicable tax law.

Despite the efforts of the Liquidating Trustee and the PED SVCMC, the Missing TIN Claimants

failed to furnish such Tax Information as required by the Plan within five (5) years as required

by Bankruptcy Code section 1143.

> ### (iii)    The Undeliverable Claimants Were Required to Provide a Current Address with the Liquidating Trustee but Failed to Do so Within Five Years of the Confirmation of the Plan.

46.    Section 7.4 of the Plan requires that a holder of a claim to provide a current

address and request any undeliverable distributions (including checks voided for failure to

negotiate) within 120 days of such undeliverable distribution to receive distributions under the

Plan.   In addition to the language of the Plan, this obligation was clearly specified on the form

---

[8] Bankruptcy Code section 1143 is typically read in conjunction with Bankruptcy Code section 347(b). Bankruptcy Code section 347(b) provides:

> Any security, money, or other property remaining unclaimed at the expiration of the time allowed in a case under chapter 9, 11, or 12 of this title for the presentation of a security or the performance of any other act as condition to participation in the distribution under any plan confirmed under section 943(b), 1129, 1173, or 1225 of this title . . . becomes property of the debtor or of the entity acquiring the assets of the debtor under the plan, as the case may be.

Here, however, section 7.4 of the Plan provides that "[a]ny distributions that are forfeited or otherwise cancelled shall be distributed to the holders of the Allowed Unsecured Claims (other than those whose distributions are deemed undeliverable hereunder) in accordance with the Plan." The funds are therefore not "unclaimed" but rather will be distributed pursuant to the Plan.

proof of claim sent to claimants, materials accompanying distributions, and in communications aimed at soliciting updated addresses. Despite the efforts of the Liquidating Trustee, the PED SVCMC and all the assisting parties, the Undeliverable Claimants failed to provide updated addresses as required by the Plan within five (5) years as required by the Bankruptcy Code section 1143.

     **C.**     **The Claims of Holders of Allowed Claims that Fail to Negotiate Future Distribution Checks or Maintain a Current Address with the Liquidating Trustee Should Be Expunged Pursuant to Section 7.4 of the Plan and Section 1143 of the Bankruptcy Code.**

     47.     The Liquidating Trustee believes that the intent of section 7.4 of the Plan and the best reading of the language therein provides that, if the holder of an allowed claim fails to update its address or demand an otherwise undeliverable distribution within 120 days, the claim for which the undeliverable distribution was made shall be disallowed. Even if the language of section 7.4 of the Plan was interpreted otherwise, however, Bankruptcy Code section 1143 would prohibit the participation of such claimant in further distributions under the Plan and, thus, result in the same treatment.

     *(i)*     *Section 7.4 of the Plan Provides that the Claims of Holders of Allowed Claims that Fail to Provide Updated Addresses or Demand Distributions Following an Undeliverable Distribution Shall be Disallowed.*

     48.     Section 7.4 of the Plan provides, in relevant part:

> All demands for undeliverable distributions (including requests for re-issuance of any voided check) shall be made to the Liquidating Trustee on or before thirty (30) days after the expiration of the ninety (90) day period after the date such undeliverable distribution was initially made or the check was originally issued, as applicable. Thereafter, the amount represented by such undeliverable distribution (including a voided check) shall be deemed forfeited, and *any Claim in respect of such undeliverable distribution (including a voided check) shall be disallowed,* discharged and forever barred from asserting any such Claim against the Releasees.

(emphasis added).  Section 1.26 of the Plan incorporates the definition of "Claim" in Bankruptcy Code section 101(5), which is a "right to payment . . . or right to equitable remedy for breach of performance if such breach gives rise to a right to payment . . . ."

49.    The Liquidating Trustee asserts that the "Claim" that is "in respect of the undeliverable distribution" refers to the allowed claim in consideration of which the undeliverable distribution was made (the "Liquidating Trustee's Interpretation").[9]  Thus, in addition to forfeiting its rights to an undeliverable distribution, the holder's claim is disallowed if the holder of a claim fails to provide an updated address or request an additional distribution within 120 days of an undeliverable distribution.   This interpretation is supported by the applicable principals of interpretation, and thus the Liquidating Trustee's Interpretation should be adopted by the Court.

50.    "When interpreting a confirmed plan, the principles of contract law apply."  *MF Glob. Holdings Ltd v. PricewaterhouseCoopers LLP*, 43 F.Supp.3d 309, 313 (S.D.N.Y. 2014) (quoting *In re Dynegy Inc.*, 486 B.R. 585, 590 (Bankr. S.D.N.Y. 2013)).  The interpretation of the Plan is governed by the laws of New York.   Plan § 13.12; *see also In re AMR CORPORATION, et al.*, 562 B.R. 20, 29 (Bankr. S.D.N.Y. 2016) (interpreting plan of reorganization in accordance with New York law because of choice of law provision in the plan); *cf. In re DPH Holdings Corp.*, 553 B.R. 20, 26 (Bankr. S.D.N.Y. 2016) (noting that the principles of contract interpretation of federal law are the same as under New York law).

51.    Under New York Law, the primary goal of interpretation is to give a contract the intent of the parties evidenced by the language of their agreement.  *See Chesapeake Energy Corp. v. Bank of N.Y. Mellon Trust Co.*, 773 F.3d 110, 113 (2d Cir. 2014); *2011–2 EETC Transactions*

---

[9] No other interpretation has been presented to the Liquidating Trustee.

*v. AMR Corporation, American Airlines, Inc. (In re AMR Corp.)*, 730 F.3d 88, 98 (2d Cir. 2013).

"[T]he contract must be read as a whole to determine its purpose and intent, and it should be

interpreted in a way that reconciles all its provisions, if possible. . . . To that end, a reading of the

contract should not render any portion thereof meaningless." *Olszewski v. Cannon Point Ass'n,*

*Inc.*, 148 A.D.3d 1306, 1309, 49 N.Y.S.3d 571, 575 (N.Y. App. Div. 2017) (citations and

quotation marks omitted) (citing several cases). Further "[i]t is common practice for the courts

of New York State to refer to the dictionary to determine the plain and ordinary meaning of

words to a contract." *Fed. Ins. Co. v. Am. Home Assur. Co.*, 639 F.3d 557, 567 (2d Cir. 2011)

(quotation marks omitted) (quoting *10 Ellicott Square Court Corp. v. Mountain Valley Indem.*

*Co.*, 634 F.3d 112, 119 (2d Cir. 2011)).

52.     The phrase "in respect of" does not have a precise legal meaning.  *In respect of*, <u>A</u>

<u>Dictionary of Modern Legal Usage</u> (Bryan A. Garner, ed., 2d ed. 1995).  The phrase merely

denotes some connection. *See In respect of sth*, <u>Cambridge Advanced Learner's Dictionary</u> (4th

ed. 2013), http://dictionary.cambridge.org/us/dictionary/english/in-respect-of-sth.  The context of

the Plan, however, supports the Liquidating Trustee's Interpretation.

53.     The language of section 7.4 of the Plan distinguishes between the "amount

represented by [an] undeliverable distribution" and the "Claim in respect of such undeliverable

distribution[.]"  It also provides for different treatment.  The "amount represented by [an]

undeliverable distribution is forfeited" while "the Claim in respect of such undeliverable

distribution" is "disallowed, discharged and forever barred[.]"  Plan § 7.4.  Any reasonable

reading of section 7.4 of the Plan indicates that the amount represented by the undeliverable

distribution and the Claim in respect of the undeliverable distribution are separate and distinct.

Thus, the "Claim in respect of such undeliverable distribution" is not merely the undeliverable distribution.

54.      The ordinary usage of the term "claim" in the context of bankruptcy proceedings supports the Liquidating Trustee's Interpretation that the "Claim in respect of such undeliverable distribution" refers to the holder's allowed claim on account of which the distribution was made. A claim would usually refer to a right to payment based on prepetition obligations or expenses of administration of the bankruptcy estates. Further, the language describing the treatment of the "Claim in respect of such undeliverable distribution"—i.e., that it will be "disallowed, discharged and forever barred from asserting any such claim against the Releasees"—fits the Liquidating Trustee's Interpretation.

55.      The Liquidating Trustee's Interpretation is also supported by the clear intent of section 7.4 of the Plan to provide certainty regarding future distributions and to reallocate distributions from holders of undeliverable claims. The phrase "with respect of" merely limits the disallowance of a claim to the claim giving rise to the distribution in the situation where one entity holds multiple claims (e.g., a single entity may hold an administrative expense claim for postpetition wages, a priority clam for prepetition wages, and a general unsecured claim for prepetition wages).

56.      Alternative readings would render language in section 7.4 of the Plan superfluous and run counter to the ordinary usage of "claim" and "disallow." First, if the "Claim in respect of the undeliverable distribution" refers to the right to payment of "the amount represented by such undeliverable distribution[,]" the disallowance, discharge, and barring of the claim would be superfluous—in the very same sentence, the Plan expressly provides for the forfeiture of such distributions. Further, it would be unnecessary to bar the holder of a right to payment to an

undeliverable distribution to all the Releasees under the Plan.  Such right to payment would be against the Liquidating Trust Assets, not any other party released by the Plan.  Such contortion of the Plan's language would result only in counteracting the purpose of section 7.4.

> ***(ii)    Bankruptcy Code Section 1143 Terminates the Right to Distributions of Holders of Allowed Claims that Fail to Negotiate Future Distribution Checks or Maintain a Current Address with the Liquidating Trustee.***

57.    Even if the Court rejects the Liquidating Trustee's Interpretation, Bankruptcy Code section 1143 would require the same result.  As discussed above, pursuant to Bankruptcy Code section 1143, a claimant failing to take required actions under the Plan within five years from the confirmation of the Plan is no longer entitled to distributions and may not remedy its failure after the five-year mark.  *See In re IBIS Corp.*, 272 B.R. at 887; *In re Payroll Express Corp.*, No. 92-42150, 2008 WL 5396609, at *3; *In re TLI, Inc.*, 213 B.R. at 950.  As it has been more than five years since the confirmation of the Plan and section 7.4 of the Plan requires holders of claims to maintain current addresses with the Liquidating Trustee and negotiate distribution checks or request the reissue of distribution checks within 120 days, any holders of claims that fail to do so going forward are not entitled to any future distributions pursuant to Bankruptcy Code section 1143.  The Court should therefore enter an order providing that if a holder of an allowed claim fails to provide an updated address on account of an undeliverable distribution within 120 days, the claim on account of which the undeliverable distribution was made shall be expunged and not entitled to any future distributions.

58.    Accordingly, for all of the foregoing reasons, the Liquidating Trustee submits that the Court has ample authority to enter the Proposed Order and should do so.

23

## RESERVATION OF RIGHTS

59.    Nothing contained herein is intended to or should be construed as a limitation on—or waiver of—the Liquidating Trustee's right to take any action authorized by the Plan, Confirmation Order, or Bankruptcy Code.

## NOTICE

60.    The Liquidating Trustee has served notice of this Motion upon the parties identified on the Special Service List in these cases, established under the *Second Amended Final Administrative Order Establishing Case Management and Scheduling Procedures* [Docket No. 3325] (as it may be further amended, the "Case Management Order"), the parties on the General Service List in these cases, established under the Case Management Order, and each of the parties listed in **Exhibit 1** and **Exhibit 2** to the Proposed Order.    The method of service conformed to the requirements set forth in the Case Management Order.    The Liquidating Trustee submits that no other or further notice need be provided.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Liquidating Trustee respectfully requests that the Court enter an order, substantially in the form annexed hereto as **Exhibit A**, authorizing the Liquidating Trustee to discontinue making distributions or maintaining reserves on account of (i) the Missing TIN Claims and Undeliverable Claims and (ii) claims for which future distributions on account of such claims are returned as undeliverable or the distribution check is otherwise not negotiated without the holder of such claim providing an updated address or requesting reissuance of the check within 120 days.

24

Dated:  November 17, 2017
        New York, New York

/s/ David H. Botter
AKIN GUMP STRAUSS HAUER & FELD LLP
David H. Botter
Sarah Link Schultz (*admitted pro hac vice*)
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Counsel to the Liquidating Trustee*

## **EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
                                                         :
In re:                                                   :          Chapter 11
                                                         :
SAINT VINCENTS CATHOLIC MEDICAL                          :          Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,[1]                          :
                                                         :
                              Debtors.                   :          Jointly Administered
                                                         :
-------------------------------------------------------- X

**ORDER (I) AUTHORIZING THE LIQUIDATING TRUSTEE TO DISCONTINUE
MAKING DISTRIBUTIONS OR MAINTAINING RESERVES ON ACCOUNT OF
CLAIMS FOR WHICH THE HOLDERS OF SUCH CLAIMS HAVE (A) FAILED TO
PROVIDE REQUIRED TAX INFORMATION, (B) MAINTAIN A CURRENT ADDRESS
WITH THE LIQUIDATING TRUSTEE, OR (C) NEGOTIATE DISTRIBUTION
CHECKS AS REQUIRED BY THE PLAN AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion"),[2] of Eugene I. Davis, as trustee (the "Liquidating

Trustee") of Saint Vincents Catholic Medical Centers of New York Liquidating Trust under the

*Debtors' Second Amended Joint Chapter 11 Plan*, dated as of June 21, 2012 (the "Plan"),

seeking entry of an order authorizing the Liquidating Trustee to discontinue making distributions

or maintaining reserves on account of claims for which the holders of such claims have (a) failed

to provide required Tax Information, (b) maintain a current address with the Liquidating Trustee,

or (c) negotiate distribution checks as required by the Plan, all as more fully set forth in the

Motion; the Court finding that (x) the Court has jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334 and section 12.1 of the Plan, (y) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2) and the *Amended Standing Order M-431 of Referral of Cases to Bankruptcy*

_____

[1] In addition to SVCMC, the Debtors in these cases were as follows: (i) 555 6th Avenue Apartment
Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing
Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity
Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St.
Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc.
(collectively, the "Debtors"). There are certain affiliates of SVCMC who were not Debtors.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

*Court Judges of the District Court for the Southern District of New York*, dated January 31, 2012

(Preska, Acting C.J.); and (z) notice of the Motion being sufficient under the circumstances and

in full compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules; and

the Court having determined that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED in its entirety.

    2.    The Liquidating Trustee need not make any further distributions or maintain any

reserves on account of the Missing TIN Claims or Undeliverable Claims listed in **Exhibit 1** and

**Exhibit 2** hereto.

    3.    In accordance with section 7.4 of the Plan, if the holder of an allowed claim fails

to demand any undeliverable distribution (including a voided check) on or before thirty (30) days

after the expiration of the ninety (90) day period after the date such undeliverable distribution,

such distribution shall be forfeited, and the Liquidating Trustee need not make any further

distributions on account of the claim for which such undeliverable distribution was made.

    4.    The Liquidating Trustee and the Claims Agent are authorized to take all necessary

steps to give effect to the terms of this Order.

    5.    The Court shall retain jurisdiction over any and all issues arising from or related

to this Order.


Dated:    _____, 2017
          New York, New York
                                    _____
                                    THE HONORABLE CECELIA G. MORRIS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**Missing TIN Claims**

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 1: Missing TIN's**

| ALLOWED CLAIM/SCHEDULE | CLAIMANT NAME & ADDRESS | DISTRIBUTION TYPE |
|---|---|---|
| 969000050 | AAA APPLE CAR SERVICE<br>2480 RICHMOND TERR.<br>STATEN ISLAND, NY 10303 | ALLOWED CLAIM/SCHEDULE |
| 3746 | ABBOTT NUTRITION<br>K. MICHEL D345 J23<br>200 ABBOTT PARK ROAD<br>VERNON HILLS, IL 60061-6165 | ALLOWED CLAIM/SCHEDULE |
| 3976 | ABBOTT NUTRITION<br>K. MICHEL D345 J23<br>200 ABBOTT PARK ROAD<br>VERNON HILLS, IL 60061-6165 | ALLOWED CLAIM/SCHEDULE |
| 963001930 | ACMI<br>P.O BOX 19066-A<br>NEWARK, NJ 07195-0066 | ALLOWED CLAIM/SCHEDULE |
| 963002050 | ACT OKAP EXAMINATION (82) ACT<br>OKAP EXAMINATION (82)<br>PO BOX 168<br>IOWA CITY, IA 52243 | ALLOWED CLAIM/SCHEDULE |
| 963002350 | ADDEN FURNITURE<br>PO BOX 843011<br>BOSTON, MA 02284-3011 | ALLOWED CLAIM/SCHEDULE |
| 963002970 | AFFINITY<br>25 BROADWAY<br>NEW YORK, NY 10461 | ALLOWED CLAIM/SCHEDULE |
| 963004430 | ALL CARE NURSING SERVICE<br>146A MANETTO HILL ROAD<br>SUITE 102<br>PLAINVIEW, NY 11803 | ALLOWED CLAIM/SCHEDULE |
| 963006610 | ANGELINA GORDILS<br>319 W 38TH STREET<br>APT 3F<br>NEWYORK, NY 10018-2910 | ALLOWED CLAIM/SCHEDULE |
| 963007560 | ARCH WIRELESS<br>PO BOX 660770<br>DALLAS, TX 75266-0770 | ALLOWED CLAIM/SCHEDULE |
| 16871 | BANK OF NEW YORK (THE)<br>ONE WALL STREET/12TH FLOOR<br>ATTN: JOHN STENERSON<br>NEW YORK, NY 10286 | TRADE CLAIM MONITOR SETTLEMENT |
| 17048 | BENROSS, EROLL<br>EDWARD W MILLER ESQ, ATTORNEY<br>575 LEXINGTON AVE, 28TH FL<br>NEW YORK, NY 10022 | TRADE CLAIM MONITOR SETTLEMENT |
| 963014240 | BIOMED CENTRAL LIMITED<br>MIDDLESEX HOUSE, 3RD FLOOR<br>34-42 CLEARLAND STREET<br>DATA UNAVAILABLE | ALLOWED CLAIM/SCHEDULE |

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 1: Missing TIN's**

| ALLOWED CLAIM/SCHEDULE | CLAIMANT NAME & ADDRESS | distribution type |
|---|---|---|
| 963114480 | BROOKLYN HOSPITAL, THE FOUNDATION P.O.BOX 25911 BROOKLYN, NY 11202 | ALLOWED CLAIM/SCHEDULE |
| 963020750 | CATHOLIC HEALTH CARE 155 EAST 56TH STREET 2ND FLOOR NEW YORK, NY 10022 | ALLOWED CLAIM/SCHEDULE |
| 963021860 | CHANGING OUR WORLD 420 LEXINGTON AVENUE SUITE 2320 NEW YORK, NY 10170 | ALLOWED CLAIM/SCHEDULE |
| 428 | CHRIS GOSS EURO - CENTER USA 140 W 57TH ST, 6A NEW YORK, NY 10019 | ALLOWED CLAIM/SCHEDULE |
| 963025880 | COMPREHENSIVE CARE SERVICE P.O BOX 64668 ST. PAUL, MN 55164-0668 | ALLOWED CLAIM/SCHEDULE |
| 963083500 | CONSTANTINE, NEAMTH 6072 71ST AVE APT 1R RIDGEWOOD, NY 11385 | ALLOWED CLAIM/SCHEDULE |
| 963027730 | CREDITEK RECOVERY SOLUTIONS PO BOX 454 PARSIPPANY, NJ 07054 | ALLOWED CLAIM/SCHEDULE |
| 963030440 | CVS 1 CVS DRIVE ATTN: MICHELLE LEBLANC WOONSOCKET, RI 02895 | ALLOWED CLAIM/SCHEDULE |
| 170 | D & J REPAIR SERVICES 68-15 FRESH MEADOW LANE FLUSHING, NY 11365 | ALLOWED CLAIM/SCHEDULE |
| 963030970 | DAN KLORES COMMUNICATIONS 386 PARK AVENUE SOUTH 10TH FLOOR NEW YORK, NY 10016 | ALLOWED CLAIM/SCHEDULE |
| 443 | DAVIDOVIC, MARKUS 879 DEKALB AVE APT 10 BROOKLYN, NY 11221-1441 | ALLOWED CLAIM/SCHEDULE |
| 963031970 | DEAF & HARD OF HEARING INTER S INTERPRETING SERVICES 442 202-206 NORTH BEDMINSTER, NJ 07921-0753 | ALLOWED CLAIM/SCHEDULE |
| 963034280 | DJ ORTHOPEDICS 3477 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | ALLOWED CLAIM/SCHEDULE |

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 1: Missing TIN's**

| ALLOWED CLAIM/SCHEDULE | CLAIMANT NAME & ADDRESS | distribution type |
|---|---|---|
| 16724 | DONADIO, WALDERMAR<br>RUA CERA 247<br>APT 91<br>HIGIENOPOLIS, SAO PAULO,  01243-010 | TRADE CLAIM MONITOR SETTLEMENT |
| 963031050 | DUGGAN, DANIEL<br>27 GREENVIEW DR<br>PEQUANNOCK, NJ 07440-1704 | ALLOWED CLAIM/SCHEDULE |
| 963037220 | ELDERPLAN<br>P.O. BOX 190729<br>BROOKLYN, NY 11219 | ALLOWED CLAIM/SCHEDULE |
| 963042400 | FLEET BOSTON<br>900 MARKET STREET<br>ATTN: CINDY VOSS<br>MO1-800-03-02<br>ST LOUIS, MO 63101 | ALLOWED CLAIM/SCHEDULE |
| 963042410 | FLEET SERVICES<br>P.O. BOX 6293<br>CAROL STREAM, IL 60197-6293 | ALLOWED CLAIM/SCHEDULE |
| 54 | GRARZARELLI - BRICE D/B/A PROSHRED<br>5 WESTCHESTER PLAZA<br>ELMSFORD, NY 10523 | ALLOWED CLAIM/SCHEDULE |
| 852 | GREAT A&P TEA CO WALDBAUMS<br>C/O BANK OF AMERICA<br>6449 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | ALLOWED CLAIM/SCHEDULE |
| 963053670 | HIBBERT, ANDREA<br>1617 PRESIDENT STREE APT. #2B<br>BROOKLYN, NY 11213 | ALLOWED CLAIM/SCHEDULE |
| 968001800 | HOSPICE PHARMACIA<br>P.O. BOX 510818<br>PHILADELPHIA, PA 19175 | ALLOWED CLAIM/SCHEDULE |
| 963056110 | ICN DOSIMETRY SERVICE<br>P.O. BOX 55667<br>LOS ANGELES, CA 90074 | ALLOWED CLAIM/SCHEDULE |
| 963061760 | JP MORGAN CHASE BANK  N A<br>PO BOX 8000<br>FISHERS, IN 46038-8000 | ALLOWED CLAIM/SCHEDULE |
| 963066270 | LARGE GROUP INSURANCE<br>HARTFORD LIFE INSURANCE CO<br>PO BOX 8500 3670<br>PHILADELPHIA, PA 19178 | ALLOWED CLAIM/SCHEDULE |
| 963100070 | LASSEN, ROBERT<br>128 GRANSEVART BLVD<br>STATEN ISLAND, NY 10314 | ALLOWED CLAIM/SCHEDULE |
| 963090830 | LAUGHLIN, PATRICK<br>227 WEST 16TH STREET<br>NEW YORK, NY 10011 | ALLOWED CLAIM/SCHEDULE |
| 963071590 | MAGNACARE<br>825 EAST GATE BLVD<br>GARDEN CITY, NY 11530 | ALLOWED CLAIM/SCHEDULE |

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 1: Missing TIN's**

| ALLOWED CLAIM/SCHEDULE | CLAIMANT NAME & ADDRESS | distribution type |
|---|---|---|
| 963072350 | MANHATTAN NEUROSURGICAL ASSOC<br>153 WEST 11TH STREET<br>NURSING RESIDENCE<br>NEW YORK, NY 10011 | ALLOWED CLAIM/SCHEDULE |
| 963060320 | MCCABE, JOHN<br>350 WEST 24TH STREET<br>NEW YORK, NY 10011 | ALLOWED CLAIM/SCHEDULE |
| 963075570 | MCI<br>PO BOX 96022<br>CHARLOTTE, NC 28296-0022 | ALLOWED CLAIM/SCHEDULE |
| 551 | MEDICAL DEVICE TECHNOLOGY<br>3600 SW 47TH AVENUE<br>ATTN: ACCOUNTING<br>GAINESVILLE, FL 32608 | ALLOWED CLAIM/SCHEDULE |
| 963077260 | MEDTRONIC DLP<br>PO BOX 751056<br>CHARLOTTE, NC 28275 | ALLOWED CLAIM/SCHEDULE |
| 963078410 | METRO PLUS HEALTH<br>11 WEST 42ND STREET<br>NEW YORK, NY 10038 | ALLOWED CLAIM/SCHEDULE |
| 2052 | MUGHAL, TARIQ I., MD<br>23675 CURRANT DR<br>GOLDEN, CO 80401-9244 | ALLOWED CLAIM/SCHEDULE |
| 742 | NATIONS ROOF EAST, LLC<br>70 CASINIR AVENUE<br>YONKER, NY 10701 | ALLOWED CLAIM/SCHEDULE |
| 963085930 | NOISEMETERS LIMITED<br>14781 MEMORIAL DRIVE<br>SUITE 2174<br>HOUSTON, TX 77079 | ALLOWED CLAIM/SCHEDULE |
| 963086640 | NYC FIRE DEPARTMENT<br>C/O NEW YORK CITY LAW DEPARTMENT<br>ATTN: GABRIELA CACUCI<br>100 CHURCH STREET, ROOM 5-223<br>NEW YORK, NY 10007 | ALLOWED CLAIM/SCHEDULE |
| 963091240 | PCMS MAGNACARE<br>825 EAST GATE BOULEVARD<br>GARDEN CITY, NY 11530 | ALLOWED CLAIM/SCHEDULE |
| 4371 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | ALLOWED CLAIM/SCHEDULE |
| 4708 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT; PITNEY BOWES INC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | ALLOWED CLAIM/SCHEDULE |
| 4478 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | ALLOWED CLAIM/SCHEDULE |

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 1: Missing TIN's**

| ALLOWED CLAIM/SCHEDULE | CLAIMANT NAME & ADDRESS | distribution type |
|---|---|---|
| 1434 | POWERSCRIBE<br>39-84 PEPSI COLA DRIVE<br>MELBOURNE, FL 32934 | ALLOWED CLAIM/SCHEDULE |
| 963097680 | RECEIVABLE STRATEGIES, LLC<br>PO BOX 1928A<br>NEWARK, NJ 07195 0281 | ALLOWED CLAIM/SCHEDULE |
| 963082880 | RECEIVER, NANCY MASI<br>1 HEINEMAN PLACE<br>HARRISON, NY 10528 | ALLOWED CLAIM/SCHEDULE |
| 3125 | REIMBURSEMENT SERVICES GROUP<br>401 PARK AVENUE SOUTH<br>NEW YORK, NY 10016 | ALLOWED CLAIM/SCHEDULE |
| 963103470 | SAMSUNG FOUR SEASONS OF HOPE<br>DINNER C/O IMS<br>40 CALVIN ROAD<br>WELLESLEY, MA 02481 | ALLOWED CLAIM/SCHEDULE |
| 1600 | SCC SOFT COMPUTER<br>RICHARD BERNARD<br>BAKER & HOSTETLER LLP<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111 | ALLOWED CLAIM/SCHEDULE |
| 963105570 | SECURE NET MEDICAL<br>502 CR 1320<br>QUITMAN, TX 75783 | ALLOWED CLAIM/SCHEDULE |
| 963107000 | SID PHILLIPS APPLIANCE<br>237 EDGEGROVE AVE<br>STATEN ISLAND, NY 10312-3526 | ALLOWED CLAIM/SCHEDULE |
| 2042 | SLCE ARCHITECTS, LLP<br>841 BROADWAY<br>NEW YORK, NY 10003 | ALLOWED CLAIM/SCHEDULE |
| 963109640 | SPARTAN TOOL DIVISON<br>P.O. BOX 91480<br>CHICAGO, IL 60693-1480 | ALLOWED CLAIM/SCHEDULE |
| 4033 | ST CLAIR, ELIZABETH<br>#1<br>411 WEST 21ST STREET<br>NEW YORK, NY 10011 | ALLOWED CLAIM/SCHEDULE |
| 963110770 | STAT PRODUCTS<br>P.O BOX 9029<br>FRAMINGHAM, MA 01701-9029 | ALLOWED CLAIM/SCHEDULE |
| 3831 | STATE STREET GLOBAL ADVISORS<br>BOX 5488<br>FINANCE DEPT<br>BOSTON, MA 02206 | ALLOWED CLAIM/SCHEDULE |
| 963115930 | TIME WARNER CABLE 6197<br>PO BOX 371438<br>PITTSBURGH, PA 15250-7438 | ALLOWED CLAIM/SCHEDULE |
| 963118530 | UNICARE LIFE HEALTH<br>P.O. BOX 3868<br>BALDWIN, MO 63022 | ALLOWED CLAIM/SCHEDULE |

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 1: Missing TIN's**

| ALLOWED CLAIM/SCHEDULE | CLAIMANT NAME & ADDRESS | distribution type |
|---|---|---|
| 963120160 | VELOCITY EXPRESS 770<br>PO BOX 660329<br>DALLAS, TX 75266-0329 | ALLOWED CLAIM/SCHEDULE |
| 963063440 | VERPILE, KENDY, MD<br>66 E PLUM DRIVE<br>DANSVILLE, NY 14437 | ALLOWED CLAIM/SCHEDULE |
| 280 | VTA MANAGEMENT SERVICES, LLC<br>3041 AVENUE U FL 1<br>BROOKLYN, NY 11229-5126 | ALLOWED CLAIM/SCHEDULE |
| 281 | VTA MANAGEMENT SERVICES, LLC<br>3041 AVENUE U FL 1<br>BROOKLYN, NY 11229-5126 | ALLOWED CLAIM/SCHEDULE |
| 282 | VTA MANAGEMENT SERVICES, LLC<br>3041 AVENUE U FL 1<br>BROOKLYN, NY 11229-5126 | ALLOWED CLAIM/SCHEDULE |

## **EXHIBIT 2**

**Undeliverable Claims**

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 17257 | 1329 COLLEGE AVENUE HDFC<br>660 EAST 183RD STREET<br>BRONX NY 10458 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963000020 | 1-800 WE ANSWER<br>545 8TH AVENUE SUITE 401<br>NEW YORK NY 10018 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16993 | 2/90 SIGN SYSTEMS<br>P.O. BOX 888289<br>GRAND RAPIDS MI 49588-8289 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17255 | 2216 ADAMS PL HDFC<br>660 EAST 183RD STREET<br>BRONX NY 10458 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17258 | 2425 LORILLARD PL REALTY<br>660 EAST 183RD STREET<br>BRONX NY 10458 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17259 | 2428 BEAUMONT AVENUE HDFC<br>660 EAST 183RD STREET<br>BRONX NY 10458 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17256 | 660 CRESCENT AVE HDFC<br>660 EAST 183RD STREET<br>BRONX NY 10458 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16841 | 800 CASTLETON AVENUE LLC<br>WEST END MANAGEMENT CO<br>2025 RICHMOND AVENUE<br>SUITE 105<br>STATEN ISLAND NY 10314 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963000780 | A & L SCIENTIFIC CORP<br>632 EAST NEW YORK AVE<br>BROOKLYN NY 11203 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17014 | A & L SCIENTIFIC CORP<br>ATTN: ANTHONY VICARI<br>632 EAST NEW YORK AVE<br>BROOKLYN NY 11203 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17015 | A & L SCIENTIFIC CORP<br>ATTN: ANTHONY VICARI<br>632 EAST NEW YORK AVE<br>BROOKLYN NY 11203 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17013 | A & L SCIENTIFIC CORP<br>ATTN: VICTOR ANTHONY VICARI<br>632 EAST NEW YORK AVE<br>BROOKLYN NY 11203 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 454 | AADCO MEDICAL INC<br>PO BOX 410<br>RANDOLPH VT 05060 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16603 | ABCO REFRIGERATION SUPPLY CO STATEN IS<br>ATTN: ALEC SAUCHIK, ESQ.<br>TARTER KRINSKY & DROGIN, LLP<br>1350 BROADWAY, 11TH FLOOR<br>NEW YORK NY 10018 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963001250 | ABIGAL PRESS, INC<br>320 BUFFALO AVENUE<br>P.O. BOX 9062<br>FREEPORT NY 11520 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963001610 | ACCESS CLOSURE INC<br>645 CLYDE AVENUE<br>MOUNTAIN VIEW CA 94043 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16555 | ACCLAIM INVESTIGATION<br>200 BLOOMINGDALE RD<br>WHITE PLAINS NY 10605 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963001680 | ACCLARENT INC<br>DEPT CH17955<br>PALANTINE IL 60055-7955 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963001750 | ACCU-GLO ELECTRIC OF NEW YORK<br>7715 DITMARS BLVD<br>EAST ELMHURST NY 11370-1293 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16291 | ACME INTERIOR SIGNS<br>33 TAYLOR REED PL<br>PO BOX 2345<br>STAMFORD CT 06906 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963002000 | ACOTECH SERVICES INC<br>25-52 38TH ST<br>LONG ISLAND NY 11103 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17176 | ACOTECH SERVICES INC<br>25-52 38TH ST<br>LONG ISLAND NY 11103 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963002020 | ACRMD PRODUCTS PLUS<br>350 FIFTH AVE - SUITE 301<br>NEW YORK NY 10118 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963002040 | ACS RECOVERY SERVICES<br>P.O. BOX 4003<br>SCHAUMBURG IL 60168-4003 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 2729 | ACUPUNCTURE MOBILE SERVICES<br>100 JANE STREET 5L<br>NEW YORK NY 10014 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 11477 | ADDISON, TANYA R<br>420 E 111TH ST<br>APT 908<br>NEW YORK NY 10029-3022 | 1199 SETTLEMENT | | Y |
| 11480 | ADDO, REBBECA<br>1860 MORRIS AVE<br>APT 3A<br>BRONX NY 10453-6265 | 1199 SETTLEMENT | | Y |
| 11486 | ADRIEN, MAGALIE<br>250 E 29TH ST<br>APT 3A<br>BROOKLYN NY 11226-6351 | 1199 SETTLEMENT | | Y |
| 207 | ADT SECURITY SERVICES INC<br>14200 E EXPOSITION AVENUE<br>AURORA CO 80012 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 208 | ADT SECURITY SERVICES INC<br>14200 E EXPOSITION AVENUE<br>AURORA CO 80012 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17069 | ADT SECURITY SERVICES INC<br>14200 EAST EXPOSITION AVE<br>AURORA CO 80012 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17122 | ADVANCED MEDITECH INTERNATIONAL<br>ATTN: LING PANG<br>PO BOX 630414<br>LITTLE NECK NY 11363 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 73 | ADVISORY BOARD COMPANY, THE<br>ATTN: PETE MACLEOD<br>2445 M STREET NW<br>WASHINGTON DC 20037 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963002890 | AETNA INC<br>PO BOX 7777 W8370<br>PHILADELPHIA PA 19175-8370 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963002990 | AFFINITY HEALTH PLAN INC<br>ONE EXECUTIVE BLVD 2ND FL<br>YONKERS NY 10701 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17044 | AHC, INC<br>ATTN JOSEPH S. PARTAIN<br>10002 BATTLEVIEW PARKWAY<br>MANASSAS VA 20109 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 2674 | AIDS SERVICE CENTER NYC<br>ATTN: KIM ATKINS<br>DEPUTY EXECUTIVE DIRECTOR/CFO<br>41 EAST 11TH STREET, 5TH FLOOR<br>NEW YORK NY 10003 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16865 | AIDS SERVICES CENTER OF LOWER MANHATTAN<br>INC. DBA AIDS SERVICE CENTER NYC<br>41 EAST 11TH STREET, 5TH FLOOR<br>NEW YORK NY 10003 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17288 | AIRCAST INC<br>PO BOX 12217N<br>NEWARK NJ 07101 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 178 | ALCON LABORATORIES, INC<br>OLETA ANSLEY<br>6201 SOUTH FREEWAY<br>FT. WORTH TX 76134 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 969000410 | ALDRIN EXTERMINATING SERVICES<br>84-23 108 AVENUE<br>OZONE PARK NY 11417 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16025 | ALI, RASHEED O<br>15609 77TH ST<br>HOWARD BEACH NY 11414-2522 | 1199 SETTLEMENT | | Y |
| 4255 | ALLEN HEALTHCARE SERVICES<br>20 HILLSIDE AVENUE<br>JAMAICA NY 11432 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963004570 | ALLEN MEDICAL SYSTEMS<br>1 POST OFFICE SQUARE<br>ACTION MA 01720 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 11524 | ALLEN, RAY<br>555 PUTNAM AVE<br>BROOKLYN NY 11221-1591 | 1199 SETTLEMENT | | Y |
| 17045 | ALLSTATE INDEMNITY COMPANY<br>ALLSTATE INS<br>PO BOX 3073<br>SOUTHEASTERN PA 19398-3073 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963005050 | ALPHA MEDICAL EQUIMENT OF NY<br>10 PINE CT # 12<br>NEW ROCHELLE NY 10801-6908 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16134 | ALPHA SOURCE INC<br>ATTN: JANICE BETCHKAL<br>12104 W CARMEN AVE<br>MILWAUKEE WI 53225 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963005190 | ALTERNATE MEDICAL SUPPLY INC<br>180 ORVILLE DRIVE<br>BOHEMIA NY 11779 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963005270 | ALVEOLUS INC<br>PO BOX 277676<br>ATLANTA GA 30384 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 11542 | AMBROISE, MARIE N<br>150 LEFFERTS AVE<br>APT 4J<br>BROOKLYN NY 11225-3465 | NYSNA SETTLEMENT | | Y |
| 16380 | AMERICAN ARBITRATION ASSOC<br>1633 BROADWAY 10TH FLOOR<br>NEW YORK NY 10019 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17274 | AMERICAN DIAGNOSTICA INC<br>500 WEST AVE<br>PO BOX 110215<br>STAMFORD CT 06911-0215 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 96 | AMERICAN HEALTH CARE SUPPLY<br>C/O AMERICAN HOTEL REGISTER CO.<br>16458 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 1823 | AMERICAN MEDICAL ALERT CORP<br>ATTN: RICH RALLO, CFO<br>36-36 33RD STREET, SUITE B100<br>LONG ISLAND CITY NY 11106 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17317 | AMERICAN MEDICAL ALERT CORP<br>ATTN: RICH RALLO, CFO<br>36-36 33RD STREET, SUITE B100<br>LONG ISLAND CITY NY 11106 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17321 | AMERICAN MEDICAL ALERT CORP<br>ATTN: RICH RALLO, CFO<br>36-36 33RD STREET, SUITE B100<br>LONG ISLAND CITY NY 11106 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17419 | AMERICAN MEDICAL LOGISTICS<br>293 EISENHOWER PKWY STE 100<br>LIVINGSTON NJ 07039-1711 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963005700 | AMERICAN MEDICAL SYSTEMS<br>DRAWER CS 198422<br>ATLANTA GA 30384 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16299 | AMERICAN MEDICAL SYSTEMS<br>DRAWER CS 198422<br>ATLANTA GA 30384 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16551 | AMERICAN MINUTEMEN SEWER & DRAINAGE<br>P.O. BOX 2005<br>NEW CITY NY 10956 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17036 | AMERICAN STORAGE & TRANSPORT, INC<br>135 SPANGOLI RD<br>MELVILLE NY 11747-3521 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17165 | AMERICAN TELEPHONE & UTILITY CONSULTANTS<br>170 HAMILTON AVE STE 216<br>WHITE PLAINS NY 10601 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11543 | AMES, SONIA<br>3164 BAINBRIDGE AVE<br>APT 4B<br>BRONX NY 10467-3966 | 1199 SETTLEMENT | Y | |
| 11546 | AMOAH, JUSTICE<br>964 MORRIS AVE<br>APT 4H<br>BRONX NY 10456-6522 | 1199 SETTLEMENT | | Y |
| 963006080 | AMPLATZER MEDICAL SALES CORP<br>682 MENDELSSOHN AVE<br>GOLDEN VALLEY MN 55427 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963006760 | ANIXTER INC<br>PO BOX 666<br>FILE 98908<br>NEWARK NJ 07101 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 11563 | ANNAN, HENRY<br>2710 VALENTINE AVE<br>APT 2<br>BRONX NY 10458-3958 | 1199 SETTLEMENT | | Y |
| 11568 | ANTHONY, MONIQUE<br>796 E 35TH ST<br>BROOKLYN NY 11210-2735 | 1199 SETTLEMENT | | Y |
| 11570 | ANTIGUA, HEIDYS<br>95-117 RAVINE AVE APT 6A-VC<br>YONKERS NY 10701-8400 | 1199 SETTLEMENT | Y | |
| 25 | AON CONSULTING<br>P.O. BOX 905188<br>CHARLOTTE NC 28290-5188 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16429 | AOTA PRODUCTS<br>PO BOX 0151<br>ANNAPOLIS JUNCTION MD 20701-0151 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 968000600 | APEX LABORATORY INC<br>110 CENTRAL AVE<br>FARMINGDALE NY 11735-6906 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963007220 | APP PHARMACEUTICALS LLC<br>1107 MOMENTUM PLACE<br>CHICAGO IL 60689 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963007250 | APPLE MEDICAL CORP<br>PO BOX 961392<br>BOSTON MA 02196-1392 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 4309 | APPROVED OIL OF BROOKLYN INC<br>6741 5TH AVENUE<br>BROOKLYN NY 11220 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16296 | ARC CONSULTANTS INC<br>237 W 35TH ST FL 12A<br>NEW YORK NY 10001-1905 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11584 | ARGUELLES, JOSEPH S<br>3333 BROADWAY<br>APT D24J<br>NEW YORK NY 10031-8710 | NYSNA SETTLEMENT | Y | |
| 11588 | ARMAND, JEANNETTE<br>PO BOX 260173<br>BROOKLYN NY 11226-0173 | 1199 SETTLEMENT | | Y |
| 963007910 | ARMATEC<br>229 NORTH CASS AVENUE<br>WESTMONT IL 60559 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963008250 | ARTHROCARE CORPORATION<br>DEPT CH 10785<br>PALATINE IL 60055-0785 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963008260 | ARTHROCARE NEW YORK<br>NW 5200<br>P.O. BOX 1450<br>MINNEAPOLIS MN 55485-1450 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16511 | ARTROMICK INTERNATIONAL, INC<br>ATTN JEFF AVERY<br>4800 HILTON CORPORATE DRIVE<br>COLUMBUS OH 43232 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17067 | ASCOM HASLER/GE CAP PROG<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963008470 | ASHBURNS INC<br>90 JOHN STREET<br>NEW YORK NY 10038 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963008610 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: FIRST QUALITY MAINTENANCE LP<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16667 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: FIRST QUALITY MAINTENANCE LP<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963008630 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: INDEPENDENT TEMPERATURE CONT<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17032 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: INDEPENDENT TEMPERATURE CONT<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963008650 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: NEW YORK ELEVATOR & ELECTRIC<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16624 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: NEW YORK ELEVATOR & ELECTRIC<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963008670 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: NIHON KOHDEN AMERICA INC<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16221 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: NIHON KOHDEN AMERICA INC<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963008690 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: PENTAX PRECISION INSTR<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16922 | ASLAN CAPITAL MASTER FUND, LP<br>TRANSFEROR: PENTAX PRECISION INSTR<br>ATTN: BRUCE GREGORY<br>375 PARK AVENUE, SUITE 1903<br>NEW YORK NY 10152 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 526 | ATLANTIC EXPRESS CO<br>7 NORTH STREET<br>STATEN ISLAND NY 10302 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 653 | ATS MEDICAL INC<br>3905 ANNAPOLIS LANE<br>SUITE 105<br>MINNEAPOLIS MN 55447 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963010270 | B BRAUN MEDICAL INC<br>PO BOX 95830<br>CHICAGO IL 60694 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16179 | B E & K TERRANEXT<br>ATTN: NORMAN HINSEY<br>155 SO MADISON<br>STE 311<br>DENVER CO 80209 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11632 | BADER, IRIS<br>1288 DIANE DR<br>SEAFORD NY 11783-1730 | 1199 SETTLEMENT | | Y |
| 4870 | BAILEY, LLOYD E<br>488 SAINT NICHOLAS AVE<br># 5<br>NEW YORK NY 10030-2737 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 11649 | BALLOUT, NAIM<br>6914 6TH AVE<br>APT 2B<br>BROOKLYN NY 11209-1623 | NYSNA SETTLEMENT | | Y |
| 16735 | BANC OF AMERICA LEASING & CAPITAL, LLC<br>AS SUCC BY MERGER TO FLEET CAPITAL CORP.<br>C/O BAL GLOBAL FIN., ATTN: F STERDJEVICH<br>231 S. LASALLE STREET, 16TH FLOOR<br>CHICAGO IL 60697 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 11659 | BAPTISTE, ALLISON<br>2719 BEVERLEY RD<br>BROOKLYN NY 11226-9601 | 1199 SETTLEMENT | Y | |
| 963011210 | BARCLAY WATER MANAGEMENT INC<br>150 COOLIDGE AVENUE<br>WATERTOWN MA 02472-2815 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17367 | BARTKUS, DOROTHY<br>798 WILLOW GROVE ST<br>HACKETTSTOWN NJ 07840 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11683 | BASH, AMANDA J<br>663 PRESIDENT ST<br>APT B3<br>BROOKLYN NY 11215-1288 | NYSNA SETTLEMENT | Y | |
| 11689 | BATTEN, RICHARD L<br>120 BAINBRIDGE ST<br>APT 2<br>BROOKLYN NY 11233-1702 | NYSNA SETTLEMENT | | Y |
| 11696 | BAUZILE, MARIE<br>1024 E 57TH ST<br>BROOKLYN NY 11234-2508 | 1199 SETTLEMENT | | Y |
| 17096 | BAYER CORPORATION<br>437 MADISON AVE FL 29<br>NEW YORK NY 10022-7035 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963012120 | BAYER CORPORATION<br>437 MADISON AVE FL 29<br>NEW YORK NY 10022-7035 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16630 | BAZIOTIS, GEORGIA<br>224 EIGHTH AVENUE<br>APT #7<br>NEW YORK NY 10011 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 4699 | BD DEVELOPMENT, LLC<br>MARK G. LEDWIN, ESQ.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER<br>3 GANNETT DRIVE<br>WHITE PLAINS NY 10604 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 11708 | BECKFORD, MARGARETTE<br>1198 SAINT JOHNS PL<br>BROOKLYN NY 11213-2729 | 1199 SETTLEMENT | | Y |
| 11709 | BECTON, JULIET D<br>3940 CARPENTER AVE<br>APT 5H<br>BRONX NY 10466-3722 | 1199 SETTLEMENT | | Y |
| 11257 | BEGUM, NOORJAHAN<br>628 MEADOWS LN<br>SOCIAL CIRCLE GA 30025-5029 | NYSNA SETTLEMENT | | Y |
| 11718 | BELLE, JOHN H<br>233 LINCOLN RD<br>BROOKLYN NY 11225-3422 | NYSNA SETTLEMENT | | Y |
| 15218 | BELO-OSAGIE, ERORO<br>349 VIRGINIA AVE<br>ELMONT NY 11003-5042 | NYSNA SETTLEMENT | | Y |
| 16214 | BENCO DENTAL SUPPLY CO<br>PO BOX 1108<br>11 BEAR CREEK BLVD<br>WILKES BARRE PA 18773-1108 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 216 | BENDINER & SCHLESINGER, INC<br>140 58TH STREET - SUITE 8D<br>BROOKLYN NY 11220 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 217 | BENDINER & SCHLESINGER, INC<br>140 58TH STREET - SUITE 8D<br>BROOKLYN NY 11220 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 218 | BENDINER & SCHLESINGER, INC<br>140 58TH STREET - SUITE 8D<br>BROOKLYN NY 11220 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 965000720 | BENDINER & SCHLESINGER, INC<br>ANALYTICAL & BACTERIOLOGICAL<br>LABORATORY<br>140 58TH STREET<br>BROOKLYN NY 11220 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 248 | BERNARD HODES GROUP INC<br>BEN CAMACHO<br>220 E. 42ND ST.<br>NEW YORK NY 10017 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 4827 | BERNARD HODES GROUP INC<br>C/O MR. BEN CAMACHO<br>220 EAST 42ND STREET<br>NEW YORK NY 10017 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17414 | BEUTLICH PHARMACEUTICAL<br>1541 SHIELDS DR<br>WAUKEGAN IL 60085 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17418 | BIG APPLE OCCUPATIONAL SAFETY<br>505 EIGHTH AVE<br>STE 2305<br>NEW YORK NY 10018 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963014000 | BILIARY & PANCREATIC SURGERY<br>PO BOX 207<br>DOBBS FERRY NY 10522-0207 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16761 | BINGHAM MCCUTCHEN LLP<br>ANNA M. BOELITZ, ESQ.<br>ONE STATE STREET<br>HARTFORD CT 06103-3178 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16238 | BIO LOGIC<br>ONE BIO LOGIC PLAZA<br>MUNDELEIN IL 60060-3700 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963014130 | BIO RAD LABS, INC<br>PO BOX 70378<br>CHICAGO IL 60673 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17373 | BIOGRAFTS INC<br>509 S 22ND AVE STE 5<br>BOZEMAN MT 59718-6830 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11762 | BIRKIC, MARIJA<br>514 WOODWARD AVE<br>RIDGEWOOD NY 11385-1673 | NYSNA SETTLEMENT | | Y |
| 17383 | BLACKHAWK BIOSYSTEMS INC<br>12945 ALCOSTA BLVD.<br>SAN RAMON CA 94583 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11775 | BLAKELY-EWART, VERONICA<br>790 ELDERT LN<br>APT 8R<br>BROOKLYN NY 11208-4733 | NYSNA SETTLEMENT | | Y |
| 11777 | BLECKER, MICHAEL L<br>79 HEARST ST<br>APT 2<br>YONKERS NY 10703-1025 | 1199 SETTLEMENT | | Y |
| 963014830 | BLOOD DIAGNOSTICS<br>PO BOX 65938<br>CHARLOTTE NC 29063 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)

**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 2324 | BOB BARKER CO<br>P.O. BOX 934785<br>ATLANTA GA 31193-4785 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 3289 | BOHMART, ANDREW, MD<br>201 E 21ST ST<br>APT 6G<br>NEW YORK NY 10010-6408 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963015340 | BOLTON-ST JOHNS INC<br>146 STATE STREET<br>LOWER LEVEL<br>ALBANY NY 12207 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16755 | BOND, SCHOENECK & KING, PLLC<br>ATTN: KAREN V. DEFIO, ESQ.<br>ONE LINCOLN CENTER<br>SYRACUSE NY 13202 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963015390 | BONESUPPORT INC<br>2485 MANLEY ROAD<br>BOZEMAN MT 59715 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 965005080 | BONGARD, ROBERT<br>295 CLINTON AVENUE APT F10<br>BROOKLYN NY 11207 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 3889 | BOSTON SCIENTIFIC CORPORATION<br>ATTN: JOYCE ALBERT MS A2<br>ONE BOSTON SCIENTIFIC PLACE<br>NATICK MA 01760 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 3888 | BOSTON SCIENTIFIC CORPORATION<br>DIVISION; ATTN: JOYCE ALBERT - MS-A2<br>ONE BOSTON SCIENTIFIC PLACE<br>NATICK MA 01760 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963015860 | BRACCO DIAGNOSTICS INC<br>P.O. BOX 101747<br>ATLANTA GA 30392 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16401 | BRACCO DIAGNOSTICS INC<br>P.O. BOX 101747<br>ATLANTA GA 30392 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 11810 | BRATHWAITE, WENDY<br>310 LEWIS AVE<br>BROOKLYN NY 11221-1685 | 1199 SETTLEMENT | Y | |
| 963016270 | BRISCOE PROTECTIVE SYSTEMS INC<br>956 WEST JERICHO TURNPIKE<br>SMITHTOWN NY 11787-3207 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 10216 | BROWN, CYNTHIA<br>1791 UNION ST<br>BROOKLYN NY 11213-5012 | 1199 SETTLEMENT | | Y |
| 11840 | BROWN, DAN M<br>242 E 80TH ST APT 3A<br>NEW YORK NY 10075-0563 | 1199 SETTLEMENT | Y | |
| 11851 | BROWN, TARSHA V<br>149 W TREMONT AVE<br>BRONX NY 10453-4405 | 1199 SETTLEMENT | | Y |
| 492 | BSC SUPPLY<br>411 WAVERLY OAKS ROAD<br>SUITE # 208<br>WALTHAM MA 02452 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17208 | BULBTRONICS<br>45 BANFI PLAZA<br>FARMINGDALE NY 11735 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 970000690 | BULK TV<br>PO BOX 99129<br>RALEIGH NC 27624-9129 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17278 | BUZWIN DONUT CORP<br>203 W 14TH ST<br>NEW YORK NY 10011 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963017950 | BYRNE MEDICAL INC<br>550 CLUB DRIVE<br>SUITE 445<br>MONTGOMERY TX 77316 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963018530 | CALIGOR HOSPITAL SUPPLY<br>PO BOX 223133<br>PITTSBURGH PA 15251-2133 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16637 | CARDIO VASCULAR SALES<br>THOMAS SMITH<br>27111 ALISO CREEK ROAD<br>SUITE 130<br>ALISO VIEJO CA 92656 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 4427 | CAREFUSION CORP AND ITS RELATED<br>SUBSIDIARIES AND AFFILIATES<br>ATTN: GREG JANSEN<br>475 METRO PLACE NORTH SUITE 100<br>DUBLIN OH 43017 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 3374 | CARGILL FINANCIAL SERVICES INTL<br>ATTN: MARK SORENSON<br>12700 WHITEWATER DR, MS 144<br>MINNETONKA MN 55343 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17120 | CARGILL FINANCIAL SERVICES INTL<br>TRANSFEROR: DIVERSITY SERVICES INC AS AS<br>ATTN: MARK SORENSON<br>12700 WHITEWATER DRIVE, MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 10312 | CARLIN, ANNMARIE<br>46 LIVATE AVE<br>STATEN ISLAND NY 10314-7233 | NYSNA SETTLEMENT | | |
| 16204 | CARMINE DESANTIS CHARITABLE FOUNDATION<br>C/O ROYAL PRESS<br>1973 FOREST AVE<br>STATEN ISLAND NY 10303 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963019940 | CARRIER RENTAL SYSTEMS<br>135 SOUTH LASALLE<br>DEPT 4594<br>CHICAGO IL 60674-4594 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 367 | CARTER BROTHERS, LLC<br>100 HARTSFIELD CENTER PKWY STE 100<br>ATLANTA GA 30354-1390 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16510 | CCC MANAGEMENT COMPANY, INC<br>JONATHAN BERGER, ESQ.<br>8201 BEVERLY BOULEVARD<br>LOS ANGELES CA 90048 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963020960 | CE K WONG<br>2527 GREENMOUNT AVENUE<br>BALTIMORE MD 21218 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17183 | CENTRAL MOVING & STORAGE CO, INC<br>605 W 27TH ST<br>NEW YORK NY 10001 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963021460 | CERIDIAN CORP<br>CERIDIAN EMPLOYER SVCS<br>BANKRUPTCY PROCESSING<br>9150 SOUTH HILLS BLVD, #100<br>BROADVIEW HEIGHTS OH 44147 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17212 | CERIDIAN CORP<br>CERIDIAN EMPLOYER SVCS<br>BANKRUPTCY PROCESSING<br>9150 SOUTH HILLS BLVD, #100<br>BROADVIEW HEIGHTS OH 44147 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11997 | CHAN, HENRY<br>761 41ST ST<br>APT 1L<br>BROOKLYN NY 11232-3922 | 1199 SETTLEMENT | | Y |
| 963021880 | CHAPIN SPECIALTY HEALTHCARE<br>13723 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0137 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12005 | CHAPMAN, SHANTA<br>230 W 141ST ST<br>APT 2C<br>NEW YORK NY 10030-5002 | 1199 SETTLEMENT | | Y |
| 12015 | CHASE, DANIELLE<br>1173 COLGATE AVE<br>BRONX NY 10472-3141 | 1199 SETTLEMENT | | Y |
| 16190 | CHECKPOINT SYSTEMS<br>PO BOX 188<br>THOROFARE NJ 08086 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 15223 | CHIKE, JOSEPHINE<br>22763 114TH RD<br>CAMBRIA HEIGHTS NY 11411-1313 | NYSNA SETTLEMENT | | Y |
| 963022890 | CHILDRENS PHYSICIANS OF<br>PHYSICIANS OF WESTCHESTER<br>NEW YORK MEDICAL COLLEGE<br>MUNGER PAVILION - ROOM 125<br>VALHALLA NY 10595 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17377 | CHILDSWORK CHILDSPLAY<br>PO BOX 9120<br>PLAINVIEW NY 11803 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12042 | CHRISTIE-PAULINE, PAULINE V<br>1754 MOUNTAIN AVE<br>SCOTCH PLAINS NJ 07076-1060 | NYSNA SETTLEMENT | | Y |
| 387 | CHROMATE INDUSTRIAL CORP<br>100 DAVINCI DR<br>BOHEMIA NY 11716 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 12057 | CIRIACO, MARY GRACE F<br>39 ROME AVE<br>APT 3B<br>BEDFORD HILLS NY 10507-2343 | NYSNA SETTLEMENT | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 963023820 | CITICORP VENDOR FINANCE INC<br>1800 OVERCENTER DRIVE<br>MOBERLY MO 65270 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963023810 | CITICORP VENDOR FINANCE INC<br>1800 OVERCENTER DRIVE<br>MOBERLY MO 65270 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17226 | CITICORP VENDOR FINANCE INC<br>1800 OVERCENTER DRIVE<br>MOBERLY MO 65270 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17236 | CITICORP VENDOR FINANCE INC<br>1800 OVERCENTER DRIVE<br>MOBERLY MO 65270 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 162 | CLAVEL, FELIPE A<br>C/O DOUGLAS & LONDON, P.C.<br>111 JOHN STREET, STE. 1400<br>NEW YORK NY 10038 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 11334 | CLEVELAND, LOVEL<br>1031 VAN BUREN ST<br>BALDWIN NY 11510-4916 | NYSNA SETTLEMENT | Y | |
| 16498 | CLINICAL IQ, LLC<br>184 COLUMBIA TPK #282<br>FLORHAM PARK NJ 07932 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16682 | CME INC<br>DEPT 2720<br>LOS ANGELES CA 90084-2720 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963024630 | CME INFO COM INC<br>100 CORPORATE PARKWAY<br>SUITE 600<br>BIRMINGHAM AL 35242 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17027 | COAPT SYSTEMS INC<br>1820 EMBARCADARO RD<br>PALO ALTO CA 94303 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963024830 | CODONICS INC<br>FEIN:34-1367048<br>PO BOX 71-4121<br>COLUMBUS OH 43271-4121 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12084 | COLE, LISA A<br>7912 RIVER RD<br># PH14<br>NORTH BERGEN NJ 07047-6271 | 1199 SETTLEMENT | Y | |
| 16665 | COLORTONE AUDIO VISUAL<br>MARVIN LEDERMAN, PRESIDENT<br>76 SOUTH CENTRAL AVENUE<br>(ROUTE 9A) PO BOX 128<br>ELMSFORD NY 10523-0128 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16187 | COMMAND INFORMATION SERVICES<br>1510 CENTRAL AVE<br>STE 220<br>ALBANY NY 12205-5079 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963025570 | COMMERCE COMMERCIAL LEASING<br>2059 SPRINGDALE ROAD<br>CHERRY HILL NJ 08003 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16254 | COMMUNITY BLOOD CENTERS<br>1700 N STATE RD 7<br>LAUDERHILL FL 33313 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963025700 | COMMUNITY BLOOD CENTERS<br>OF SOUTH FLORIDA INC<br>1700 NORTH STATE ROAD 7<br>LAUDERHILL FL 33313-5097 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12099 | COMPERE, SERGE<br>670 BAUER CT<br>ELMONT NY 11003-4313 | 1199 SETTLEMENT | | Y |
| 963025950 | COMPUTER DESIGN INTEGRATION<br>696 ROUTE 46 WEST<br>TETERBORO NJ 07608 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963025990 | COMPUTER SCIENCES CORP<br>PO BOX 22040<br>ALBANY NY 12201-2040 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 2244 | CONCENTRIC MEDICAL, INC<br>301 E. EVELYN AVENUE<br>MOUNTAIN VIEW CA 94041 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17283 | CONCENTRIC MEDICAL, INC<br>ATTN: KATHY MASSA<br>1380 SHOREBIRD WAY<br>MOUNTAIN VIEW CA 94043 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963026510 | COOK UROLOGICAL<br>P O BOX 668025<br>INDIANAPOLIS IN 46266 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 10441 | CORBETT, KATHLEEN<br>8 AZALEA DR<br>NANUET NY 10954-3745 | NYSNA SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 12122 | CORPORAN, NELLY A<br>850 COLUMBUS AVE<br>APT 6B<br>NEW YORK NY 10025-4516 | 1199 SETTLEMENT | | Y |
| 16617 | CORPORATE REPRODUCTION CTR INC<br>1357B BROADWAY<br>NEW YORK NY 10018-7101 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16885 | COUNSEL PRESS, LLC<br>ATTN: PATTY PRESTI<br>520 EIGHTH AVE, 8TH FL<br>NEW YORK NY 10018 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12136 | COUNTS, EVANGELINE<br>1700 BEDFORD AVE<br>13F<br>BROOKLYN NY 11225-2667 | 1199 SETTLEMENT | | Y |
| 16557 | COX, EILEEN M<br>37149 LONGMOOR FARM LN<br>PURCELLVILLE VA 20132 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12143 | CRAVER, STEPHEN<br>388 JESSUP RD<br>FLORIDA NY 10921-3121 | 1199 SETTLEMENT | | Y |
| 2112 | CRESTLINE COMAPNY INC<br>P.O. BOX 2027<br>LEWISTON ME 04241 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16704 | CRISIS PREVENTION INSTITUTE I<br>10850 W PARK PL STE 600<br>MILWAUKEE WI 53224-3640 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16987 | CRISIS PREVENTION INSTITUTE I<br>10850 W PARK PL STE 600<br>MILWAUKEE WI 53224-3640 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12160 | CRUZ, RAMONA<br>6 MARTINE WAY<br>BAYONNE NJ 07002-7002 | NYSNA SETTLEMENT | | Y |
| 12167 | CUEBAS, KARINA J<br>129 W 144TH ST<br>APT 3C<br>NEW YORK NY 10030-1326 | 1199 SETTLEMENT | | Y |
| 12173 | CUMMINS, KIMELL A<br>59 DEWITT PL<br>NEW ROCHELLE NY 10801-3339 | 1199 SETTLEMENT | | Y |
| 332 | CURATIVE HEALTH SERVICES, INC<br>ATTN: THOMAS M. CLAYTON<br>4500 SALISBURY ROAD, SUITE 490<br>JACKSONVILLE FL 32216 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963139060 | CURO, KEVIN<br>3543 84TH ST<br>APT 104<br>JACKSON HEIGHTS NY 11372-5375 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12184 | CUSH-WILSON, GRACE<br>12220 LINDEN BLVD<br>SOUTH OZONE PARK NY 11420-2010 | NYSNA SETTLEMENT | | Y |
| 4485 | CUTTITA, DENISE<br>789 WEST END AVE # 8A<br>NEW YORK NY 10025 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16991 | CV EVOLUTIONS<br>2917 WECK DRIVE<br>RTP NC 27709 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17395 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: A & L CESSPOOL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16467 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: AAA APPLE CAR SVC<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17163 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ACCREDITED LOCK SUPPLY<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16470 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ACTIVE THERAPY SUPPLY<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16597 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ADVANCE HEALTH MANAGEMENT<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16340 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ALL STATE ENVELOPES LTD<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17184 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ALLCARE NURSING SERVICE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16912 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ALLEN HEALTH CARE SERVICES<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16916 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ALLEN HEALTH SERVICES<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17010 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ARAMARK HEALTHCARE SUPPORT<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16382 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ARTHROCARE CORP<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16872 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: BARELE INC. D/B/A OMEGA HOME<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16583 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: BARLETT MCDONOUGH BASTONE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17307 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: BINDING SITE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16384 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: BIO SYSTEMS<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16911 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: BLADE CONCEPTS<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16722 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: BOLEX BUSINESS MACHINES<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17270 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: BROTHERS SUPPLY CORP<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17324 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: BUXTON MEDICAL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16284 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CALIGOR HOSPITAL SUPPLY<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17320 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CAREER STAFF UNLIMITED<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16281 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CARETSKY & ASSOC.<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16161 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CENTRAL CONSULTING<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16790 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CENTRAL CONSULTING<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17323 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CHASE MEDICAL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16151 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CICERO VELAZQUEZ<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16332 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CICERO VELAZQUEZ<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17000 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: COMFORCE MEDICAL OFC SUPPORT<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17406 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: COUNTY GRAPHICS FORMS MGMT.<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16671 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CRESCENT HEALTHCARE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16504 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: CUSTOM ULTRASONICS<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16250 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: DELLA FEMINA ROTHSCHILD JEAR<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16369 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: E RECOVERY LLC<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16144 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: EASTMAN KODAK<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17318 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: EXECUTIVE HEALTHCARE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16689 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: FIRST AMERICAN TITLE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16385 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: FIRST PRIORITY EMERGENCY<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16519 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: GENERAL HOSPITAL SUPPLY CORP<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16542 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: GENESIS CONSULTANTS OF NY<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17398 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: GLEN CENTRAL TRANSMISSION<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17390 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: GOTHAM REGISTRY<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16545 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: GUIDANT CORP<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17402 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: HAEMONETICS<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16635 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: HAY GROUP<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17024 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: HCE C/O MCBEE ASSOCIATES<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16907 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: HEALTH CARE ANSWERING SVCS.<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16464 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: HILL-ROM, INC.<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16688 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ILIANT MEDBILL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17433 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: IMUCOR<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16855 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ISLAND TANK ENVIRONMENTAL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16901 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: JOHNSON & JOHNSON HEALTH<br>CARE SYSTEMS, INC.<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16259 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: LANDAUER METROPOLITAN<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16581 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: LIFESPIRE, INC. SUPPLY<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 17130 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MANAGEMENT HEALTH SOLUTIONS<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16902 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MARSTAY LTD<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16670 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MCBEE ASSOCIATES<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17349 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MCNEIL SALES AND SERVICE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16375 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MD BUILDING SERVICES<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16820 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MDS MORDIAN INC<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16398 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MEADOWS MID QUEENS RADIOLOGY<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16493 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MEDICAL STAFFING NETWORK<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16381 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MEDITAB CONSULTING<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16908 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MICHAEL LABRIOLA, INC.<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16536 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MID ISLAND ELECTRICAL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17413 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: MIDPOINT ASSOCIATION PRACTIO<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16852 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: NEW YORK HEALTH CARE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17197 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: ONWARD HEALTHCARE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16383 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: OPUS MEDICAL INC.<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16972 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: OSTEOMED LP<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16973 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: OSTEOMED LP<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16974 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: OSTEOMED LP<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17313 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: PAXXON HEALTHCARE SERVICE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17112 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: POSSIS MEDICAL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17336 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: PRECISION SURGICAL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17404 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: PROFESSIONAL PLACEMENT ASSOC<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17338 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: RBSD ARCHITECT<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16561 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: RICHMOND COUNTY AMBULANCE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17319 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: RITA MEDICAL SYSTEMS<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16330 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: SCALES AIR COMPRESSOR<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17348 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: SMITH & NEPHEW, INC. ORTH.<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16918 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: SODEXHO MARRIOT SERVICES<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17339 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: SOURCEONE HEALTHCARE TECH<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17325 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: STAT PLUMBING SUPPLY INC<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17135 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: STEPIC MEDICAL DISTRIBUTION<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16506 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: STERILMED<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16910 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: THREE SONS GRAPHICS<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16139 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: TM MECHANICAL<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 17091 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: UNIVERSAL HOSPITAL SERVICES<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16778 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: UTOPIA HOME CARE<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16438 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR: VASCULAR SOLUTIONS<br>CARVAL INVESTORS, LLC<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16905 | CVI GVF (LUX) MASTER SARL<br>TRANSFEROR:ARAMARK CLINICAL TECHNOLOGY<br>CARVAL INVESTORS, LLC.<br>12700 WHITEWATER DRIVE MS 144<br>MINNETONKA MN 55343 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963030550 | CYTYC SURGICAL PRODUCTS<br>301 EAST EVELYN AVENUE<br>MOUNTAIN VIEW CA 94041 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 12190 | D'AMORE, LOUIS A<br>1025 70TH ST<br>BROOKLYN NY 11228-1212 | NYSNA SETTLEMENT | | Y |
| 16962 | DANZIG, MYRNA<br>270 W 11TH STREET<br>NEW YORK NY 10014 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963031280 | DARBY DRUGS INC<br>865 MERRICK AVE<br>WESTBURY NY 11590 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963031290 | DARBY DRUGS INC<br>865 MERRICK AVE<br>WESTBURY NY 11590 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17432 | DARBY DRUGS INC<br>865 MERRICK AVE<br>WESTBURY NY 11590 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17431 | DARBY DRUGS INC<br>865 MERRICK AVE<br>WESTBURY NY 11590 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17430 | DARBY DRUGS INC<br>865 MERRICK AVE<br>WESTBURY NY 11590 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16252 | DATASCOPE CORP<br>ATTN: CREDIT DEPT<br>14 PHILIPS PKWY<br>MONTVALE NJ 07645 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 12213 | DATTILO, PARIS AYANA<br>405 7TH ST<br>APT 2R<br>BROOKLYN NY 11215-6701 | NYSNA SETTLEMENT | | Y |
| 12217 | DAVIES, ELIZABETH<br>745 E 31ST ST<br>BROOKLYN NY 11210-3166 | 1199 SETTLEMENT | Y | |
| 16529 | DAVIS & GILBERT LLP<br>ATTN: MILES BAUM, ESQ<br>1740 BROADWAY<br>NEW YORK NY 10019 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16742 | DB TECHNOLOGY INC<br>60 WALNUT AVENUE<br>CLARK NJ 07066 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 1659 | DB TECHNOLOGY LLC<br>60 WALNUT AVENUE<br>CLARK NJ 07066 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12230 | DE LA CRUZ, ANA L<br>285 FORT WASHINGTON AVE<br>APT 23<br>NEW YORK NY 10032-1207 | 1199 SETTLEMENT | | Y |
| 12231 | DE LA ROSA, ANNA M<br>63 W 85TH ST<br>APT A<br>NEW YORK NY 10024-4153 | 1199 SETTLEMENT | Y | |

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 12257 | DELEVANTE, MONICA<br>1348 JEFFERSON AVE<br>APT 1<br>BROOKLYN NY 11221-5311 | 1199 SETTLEMENT | Y | |
| 963032540 | DELLA FEMINA ROTHSCHILD JEA<br>902 BROADWAY<br>15TH FL<br>NEW YORK NY 10010 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12261 | DELUCA, WILLIAM J<br>97 MANILA AVE<br>STATEN ISLAND NY 10306-5605 | 1199 SETTLEMENT | Y | |
| 4858 | DEMATTIA, JOSEPH<br>1 MORTON SQ<br>APT 60E<br>NEW YORK NY 10014-7800 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963033010 | DEPUY ACROMED<br>325 PARAMOUNT DRIVE<br>RAYMHAM MA 02563 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 965001640 | DERMARITE INDUSTRIES LLC<br>PO BOX 631<br>HAWTHORNE NJ 07507 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16897 | DESIGN OF 4<br>101  W.80TH STREET<br>#9C<br>NEW YORK NY 10024 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17116 | DIALYSIS EQUIPMENT SERVICES INC<br>ATTN: DR JOSE A KANNATTU<br>18 BROKAW AVE<br>FLORAL PARK NY 11001 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12288 | DIBENEDETTO, DONNA<br>289 PARK ST<br>STATEN ISLAND NY 10306-1813 | NYSNA SETTLEMENT | | Y |
| 963033910 | DICTAPHONE CORP<br>PO BOX 856120<br>LOUISVILLE KY 40285 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16924 | DIOCESE OF BROOKLYN<br>75 GREENE AVE<br>BROOKLYN NY 11202 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 965001710 | DISBURSED ENERGY CORP<br>1945 EAST 28TH STREET<br>BROOKLYN NY 11229 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 12301 | DIXON, BARBARA<br>2191 BOLTON ST<br>BRONX NY 10462-1369 | 1199 SETTLEMENT | Y | |
| 16888 | DM GOLF; LLC<br>DOUG MAUCH<br>DM GOLF; LLC<br>147 EAST WILLISTON AVENUE<br>EAST WILLISTON NY 11596 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963034380 | DNA REFERENCE LAB INC<br>7434 LOUIS PASTEUR DR.<br>SUITE 15<br>SAN ANTONIO TX 78229 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16795 | DNA REFERENCE LAB INC<br>7434 LOUIS PASTEUR DR.<br>SUITE 15<br>SAN ANTONIO TX 78229 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17211 | DORLAND HEALTHCARE INFORMATION<br>2755 E COTTONWOOD PKWY STE 400<br>SALT LAKE CITY UT 84121-6950 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 2925 | DOSUNMU, GANIYU A<br>PO BOX 2028<br>GRAND CENTRAL STA.<br>NEW YORK NY 10163-2028 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16207 | DOUBLE A INDUSTRIAL SUPPLY<br>50 DOYER AVE<br>WHITE PLAINS NY 10605 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 9975 | DOUGLAS, JULIA<br>50 LEFFERTS AVE 6E<br>BROOKLYN NY 11225-3922 | 1199 SETTLEMENT | | Y |
| 9975 | DOUGLAS, JULIA<br>50 LEFFERTS AVE<br>APT 6E<br>BROOKLYN NY 11225-3922 | 1199 SETTLEMENT | | Y |
| 9407 | DOYLE, DANIELLE M<br>420 E 73RD ST<br>APT 2A<br>NEW YORK NY 10021-3875 | NYSNA SETTLEMENT | Y | |
| 16428 | DRESCHER INDUSTRIES<br>DBA ALERT FIRE CONTROL CO<br>401 NEW ROCHELLE ROAD<br>BRONXVILLE NY 10708 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16488 | DRUMMOND AMERICAN CORP<br>C/O LAWSON PRODUCTS, INC<br>1666 E TOUHY AVE<br>DES PLAINES IL 60018 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16486 | DST HEALTH SOLUTIONS, INC<br>FKA CSC HEALTHCARE, INC<br>ATTN: DAVID M LAWSON<br>2500 CORPORATE DR<br>BIRMINGHAM AL 35242 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17105 | DUARTE, ALFONSO PE<br>199-14 24TH RD<br>WHITESTONE NY 11357 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16166 | DYNAMIC MEDICAL SYSTEMS<br>6203 AMBOY RD<br>STATEN ISLAND NY 10309 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12364 | DZANDZA, VERONICA A<br>350 SOUNDVIEW AVE<br>APT 1A<br>BRONX NY 10473-3046 | 1199 SETTLEMENT | Y | |
| 17292 | E WEIT MACHINERY CORP<br>759 RAMSEY AVE<br>HILLSIDE NJ 07205 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16483 | EAST END DENTAL SERVICES PC<br>81 NASSAU BLVD<br>GARDEN CITY NY 11530 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 3772 | ECLIPSYS CORP<br>PO BOX 8538-133<br>PHILADELPHIA PA 19171-0133 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963036700 | EDWARDS & ANGELL LLP<br>DEPARTMENT 956<br>PO BOX 40000<br>HARTFORD CT 06151-0956 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963036700 | EDWARDS & ANGELL LLP<br>DEPARTMENT 956<br>PO BOX 40000<br>HARTFORD CT 06151-0956 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16687 | EIP INC<br>1321 WHITE HERON LANE<br>VERO BEACH FL 32963 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 3330 | EIS INC<br>GEORGE SITARS, ESQ.<br>ATTORNEY FOR E.I.S. INC A/K/A ENVIRO INS<br>1040 AVENUE OF THE AMERICAS, SUITE 1101<br>NEW YORK NY 10018 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17454 | ELECTRO CAP INTERNATIONAL<br>1011 W LEXINGTON RD<br>PO BOX 87<br>EATON OH 45320 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12406 | ELLERBE, VALERIE<br>353 W 117TH ST<br>APT 2F<br>NEW YORK NY 10026-1519 | 1199 SETTLEMENT | | Y |
| 16694 | ELLMAN INTERNATIONAL, INC<br>3333 ROYAL AVENUE<br>OCEANSIDE NY 11572 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16413 | EMERGENCY STAFFING INC ESI<br>111 KINGSLEY AVE<br>STATEN ISLAND NY 10314 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16451 | EMPIRE STAFFING SERVICES LLC<br>C/O OCHS & GOLDBERG, LLP<br>60 E 42ND ST<br>STE 1545<br>NEW YORK NY 10165 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963038200 | EMPRESS AMBULANCE<br>P.O. BOX 31786<br>HARTFORD CT 06150-1786 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963038200 | EMPRESS AMBULANCE<br>P.O. BOX 31786<br>HARTFORD CT 06150-1786 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1107 | ENCOMPAS UNLIMITED INC<br>P.O. BOX 516<br>TALLEVAST FL 34270 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 3354 | ENDOGASTRIC SOLUTIONS INC<br>8210 15TH AVENUE NORTH EAST<br>REDMOND WA 98052 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963038320 | ENDOVASCULAR ASSOCIATES OF<br>NEW YORK<br>20 WEST 13TH STREET<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963038320 | ENDOVASCULAR ASSOCIATES OF<br>NEW YORK<br>20 WEST 13TH STREET<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 1464 | ENERGY BEVERAGE CO INC<br>5-18 50TH AVE<br>LONG ISLAND CITY NY 11101 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16156 | ENERGY BEVERAGE CO INC<br>5-18 50TH AVE<br>LONG ISLAND CITY NY 11101 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16853 | ENVOY LLC (FORMERLY ENVOY CORPORATION)<br>AN EMDEON BUSINESS SERVICES COMPANY<br>ATTN GENERAL COUNSEL<br>3055 LEBANON PIKE STE 1000<br>NASHVILLE TN 37214-2239 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963038510 | EPIC STAFFING SERVICES INC<br>274 MADISON AVENUE<br>SUITE 300<br>NEW YORK NY 10016 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16692 | EQUITABLE LIFE ASSURANCE<br>SOCIETY<br>ATTN: ROBERT BRUCE<br>P.O. BOX 3000<br>LANCASTER SC 29721 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963114630 | ESTATE OF SORIETTA, THE<br>SILVERMAN<br>80 - 5TH AVENUE RM 1101<br>ATT:MARIA PASSANNATE DER EXECT<br>NEW YORK NY 10011-8011 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1372 | ESTECH INC<br>2603 CAMINO RAMON<br>SUITE 100<br>SAN RAMON CA 94583 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12444 | EWING, BRADLEY D<br>6064 55TH ST<br>MASPETH NY 11378-3329 | NYSNA SETTLEMENT | | Y |
| 12453 | FALLON, SERENA N<br>7609 4TH AVE<br>APT A1<br>BROOKLYN NY 11209-3227 | 1199 SETTLEMENT | Y | |
| 3641 | FEDCAP REHABILITATION SERVICES, INC<br>211 WEST 14TH STREET<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 4978 | FEDCAP REHABILITATION SERVICES, INC<br>ATTN: LEGAL DEPARTMENT<br>211 WEST 14TH STREET<br>NEW YORK NY 10011-7375 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 10927 | FIGUEROA, MIGUEL L<br>655 BURKE AVE<br>APT 1A<br>BRONX NY 10467-6632 | 1199 SETTLEMENT | Y | |
| 12502 | FILA, SUSAN E<br>25 GROVE ST<br>APT 17<br>NEW YORK NY 10014-5365 | 1199 SETTLEMENT | | Y |
| 16419 | FINDER NOVICK KERRIGAN<br>315 PARK AVE S<br>19TH FL<br>NEW YORK NY 10010 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 10410 | FISCHMAN, BENJAMIN MICHAEL<br>704 CARR AVE<br>ROCKVILLE MD 20850-2135 | 1199 SETTLEMENT | Y | |
| 16430 | FISHER SCIENTIFIC<br>ATTN: GARY BARNES, REG CR MGR<br>2000 PARK LN<br>PITTSBURGH PA 15275 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963042380 | FLATBUSH SURGICAL SUPPLY CO IN<br>174 MEACHAM AVENUE<br>ELMONT NY 11003 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 12513 | FLEARY-ETIENNE, VALONA<br>770 MARILYN LN<br>BALDWIN NY 11510-4539 | NYSNA SETTLEMENT | | Y |
| 963042430 | FLEETCOR TECHNOLOGIES<br>PO BOX 11407<br>BIRMINGHAM AL 35246 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12514 | FLEMING, GERALDINE<br>963 CAULDWELL AVE<br>BRONX NY 10456-6854 | 1199 SETTLEMENT | | Y |
| 12518 | FLEURANT, RODRIGUE<br>181 HAWTHORNE ST<br>APT 2<br>BROOKLYN NY 11225-5862 | 1199 SETTLEMENT | Y | |
| 12520 | FLORES, NOEME M<br>5321 196TH ST<br>FRESH MEADOWS NY 11365-1736 | NYSNA SETTLEMENT | | Y |

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16395 | FOLEY INC<br>PO BOX 8500-7605<br>PHILADELPHIA PA 19178-7605 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16471 | FOX HOLLOW TECHNOLOGIES, INC<br>9600 54TH AVE N STE 1<br>MINNEAPOLIS MN 55442-1958 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16815 | FREIGHT MANAGEMENT INC<br>PO BOX 165<br>BUTLER NJ 07405-0165 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16775 | FRESENIUS USA & FRESENIUS<br>USA MANUFACTURING<br>C/O HALPERIN BATTAGLIA RAICHT, LLP<br>555 MADISON AVENUE<br>NEW YORK NY 10022 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16776 | FRESENIUS USA & FRESENIUS<br>USA MANUFACTURING<br>C/O HALPERIN BATTAGLIA RAICHT, LLP<br>555 MADISON AVENUE<br>NEW YORK NY 10022 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16774 | FRESENIUS USA & FRESENIUS<br>USA MANUFACTURING<br>C/O HALPERIN BATTAGLIA RAICHT, LLP<br>555 MADISON AVENUE<br>NEW YORK NY 10022 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16777 | FRESENIUS USA & FRESENIUS<br>USA MANUFACTURING<br>C/O HALPERIN BATTAGLIA RAICHT, LLP<br>555 MADISON AVENUE<br>NEW YORK NY 10022 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963044400 | FUND FOR PUBLIC HEALTH IN NY<br>BUREAU OF COMMUNICABLE DESEASE<br>NYC DEPT OF HEALTH & MENTAL<br>HYGIENE<br>NEW YORK NY 10013 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16798 | FURNITURE RENTAL ASSOCIATES<br>GENERAL OFFICE/WAREHOUSE<br>CALL BOX 229047<br>BROOKLYN NY 11222-9047 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 12572 | FUSCO, CARMEL THERESA<br>15 DEPPE PL<br>APT 2C<br>STATEN ISLAND NY 10314-1540 | NYSNA SETTLEMENT | Y | |
| 12575 | GAINEY, KRYSTA A<br>75 HUGUENOT STREET<br>APT. 1506<br>NEW ROCHELLE NY 10801-0801 | NYSNA SETTLEMENT | | Y |
| 963058940 | GALLINA, JASON, MD<br>PO BOX 182<br>NEW YORK NY 10163-0182 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16717 | GARCIA, LUIS I<br>1610 OAK ST NW APT B<br>WASHINGTON DC 20010-1886 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963045330 | GARSON DECORATO & COHEN LLP<br>110 WALL STREET 10TH FLOOR<br>NEW YORK NY 10005 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16404 | GAYMAR INDUSTRIES<br>PO BOX 1308<br>BUFFALO NY 14240 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17354 | GBC<br>300 TOWER PKWY<br>LINCOLNSHIRE IL 60069-3640 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17066 | GE CAPITAL<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 66 | GE HEALTHCARE II TS USA<br>40 IDX DRIVE<br>SOUTH BURLINGTON VT 05403 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963045890 | GE MILLER INC<br>45 SAW MILL RIVER ROAD<br>YONKERS NY 10701 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963046050 | GEN PROBE INC<br>PO BOX 17443<br>BALTIMORE MD 21203 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16592 | GENZYME GENETICS<br>IMPATCH INC<br>BRUCE HORTEN MD, MEDICAL DIRECTOR<br>P.O. BOX 371748<br>PITTSBURGH PA 15251-2041 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16591 | GENZYME GENETICS<br>IMPATH INC<br>P.O. BOX 371748<br>PITTSBURGH PA 15251-2041 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16590 | GENZYME GENETICS<br>IMPATH INC<br>P.O. BOX 371748<br>PITTSBURGH PA 15251-2041 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16593 | GENZYME GENETICS<br>IMPATH INC<br>P.O. BOX 371748<br>PITTSBURGH PA 15251-2041 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963046280 | GENZYME GENETICS<br>PO BOX  223041<br>PITTSBURGH PA 15251-2041 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16595 | GENZYME GENETICS<br>PO BOX 371748<br>PITTSBURGH PA 15251-2041 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12630 | GERSHNER, BRUCE<br>165 SHARROTTS RD<br>STATEN ISLAND NY 10309-1904 | NYSNA SETTLEMENT | | Y |
| 12643 | GIL, JOSE A<br>45 HEMLOCK ST<br>APT 2<br>BROOKLYN NY 11208-1520 | 1199 SETTLEMENT | | Y |
| 17007 | GLASSMAN, STANLEY A<br>C/O GRECO & GESS, PC<br>ATTN: ERIC A GESS, ESQ<br>89 HUDSON ST<br>HOBOKEN NJ 07030 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963100000 | GLUCK, ROBERT, MD<br>410 LAKEVILLE ROAD SUITE 310<br>NEW HYDE PARK NY 11042 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12675 | GOMEZ, PATRICK R<br>63 WOOD TER<br>EAST HAVEN CT 06513-1308 | NYSNA SETTLEMENT | | Y |
| 12680 | GONZAGA, MAGDALENA M<br>338 LEMBECK AVE<br>JERSEY CITY NJ 07305-4894 | NYSNA SETTLEMENT | Y | |
| 4971 | GORDON, COURTNEY S<br>1381 E 103RD ST<br>BROOKLYN NY 11236-4503 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 12707 | GRANOVSKIY, FELIKS<br>620 W 143RD ST APT 1B<br>NEW YORK NY 10031-5957 | 1199 SETTLEMENT | | Y |
| 12710 | GRANT, MAVIS<br>278 TEANECK RD<br>APT 2F<br>RIDGEFIELD PARK NJ 07660-1802 | 1199 SETTLEMENT | Y | |
| 3351 | GREEN KEY RESOURCES, LLC<br>475 PARK AVENUE SOUTH, 7TH FL<br>NEW YORK NY 10016 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963049450 | GREENBAUM & WAGNER<br>32 WEST 18TH STREET<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12725 | GREENBLATT, SUSANNE<br>222 W 14TH ST<br>APT 2D<br>NEW YORK NY 10011-7204 | NYSNA SETTLEMENT | | Y |
| 2056 | GREENWICH MEDICAL ANESTHESIA<br>PO BOX 270<br>MASSAPEQUA PARK NY 11762-0270 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16793 | GRIER, STEPHANIE<br>4422 MATILDA AVE<br>BRONX NY 10470 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12738 | GRIFFITH, OAKLAND<br>321 TURNEUR AVE<br>BRONX NY 10473-1641 | 1199 SETTLEMENT | | Y |
| 963050050 | GTS - WELCO<br>855 RAYMOND BLVD.<br>NEWARK NJ 07105 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 970001790 | GTS - WELCO<br>855 RAYMOND BLVD.<br>NEWARK NJ 07105 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12751 | GUERNE, ANTHONY S<br>18 SARINA DR<br>COMMACK NY 11725-1806 | 1199 SETTLEMENT | | Y |
| 17358 | GUIDANCE MEDICAL PERSONNEL<br>29 BROADWAY RM 1300,<br>NEW YORK NY 10006-3201 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 3887 | GUIDANT SALES CORP<br>ATTN: JOYCE ALBERT MS-A2<br>ONE BOSTON SCIENTIFIC PLACE<br>NATICK MA 01760 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16622 | GUTMAN, MINTS, BAKER & SONNENFELDT, PC<br>813 JERICHO TURNPIKE<br>NEW HYDE PARK NY 11040 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 12767 | GUZMAN, GILBERT J<br>700 W 176TH ST<br>APT 5J<br>NEW YORK NY 10033-7541 | 1199 SETTLEMENT | | Y |
| 1128 | GWC, INC<br>P.O. BOX 5023<br>530 FALLING SPRING ROAD<br>CAHOKIA IL 62206-5023 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 3126 | GZA GEOENVIRONMENTAL INC<br>ATTN: J.F. KREITZ<br>1 EDGEWATER DR<br>NORWOOD MA 02062 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 3108 | GZA GEOENVIRONMENTAL, INC<br>ATTN: J.F. KREITZ<br>ONE EDGEWATER DRIVE<br>NORWOOD MA 02062 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17299 | H LINK ONCALL<br>36-36 33RD ST<br>STE 103<br>LONG ISLAND CITY NY 11106 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16185 | H&H SYSTEMS<br>5530 AIKEN RD<br>MCKEES ROCKS PA 15136 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963050740 | HAEMONETICS CORP<br>PO BOX 360141<br>PITTSBURGHH PA 15251-6147 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12779 | HALLADEEN, DEANA M<br>96 RALPH AVE<br>APT 2L<br>BROOKLYN NY 11221-4038 | 1199 SETTLEMENT | Y | |
| 963062680 | HANAWAY, KATHERINE, MD<br>OB/GYN<br>STATEN ISLAND NY 10310 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963051160 | HANCOCK JAFFE LABORATORIES INC<br>70 DOPPLER<br>IRVINE CA 92618-4306 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963051190 | HAND INNOVATIONS LLC<br>8855 SW 131ST STREET<br>MIAMI FL 33176 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16890 | HAND INNOVATIONS LLC<br>8855 SW 131ST STREET<br>MIAMI FL 33176 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 1101 | HARDENBURGH GROUP, LLC, THE<br>42000 SIX MILE ROAD<br>SUITE 105<br>NORTHVILLE MI 48168 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12792 | HARPER, LESLIE<br>15 LAWRENCE ST<br>NORWALK CT 06854-4502 | NYSNA SETTLEMENT | | Y |
| 16843 | HEALTH CARE COMPLIANCE<br>MITCHELL DIAMOND, PRESIDENT<br>30 JERICHO EXECUTIVE PLAZA<br>SUITE 400C<br>JERICHO NY 11753 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963052080 | HEALTH CARE COMPLIANCE<br>STRATEGIES INC<br>30 JERICHO EXECUTIVE PLAZA<br>SUITE 400C<br>JERICHO NY 11753-1098 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963052300 | HEALTH NET INS OF NEW YORK<br>CROSS WEST OFFICE CENTER<br>399 KNOLLWOOD ROAD<br>SUITE 113<br>WHITE PLAINS NY 10603-1931 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17178 | HEALTH POINT PRODUCTS<br>1804 PLAZA AVE<br>NEW HYDE PARK NY 11040 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 3603 | HEALTHCARE EDUCATION PROJECT<br>ATTN: DEBRA PUCCI, DIRECTOR<br>330 W. 42ND STREET, 21ST FLOOR<br>NEW YORK NY 10036 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16787 | HEALTHCARE ENVIRONMENTAL INC<br>910 E 138TH ST<br>BRONX NY 10454-2002 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 830 | HEALTHCARE INTELLIGENCE LLC<br>51 GLENWOOD DR<br>GREENWICH CT 06830-7017 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963052540 | HEALTHCARE PARTNERS IPA<br>C/O FINANCE DEPARTMENT<br>1225 FRANKLIN AVENUE SUITE 100<br>GARDEN CITY NY 11530 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)

**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16613 | HEALTHWORKS ALLIANCE 720 COOL SPRINGS BLVD SUITE 450 FRANKLIN TN 37067 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16508 | HELENA LABS P.O. BOX 54918 NEW ORLEANS LA 70154-4918 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963052980 | HEMOCUE INC PO BOX 951741 DALLAS TX 75395-1741 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963114710 | HFGROUP LLC, THE 63 E BROAD STREET HATFIELD PA 19440 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963053800 | HIGHLAND ASSOCIATES, PC 228 EAST 45TH STREET NEW YORK NY 10117 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12848 | HIGHTOWER, RITA 612 E 37TH ST BROOKLYN NY 11203-5602 | 1199 SETTLEMENT | | Y |
| 12853 | HILL, NICHOLAS 1238 SAINT MARKS AVE APT 1C BROOKLYN NY 11213-2484 | 1199 SETTLEMENT | | Y |
| 17097 | HIM ON CALL, INC TALLMAN HUDDERS & SORRENTINO PC ATTN: CHARLES LAPUTKA, ESQ 1611 POND RD, STE 300 ALLENTOWN PA 18104 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16289 | HOLDEN, ANNE 74-19 CALDWELL AVE MIDDLE VILLAGE NY 11373 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963054730 | HOME CARE ASSOC OF NYS INC 194 WASHINGTON AVE SUITE 400 ALBANY NY 12210 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 440 | HOSPITAL AUDIENCES INC 548 BROADWAY 3RD FLOOR NEW YORK NY 10012 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1901 | HOSPITAL INVENTORIES SPECIALIS 3615 WEST WATERS AVE TAMPA FL 33614 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963055300 | HP PRODUCTS CORP 11 SORREL HILL COURT MELVILLE NY 11747 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17185 | HP PRODUCTS CORP 11 SORREL HILL COURT MELVILLE NY 11747 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 964 | HUDSON BUILDING SUPPLY CORP 20-11 FRANCIS LEWIS BOULEVARD WHITESTONE NY 11357 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16839 | HUDSON BUILDING SUPPLY CORP 20-11 FRANCIS LEWIS BOULEVARD WHITESTONE NY 11357 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16894 | HUDSON VAL ASSOC INDUS SUP COR 1830 SOUTH ROAD UNIT 24 WAPPINGERS FALLS NY 12590 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 12890 | HUGHES, PRESTON 231 IRVING AVE APT 3R BROOKLYN NY 11231-0000 | 1199 SETTLEMENT | | Y |
| 1908 | HULLOT, MARIE MSH MOBILITY BENEFITS STE 1100 940 6TH AVENUE SW CALGARY AB T2P 3T1CANADA | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963055940 | I FLOW CORP 20202 WINDROW DRIVE LAKE FOREST CA 92630 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 176 | IBM CORPORATION ATTN: BANKRUPTCY COORDINATOR 13800 DIPLOMAT DR DALLAS TX 75234 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16909 | I-FLOW CORP 20202 WINDROW DR LAKE FOREST CA 92630-8152 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 1197 | IMPERIAL BAG & PAPER CO LLC INC 59 HOOK ROAD BAYONNE NJ 07002 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 1198 | IMPERIAL BAG & PAPER CO LLC INC 59 HOOK ROAD BAYONNE NJ 07002 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963056460 | INAMED CORP DEPT 0214 LOS ANGELES CA 90088-0214 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 3152 | INDUSTR COOLING AIR COND SVCS 30 SOUTH OCEAN AVENUE FREEPORT NY 11520 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 12913 | INFANTE, LUZ<br>2 WESTCHESTER AVE<br>APT 4N<br>WHITE PLAINS NY 10601-3516 | 1199 SETTLEMENT | | Y |
| 963056590 | INFOCUS CORPORATION<br>27700B SW PARKWAY AVENUE<br>WILSONVILLE OR 97070-9215 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 3385 | INO THERAPEUTICS LLC<br>PO BOX 9001<br>HAMPTON NJ 08827-9001 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963056810 | INOVA DIAGNOSTIC INC<br>10180 SCRIPTS RANCH BLVD<br>SAN DIEGO CA 92131-1234 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16226 | INOVA DIAGNOSTIC INC<br>9900 OLD GROVE RD<br>SAN DIEGO CA 92131-1638 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 1422 | INSTANT AIR CORPORATION<br>72-04 73RD PLACE<br>GLENDALE NY 11385 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963056950 | INSTRUMENTATION LABORATORY INC<br>PO BOX 350074<br>BOSTON MA 02241 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16866 | INSTRUMENTATION LABORATORY<br>101 HARTWELL AVE<br>LEXINGTON MA 02421 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963056970 | INTEGRATED SYSTEMS AND POWER<br>88 10TH AVENUE<br>3RD FLOOR<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963056980 | INTEGRITY MEDICAL CARE PC<br>135 WEST 27TH STREET<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16625 | INTERNATIONAL TECHNIDYNE CORP<br>P.O. BOX 73749<br>CHICAGO IL 60673-7749 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963057140 | INTERNATIONAL TECHNIDYNE CORP<br>PO BOX 73749<br>CHICAGO IL 60673-7749 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16337 | INTERSTATE BATTERIES<br>19 79A STEINWAY ST<br>ASTORIA NY 11105 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17285 | INTOXIMETERS INC<br>8110 LACKLAND RD<br>ST LOUIS MO 63114 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12919 | IP, SAI KAM<br>549 W 123RD ST<br>APT 13A<br>NEW YORK NY 10027-5039 | NYSNA SETTLEMENT | Y | |
| 17104 | IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>ATTN: R FREDERICK LINFESTY, ESQ<br>745 ATLANTIC AVE<br>10TH FL<br>BOSTON MA 02111 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963057600 | ISLAND CHARTER INC<br>380 CHELSEA ROAD<br>STATEN ISLAND NY 10314 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16133 | IZI MEDICAL PRODUCTS<br>7020 TUDSBURY RD<br>BALTIMORE MD 21244 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963057790 | J A MAJORS<br>1205 PAYSPHERE CIRCLE<br>CHICAGO IL 60674-1205 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17196 | J&J COMMUNICATIONS<br>PO BOX 9633<br>ELIZABETH NJ 07202 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 3127 | J&R MUSIC & COMPUTER WORLD<br>CORPORATE SALES<br>59-21 QUEENS MIDTOWN EXPRESSWY<br>MASPETH NY 11378 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963058050 | JACKSON LEWIS<br>ONE NORTH BROADWAY<br>15TH FLOOR<br>WHITE PLAINS NY 10601 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16260 | JAMAICA CHAMBER OF COMMERCE<br>90-25 161ST ST<br>JAMAICA NY 11432 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11207 | JANE ASSENSO<br>2400 VALENTINE AVE<br>APT 3D<br>BRONX NY 10458-7109 | 1199 SETTLEMENT | | Y |
| 17438 | JANOVIC PLAZA PAINTS<br>30-35 THOMSAN AVE<br>LONG ISLAND CITY NY 11101 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 12953 | JAWORSKI, GLORIA<br>515 LEONARD ST<br>APT 3L<br>BROOKLYN NY 11222-3253 | 1199 SETTLEMENT | Y | |
| 358 | JC BARTON, INC<br>280 HOLLYRIDGE WAY<br>ROSWELL GA 30076 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16686 | JD MANAGEMENT COMPANY, INC<br>P.O. BOX 2083<br>LONG ISLAND CITY NY 11102 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963059440 | JEM SANITATION CORP<br>PO BOX 708<br>LYNDHURST NJ 07071 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16877 | JENNIFER LOOMIS & ASSOCIATES, INC<br>390 S WOODS MILL RD STE 150<br>CHESTERFIELD MO 63017-3667 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 12966 | JENSEN, KRISTEN E<br>228 W 71ST ST APT 5F<br>NEW YORK NY 10023-3732 | NYSNA SETTLEMENT | Y | |
| 1057 | JESTIC, ROBERT<br>C/O IRA PODLOFSKY<br>3235 ROUTE 112, SUITE 2<br>MEDFORD NY 11763 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12972 | JIMENEZ, ERIC<br>231 N MIDDLETOWN RD<br>APT C<br>PEARL RIVER NY 10965-1134 | 1199 SETTLEMENT | | Y |
| 16741 | JOHN COUTO CUSTOM WOODWORKING<br>JOHN<br>201 SAW MILL RIVER ROAD<br>YONKERS NY 10701 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 4843 | JOHN SNYDER, MD<br>32 N BEARS DEN DR<br>SUNDERLAND MA 01375-9400 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963060590 | JOHNSON AND ROUNTREE<br>PO BOX 31001-0910<br>PASADENA CA 91110-0910 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 10912 | JOHNSON, LISA<br>17 LANCASTER CT<br>NANUET NY 10954-3849 | NYSNA SETTLEMENT | | Y |
| 963151510 | JOHNSTON, JAMEY D<br>203 MADISON ST<br>APT 2A<br>HOBOKEN NJ 07030-1947 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 12994 | JONES, BRENDA<br>291 MOTHER GASTON BLVD<br># 2<br>BROOKLYN NY 11212-7953 | 1199 SETTLEMENT | | Y |
| 17108 | JOSEPH P DORILIO ASSOCIATES, INC<br>77 HILLSIDE AVE<br>WILLISTON PARK NY 11596 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17107 | JOSEPH P DORILIO ASSOCIATES, INC<br>77 HILLSIDE AVE<br>WILLISTON PARK NY 11596 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17106 | JOSEPH P DORILIO ASSOCIATES, INC<br>77 HILLSIDE AVE<br>WILLISTON PARK NY 11596 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13016 | JOSEPH, GERARD M<br>310 WINTHROP ST<br>APT 3<br>BROOKLYN NY 11225-3862 | 1199 SETTLEMENT | | Y |
| 963114750 | JOURNAL NEWS, THE<br>18 GANNETT DRIVE<br>WHITE PLAINS NY 10604 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17363 | JOURNAL NEWS, THE<br>P.O. BOX 1371<br>BUFFALO NY 14240-1371 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13021 | JUDEH, MAHA K<br>14 BERGEN AVE<br>CLIFTON NJ 07011-1210 | NYSNA SETTLEMENT | Y | |
| 16424 | K&W AUTO RADIATOR INC<br>ATTN: KIRK YOUNG<br>148-06 LIBERTY AVE<br>JAMAICA NY 11435 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963111090 | KAISER, STEPHANIE<br>21 EAST 22ND STREET APT 8I<br>NEW YORK NY 10010 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 2059 | KANTERMAN, O'LEARY & SOSCIA LLP<br>50 MAIN STREET, SUITE 476<br>WHITE PLAINS NY 10606 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)

**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 963055650 | KASS, HUNTER<br>BARCLAY KASS<br>717 FOREST AVENUE<br>RYE NY 10580 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 13044 | KAUFMAN, DAVID J<br>530 E 23RD ST<br>NEW YORK NY 10010-5022 | 1199 SETTLEMENT | | Y |
| 206 | KCI USA, INC<br>C/O M. CURRY - ARM DEPT.<br>8023 VANTAGE DRIVE<br>SAN ANTONIO TX 78230 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963063710 | KEVIN STEWART DR<br>1400 N.E. MIAMI GARDENS DR<br>STE 203<br>NORTH MIAMI BEACH FL 33179 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 10627 | KIMAN, ALYSSA T<br>13 CARRIAGE RD<br>ROSLYN NY 11576-3117 | 1199 SETTLEMENT | | Y |
| 173 | KINETIC CONCEPTS, INC, (KCI)<br>8023 VANTAGE DR.<br>SAN ANTONIO TX 78230 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17453 | KINETIKOS MEDICAL INC<br>6005 HIDDEN VALLEY RD<br>STE 180<br>CARLSBAD CA 92009 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13081 | KING, SHARON<br>726 EAST 227 STREET<br>APT. #3B<br>NEW YORK NY 10466-0466 | 1199 SETTLEMENT | | Y |
| 16764 | KIRKPATRICK & LOCKHART<br>ATTN: GLENN H GRANER, CFO<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD STREET<br>PITTSBURGH PA 15222 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16700 | KIRWAN SURGICAL PRODUCTS<br>P.O. BOX 427<br>MARSHFIELD MA 02050 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13088 | KISSOON, SHARMAIN<br>555 E 17TH ST<br>BROOKLYN NY 11226-6607 | 1199 SETTLEMENT | | Y |
| 16628 | KOLTEC INC<br>PO BOX 271<br>HICKSVILLE NY 11802-0271 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 970004790 | KRISHNAN, VASANTI, DR<br>614 GRAND STREET<br>BROOKLYN NY 11211 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16607 | KT TRUST<br>TRANSFEROR: BENDINER & SCHLESINGER INC<br>ONE UNIVERSITY PLAZA<br>SUITE 518<br>HACKENSACK NJ 07601 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16408 | KT TRUST<br>TRANSFEROR: BYRAM HEALTHCARE<br>ONE UNIVERSITY PLAZA<br>SUITE 518<br>HACKENSACK NJ 07601 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16814 | KT TRUST<br>TRANSFEROR: HEMO CONCEPTS INCORPORATED<br>ONE UNIVERSITY PLAZA<br>SUITE 518<br>HACKENSACK NJ 07601 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963036670 | KWAK, EDWARD S, MD<br>555 W 59TH ST APT 8H<br>NEW YORK NY 10019-1090 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 15255 | KWAN, JOSEPHINE<br>89 PEARSALL AVE<br>JERSEY CITY NJ 07305-3911 | NYSNA SETTLEMENT | | Y |
| 963065410 | KYPHON INCORPORATED<br>1221 CROSSMAN AVE<br>SUNNYVALE CA 94089 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16678 | LAB FORCE INC<br>P.O. BOX 4180<br>WINDHAM NH 03087 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963065600 | LABORATORY CORPORATION OF<br>AMERICA HOLDINGS<br>P.O. BOX 2240<br>BURLINGTON NC 27216-2240 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963052950 | LABS, HELENA<br>P.O. BOX 54918<br>NEW ORLEANS LA 70154-4918 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 13143 | LACAMBRA, AYNES L<br>354 E 84TH ST<br>APT 3S<br>NEW YORK NY 10028-4440 | NYSNA SETTLEMENT | Y | |
| 13144 | LACAYA, JUNE I<br>337 W 21ST ST<br>APT A<br>NEW YORK NY 10011-3040 | NYSNA SETTLEMENT | | Y |
| 16565 | LAND AND WHEELS<br>8700 W PORT AVENUE<br>MILWAUKEE WI 53224 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13168 | LAPOLICE, EMILY M<br>2194 FREDERICK DOUGLASS BLVD<br>APT 3S<br>NEW YORK NY 10026-1111 | 1199 SETTLEMENT | | Y |
| 13174 | LATORTUE, MARIE M<br>887 E 35TH ST<br>FL 2<br>BROOKLYN NY 11210-3416 | NYSNA SETTLEMENT | Y | |
| 13175 | LAU, CAROL M<br>3811 108TH ST<br>APT 6H<br>CORONA NY 11368-2066 | 1199 SETTLEMENT | | Y |
| 16421 | LAW OFFICES OF HOWARD GOLDMAN<br>475 PARK AVE S<br>28TH FL<br>NEW YORK NY 10016 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13180 | LAWMAN, DEBBIE<br>597 E 93RD ST<br>BROOKLYN NY 11236-1153 | 1199 SETTLEMENT | | Y |
| 336 | LAWSON PRODUCTS, INC<br>8770 W BRYN MAWR AVE FL 9<br>CHICAGO IL 60631-3515 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16455 | LAWSON SOFTWARE<br>ATTN: BILL CORN<br>380 ST PETER ST<br>ST PAUL MN 55102 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13194 | LEBOVITS, ABRAHAM J<br>861 E 27TH ST<br>APT 4C<br>BROOKLYN NY 11210-2848 | NYSNA SETTLEMENT | Y | |
| 49 | LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE NY 11747 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 3989 | LEGAL EASE REPORTING INC<br>600 OLD COUNTY ROAD SUITE 203<br>GARDEN CITY NY 11530 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 10511 | LEWIS, DENSELL<br>4328 BRUNER AVE<br>BRONX NY 10466-1806 | 1199 SETTLEMENT | | Y |
| 963068310 | LEXION MEDICAL<br>1957 GATEWAY BLVD.<br>ST PAUL MN 55122-2750 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13241 | LIANG, XUE Q<br>14445 41ST AVE APT 6C<br>FLUSHING NY 11355-1419 | 1199 SETTLEMENT | Y | |
| 963068730 | LIFELINE SYSTEMS COMPANY<br>111 LAWRENCE STREET<br>FRAMINGHAM MA 01702 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963068740 | LIFESPIRE INC SUPP WK<br>1 WHITEHALL ST FL 9<br>NEW YORK NY 10004-2141 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963068910 | LINCO ELEC CONTRACTG/MAINT INC<br>5442 ARTHUR KILL ROAD<br>STATEN ISLAND NY 10307 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963069090 | LINEAR CORPORATION<br>2055 CORTE DEL NOGAL<br>P.O BOX 90003<br>CARLSBAD CA 92009-9003 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16157 | LION UNIFORM GROUP, INC<br>ATTN: ROBERT MCINTIRE, CONTROLLER<br>1202 DAYTON YELLOW SPRINGS RD<br>FAIRBORN OH 45324 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13267 | LIU, AMEN<br>75 BAY 28TH ST<br>FL 2<br>BROOKLYN NY 11214-4005 | 1199 SETTLEMENT | | Y |
| 963069980 | LOCAL 803 PENSION FUND<br>C/O LOCAL 550 IBT<br>6 TUXEDO AVENUE<br>NEW HYDE PARK NY 11040 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 17253 | LONG ISLAND PROCESSORS<br>C/O HAROLD GEARITY<br>33 FRONT STREET<br>CUSTOMER SERVICE REP<br>EAST ROCKAWAY NY 11518 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13297 | LOVELL, CATHERINE<br>85 E 54TH ST<br>BROOKLYN NY 11203-2512 | 1199 SETTLEMENT | | Y |
| 13302 | LUCIEN, MARVIN<br>125 PULASKI ST APT 3<br>BROOKLYN NY 11206-6803 | 1199 SETTLEMENT | Y | |
| 13304 | LUNA, CARLOS<br>8753 21ST AVE<br>APT 1<br>BROOKLYN NY 11214-4909 | 1199 SETTLEMENT | Y | |
| 963071320 | M & J TRIMMING CO<br>48 WEST 38TH STREET<br>NEW YORK NY 10018 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13317 | MACKINTOSH, RACHEL M<br>610 VICTORY BLVD<br>APT 1C<br>STATEN ISLAND NY 10301-3535 | NYSNA SETTLEMENT | | Y |
| 963104480 | MACLEOD, SARAH<br>HUMANA INC<br>P.O. BOX 932698<br>ATLANTA GA 31193-2698 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16400 | MADISON INVESTMENT TRUST - SERIES 20<br>ATTN: KRISTY STARK<br>6310 LAMAR AVE., SUITE 120<br>OVERLAND PARK KS 66202 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963071480 | MADISON INVESTMENT TRUST - SERIES 20<br>TRANSFEROR: ARTHROCARE CORPORATION<br>5619 DTC PKWY STE 800<br>GREENWOOD VLG CO 80111-3139 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 13320 | MAFFUCCI, CHRISTY L<br>1082 PALMER AVE<br>LARCHMONT NY 10538-3319 | NYSNA SETTLEMENT | | Y |
| 16739 | MAIN STREET LEGAL SERVICES, INC<br>ELDER LAW CLINIC<br>65-21 MAIN STREET<br>FLUSHING NY 11367 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 10681 | MAISONET, OLIVIER G<br>1200 E 53RD ST<br>APT 1E<br>BROOKLYN NY 11234-2340 | NYSNA SETTLEMENT | | Y |
| 16699 | MAJORS<br>1401 LAKEWAY DRIVE<br>LEWISVILLE TX 75057-9074 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963072180 | MALLINCKRODT MEDICAL INC<br>PO BOX 13667<br>NEWARK NJ 07188 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963072340 | MANHATTAN COLORECTAL<br>SURGEONS LLC<br>36 SEVENTH AVENUE<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 4066 | MANSOUR, MARWA & YUSEFF<br>C/O CHARLES H BURGER ESQ<br>32 COURT ST<br>STE 1407<br>BROOKLYN NY 11201 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1432 | MAQUET CARDIOVASCULAR US SALES LLC<br>ATTN: LINDA BERKOBEN, CREDIT DEPT.<br>45 BARBOUR POND ROAD<br>WAYNE NJ 07470 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 10398 | MARGIOTTA, LORRAINE<br>34 BEDFORD ST<br>NEW YORK NY 10014-4413 | NYSNA SETTLEMENT | Y | |
| 963073140 | MARKET LAB INC<br>DEPT 77386<br>P.O. BOX 7700<br>DETROIT MI 48277-0386 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13369 | MARRERO, KRISTIN D<br>150 PARKWAY N<br>APT 4B<br>YONKERS NY 10704-3922 | 1199 SETTLEMENT | Y | |
| 16639 | MARTAB MEDICAL INC<br>300 F STATE ROUTE 17 SOUTH<br>MAHWAH NJ 07430 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963043340 | MARTIN, FRACESCA<br>ACE EUROPEAN GROUP<br>200 BROOMIELAW<br>CENTRAL OPERATIONS GROUP<br>GLASGOW GI 4RUSCOTLAND | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 13381 | MARTIN, TOCCARA<br>PO BOX 1877<br>NEW YORK NY 10025-1558 | 1199 SETTLEMENT | | Y |
| 13382 | MARTINEZ, ANIBAL<br>2200 POWELL AVE<br>APT CB<br>BRONX NY 10462-5148 | 1199 SETTLEMENT | | Y |
| 13386 | MARTINEZ, JASMINE A<br>2114 74TH STREET PH<br>BROOKLYN NY 11204-0000 | 1199 SETTLEMENT | | Y |
| 16666 | MAXOR NATIONAL PHARMACY SERVICES CORP<br>SANDERSBAKER, PC<br>ATTN: ROGER S COX<br>PO BOX 2667<br>AMARILLO TX 79105-2667 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 11071 | MAZZEO, JON<br>12 W 27TH ST<br>NEW YORK NY 10001-6903 | NYSNA SETTLEMENT | Y | |
| 963075050 | MCBEE ASSOCIATES INC<br>PO BOX 17488<br>BALTIMORE MD 21297 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963158660 | MCCARTHY, CHRISTOPHER M<br>108 MARLBOROUGH RD<br>HIGHLAND PARK NJ 08904-3532 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 969004230 | MCGUIRE, MARIA L, RN<br>25 UNCAS AVENUE<br>STATEN ISLAND NY 10309 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963076270 | MD TECH INC<br>135 S. LA SALLE, DEPT. 2944<br>CHICAGO IL 60674-2944 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16162 | MEAD JOHNSON<br>PO BOX 951189<br>DALLAS TX 75395-1189 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963076350 | MEADOWS OFFICE SUPPLY CO, INC<br>71 WEST 23RD STREET<br>ATTN: ROBERTA SICKLER<br>NEW YORK NY 10010 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963076490 | MED PASS INC<br>10800 INDUSTRY LANE<br>MIAMISBURG OH 45342 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16264 | MED PASS INC<br>10800 INDUSTRY LN<br>MIAMISBURG OH 45342 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963076550 | MEDAFOR, INC<br>2700 FREEWAY BOULEVARD<br>SUITE 800<br>MINNEAPOLIS MN 55430 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16223 | MEDCO SUPPLY<br>ATTN: LISA EUL<br>1000 REMINGTON BLVD STE 210<br>BOLINGBROOK IL 60440-5116 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963076620 | MEDCOM USA<br>1767 VETERANS HGWY<br>SUITE 6<br>ISLANDIA NY 11749 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16796 | MEDCOM USA<br>1767 VETERANS HGWY<br>SUITE 6<br>ISLANDIA NY 11749 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963076720 | MEDICAL ACCOUNTS SERVICE<br>2200 WANTAGH AVENUE<br>WANTAGH NY 11793 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17119 | MEDICAL CONNECTION UNLIMITED INC<br>C/O TODTMAN NACHAMIE, SPIZZ & JOHNS, PC<br>ATTN: ALEX SPIZZ, ESQ.<br>425 PARK AVE, 5TH FL<br>NEW YORK NY 10022 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 1661 | MEDICAL SOLUTIONS GROUP<br>1 HEWITT SQUARE #123<br>EAST NORTHPORT NY 11731 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1662 | MEDICAL SOLUTIONS GROUP<br>1 HEWITT SQUARE #123<br>EAST NORTHPORT NY 11731 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16834 | MEDICAL STAFF (PHYSICIANS) COMMITTEE<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O MATTHEW V SPERO ESQ<br>1425 RECKSON PLZ<br>UNIONDALE NY 11556 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16713 | MEDICAL WAREHOUSE INC<br>72 GRAYS BRIDGE RD<br>STE B<br>BROOKFIELD CT 06804-2632 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 723 | MEDIVANCE INC<br>DEPT. 2149<br>PO BOX 122149<br>DALLAS TX 75312-2149 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963077070 | MEDIWARE INFORMATION<br>SYSTEMS  INC<br>PO BOX 414938<br>KANSAS CITY MO 64141-4938 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16456 | MEDLINE INDUSTRIES, INC<br>ATTN: ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 175 | MEDLINE INDUSTRIES, INC<br>ATTN: ANNE KISHA<br>ONE MEDLINE PLACE<br>MUNDELEIN IL 60060 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963077200 | MEDREX<br>PO BOX 640<br>ROUTE 9W<br>PORT EWEN NY 12466-0640 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963077220 | MEDSEEK INC<br>2028 VILLAGE LANE<br>SUITE 201<br>SOLVANG CA 93463 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13490 | MELO, ANGEL D<br>527 W 47TH ST<br>APT 4H<br>NEW YORK NY 10036-2242 | 1199 SETTLEMENT | | Y |
| 3344 | MEMDATA<br>1601 SEBESTA ROAD<br>COLLEGE STATION TX 77845 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 13491 | MENCHINI, MINERVA<br>217 34TH ST<br>BROOKLYN NY 11232-2305 | NYSNA SETTLEMENT | | Y |
| 10149 | MENEZES, YVETTE<br>101 W 15TH ST APT 2CN<br>NEW YORK NY 10011-6748 | NYSNA SETTLEMENT | Y | |
| 963077940 | MENTOR AESTHETICS PRODUCTS<br>PO BOX 512228<br>LOS ANGELES CA 90051 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963078120 | MERIDIAN RESOURCE CO<br>20725 WATERTOWN ROAD<br>RECOVERY SERVICES<br>WAUKESHA WI 53186 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963078170 | MERION PUBLICATIONS INC<br>2900 HORIZON DRIVE<br>KING OF PRUSIA PA 19406 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963078190 | MERIT MEDICAL SYSTEMS INC<br>1600 WEST MERIT PARKWAY<br>SOUTH JORDAN UT 84095 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16715 | MERIT MEDICAL SYSTEMS INC<br>1600 WEST MERIT PARKWAY<br>SOUTH JORDAN UT 84095 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16886 | METROPOLITAN LIFE INSURANCE COMPANY<br>GREGG P. HIRSCH, ASSOCIATE GEN'L COUNSEL<br>LAW DEPARTMENT<br>27-01 QUEENS PLAZA NORTH<br>LONG ISLAND CITY NY 11101 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16606 | METROPOLITAN LOCKSMITHS INC<br>165 - 7TH AVENUE SOUTH<br>NEW YORK NY 10014 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16738 | METROPOLITAN REFUNDS<br>138 EAST PARK AVENUE<br>LONG BEACH NY 11561 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963078730 | MGE UPS SYSTEMS<br>2643 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13522 | MILLER, MICHAEL<br>129 MAGNOLIA AVE<br>APT 204<br>JERSEY CITY NJ 07306-1828 | 1199 SETTLEMENT | Y | |
| 17235 | MING PAO NY INC<br>43-31 33RD STREET, 2ND FLOOR<br>LONG ISLAND CITY NY 11101 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16216 | MINIERI, JUSTIN<br>6 STANDISH AVE<br>YONKERS NY 10710 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16217 | MINIERI, JUSTIN<br>6 STANDISH AVE<br>YONKERS NY 10710 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 963160450 | MITCHELL, ELIZABETH C<br>420 E 54TH ST<br>APT 22B<br>NEW YORK NY 10022-5183 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 420 | MJM PLUMBING<br>268 WEST STREET<br>NEW YORK NY 10013 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1121 | MMI-MEMOMETAL, INC<br>6060 POPLAR AVE<br>SUITE 254<br>MEMPHIS TN 38119 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13547 | MOLETTE, MICHELLE<br>205 ALBANY AVE<br>APT 8F<br>BROOKLYN NY 11213-2123 | 1199 SETTLEMENT | Y | |
| 13549 | MOLINA, MARILYN<br>86-16 107 AVENUE<br>OZONE PARK NY 11417-1417 | 1199 SETTLEMENT | | Y |
| 965003990 | MONSIGNOR FITZPATRICK<br>152-11 89TH AVENUE<br>JAMAICA NY 11432 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13586 | MORRIS, BRANDON S<br>40 MORTON ST<br>APT 4C<br>NEW YORK NY 10014-6714 | 1199 SETTLEMENT | | Y |
| 16979 | MORSE BUSINESS MACHINES CORP<br>1140 AVENUE OF THE AMERICAS STE 201<br>NEW YORK NY 10036-5800 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963081810 | MOTIONPOINT CORPORATION<br>P.O. BOX 864169<br>ORLANDO FL 32886-4169 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16611 | MOVE1 RELOCATION SERVICE<br>670 COMMONS WAY<br>TOMS RIVER NJ 08755-6431 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16860 | MSO MEDICAL, INC<br>EDWARD J. GREEN ESQ,<br>FOLEY & LARDNER LLP<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO IL 60610 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13617 | MURPHY, DONALD<br>143 GARTH RD<br>APT 6K<br>SCARSDALE NY 10583-3805 | 1199 SETTLEMENT | Y | |
| 17249 | MVAP MEDICAL SUPPLIES INC<br>3555 OLD CONEJO ROAD<br>NEWBURY PARK CA 91320 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13630 | NADREAU, VIVIANE<br>34 DIKEMAN ST<br>BROOKLYN NY 11231-1543 | 1199 SETTLEMENT | | Y |
| 4471 | NATHALIA 4419 3RD AVENUE LLC<br>C/O RAPPAPORT, HETZ, CHERSON & ROSENTHAL P.C.<br>118-35 QUEENS BLVD., 9TH FLOOR<br>FOREST HILLS NY 11375 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963083120 | NATIONAL GOVERNMENT SERVICES<br>P.O. BOX 288<br>CROMPOND NY 10517-0288 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17357 | NATIONAL HEALTH CARE FOR THE<br>HOMELESS COUNCIL INC.<br>P.O. BOX 60427<br>NASHVILLE TN 37206-0427 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 686 | NATIONAL HOSPITAL SPECIALTIES<br>65 COMMERCE WAY<br>HACKENSACK NJ 07601 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13640 | NAVARRETE, MANUEL J<br>3333 BROADWAY<br>APT D17D<br>NEW YORK NY 10031-8729 | 1199 SETTLEMENT | Y | |
| 963083530 | NEAT HEAT AND COOLING INC<br>PO BOX 148<br>LONG BEACH NY 11561 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17444 | NEAT HEAT AND COOLING INC<br>PO BOX 148<br>LONG BEACH NY 11561 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13644 | NEGRON, LUIS O<br>2120 E TREMONT AVE APT MA<br>BRONX NY 10462-5720 | 1199 SETTLEMENT | Y | |
| 13651 | NEPHEW, KATHARINE H<br>357 ADELPHI ST<br>APT 3<br>BROOKLYN NY 11238-1056 | 1199 SETTLEMENT | | Y |

\* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 963083880 | NETWORK & COMPANY INC<br>433 5TH AVENUE<br>6TH FLOOR<br>NEW YORK NY 10016 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17322 | NETWORK ELECTRONICS<br>3914 3RD AVENUE<br>BROOKLYN NY 11232 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 426 | NETWORK VOICE AND DATA COMM<br>45 WEST 36TH STREET<br>5TH FLOOR<br>NEW YORK NY 10018 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1411 | NETWORK/MT ELLIS PAPER COMPANY<br>PO BOX 4083<br>NEWBURGH NY 12553 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963084000 | NEUROLOGICAL ASSOCIATES OF LI<br>1991 MARCUS AVENUE SUITE 110<br>LAKE SUCCESS NY 11042 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16556 | NEW JERSEY NEW YORK SCIENTIFIC<br>1330 ALA MOANA BOULEVARD APT. 3908<br>HONOLULU HI 96814 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963084060 | NEW MOR INVESTMENTS LLC<br>P.O. BOX 64<br>ARGYLE TX 76226 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963084070 | NEW WORLD ELEVATOR<br>5-14 51ST AVENUE<br>LONG ISLAND CITY NY 11101 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963084620 | NEW YORK STATE DEPARTMENT OF<br>ENVIRONMENTAL CONSERVATION<br>REG FEE DETERMINATION UNIT<br>BOX 5973 GPO<br>NEW YORK NY 10087-5973 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17447 | NEWARK IN ONE<br>4801 N RAVENSWOOD AVE<br>CHICAGO IL 60640 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16445 | NEWSDAY INC<br>ATTN: CHRISTINE KLEPEIS<br>PO BOX 9575<br>UNIONDALE NY 11555-9575 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13666 | NGANJE, SOPHIE M<br>2065 GRAND CONCOURSE<br>APT 612<br>BRONX NY 10453-3840 | 1199 SETTLEMENT | | Y |
| 3431 | NGUYEN, ANN, MD<br>101 W 12TH ST<br>NEW YORK NY 10011-8142 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 4973 | NILFISK ADVANCE, INC<br>PO BOX 930444<br>ATLANTA GA 31193 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 11044 | NOEL, DENISE<br>13 THOMAS DR<br>NORTH BABYLON NY 11703-2313 | NYSNA SETTLEMENT | Y | |
| 16304 | NORTHEAST VERIZON WIRELESS<br>AFNI/VERIZON WIRELESS<br>404 BROCK DR<br>BLOOMINGTON IL 61701 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963086130 | NORTHERN METROPOLITAN HOSPITAL<br>ASSOCIATION<br>400 STONY BROOK COURT<br>NEWBURGH NY 12550-5162 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17450 | NORTHERN SCIENTIFIC INC<br>7601 COUNTY RD 110 WEST<br>MINNETRISTA MN 55364 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 3947 | NS LOW CO INC<br>708 3RD AVE LBBY 1<br>NEW YORK NY 10017-4202 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16346 | NUCLEAR INSTRUMENT CO<br>88-44 CAMELOT DRIVE<br>PLYMOUTH MA 02360 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13693 | NUNEZ-MARTINEZ, MARITZA<br>3034 KINGSBRIDGE AVE<br>APT 1BS<br>BRONX NY 10463-5126 | 1199 SETTLEMENT | | Y |
| 13695 | NURSE, FLINNETTA<br>120 E 45TH ST<br>BROOKLYN NY 11203-1813 | 1199 SETTLEMENT | | Y |
| 11362 | NURSE, LENNIE JR<br>120 E 45TH ST<br>BROOKLYN NY 11203-1813 | 1199 SETTLEMENT | | Y |
| 13701 | O'BRIEN, SEAN<br>6925 60TH RD<br>MASPETH NY 11378-2924 | 1199 SETTLEMENT | | Y |

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 3240 | OCE IMAGISTICS INC COPY MACHIN ATTN: MARTHA HARVEY 7555 E. HAMPDEN AVE., SUITE 200 DENVER CO 80231 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17129 | OCE IMAGISTICS INC FKA IMAGISTICS INT'L PITNEY BOWES OFFICE SYSTEMS ATTN: MARTHA N HARVEY 7555 E HAMPDEN AVE, # 200 DENVER CO 80231 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 11154 | OGARA, SUZANNE 192 KEIBER CT STATEN ISLAND NY 10314-2347 | NYSNA SETTLEMENT | | Y |
| 13708 | O'KEEFE, ANN M 28 MARINE AVE APT 4C BROOKLYN NY 11209-6745 | NYSNA SETTLEMENT | Y | |
| 13709 | O'KEEFE, EMILY 45 WEBSTER AVE # A JERSEY CITY NJ 07307-1740 | NYSNA SETTLEMENT | Y | |
| 16643 | OLLSTEIN, RONALD SUITE NR 702 ST VINCENTS HOSPITAL MANHATTAN 153 WEST 11 STREET NEW YORK NY 10011 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 970003380 | OMNI BUS PROGRAM HOSPITAL AUDI 548 BROADWAY FLOOR 3 NEW YORK NY 10012 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16191 | ONE SOURCE INDUSTRIES ATTN: JOHN VAIL 14240 CARLSON CIR TAMPA FL 33626 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17001 | ORLANDO, JOE 1034 BAINES STREET FRANKLIN SQUARE NY 11010 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16233 | ORLANDO, STEPHEN 165 OAK ST W HEMPSTEAD NY 11552 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963088690 | ORTHO DIAGNOSTIC SYSTEMS INC 5841 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 9473 | OSAGIE, ANDREW 4074 NW 36TH ST OKLAHOMA CITY OK 73112-2989 | 1199 SETTLEMENT | | Y |
| 16879 | OSI COLLECTION SERVICES INC P.O.  BOX 407 WENTZVILLE MO 63386-0407 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13764 | OTERO, MARITZA 5 STRATFORD APARTMENTS APT 15 OLD BRIDGE NJ 08857-2441 | 1199 SETTLEMENT | Y | |
| 17201 | OTICON P.O. BOX 8500-52843 PHILADELPHIA PA 19178-2843 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963089100 | OTTO BOCK HEALTHCARE LP DEPT 1735 DENVER CO 80291-1735 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963089130 | OUTCOME P.O. BOX 845640 BOSTON MA 02284-5640 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17272 | OXFORD DOCUMENT MANAGEMENT 799 FRANKLIN AVE STE 152 FRANKLIN LAKES NJ 07414 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963089240 | OXFORD DOCUMENT MANAGEMENT PO BOX 847 FRANKLIN LKS NJ 07417-0847 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17456 | OXFORD HEALTH PLANS (NY), INC OXFORD HEALTH INSURANCE, INC. ATTN: JOSEPH CLASSEN & CHRISTOPER MAJOR ROBINSON & COLE LLP, 695 EAST MAIN ST. NEWARK NJ 07193-0275 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16553 | PALL MEDICAL ATTN: A. DEBEAUVERNET 2200 NORTHERN BLVD EAST HILLS NY 11548 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963089790 | PALLADIUM GROUP INC P.O. BOX 845127 BOSTON MA 02284-5127 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 1129 | PANO LOGIC INC<br>2000 SEAPORT BLVD. # 200<br>SUITE 202<br>REDWOOD CITY CA 94063 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 13823 | PARK, YOUNG HYE<br>1624 VALLE ST 1D<br>FORT LEE NJ 07024-7024 | NYSNA SETTLEMENT | | Y |
| 9198 | PARKER, SUSAN<br>9864 GRAND VERDE WAY<br>APT 1511<br>BOCA RATON FL 33428-3524 | NYSNA SETTLEMENT | Y | |
| 10595 | PASCUAL, MARIA<br>2060 WHITE PLAINS RD<br>APT 304<br>BRONX NY 10462-1461 | 1199 SETTLEMENT | | Y |
| 850 | PATHMARK CORP<br>C/O BANK OF AMERICA<br>6449 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16237 | PENSKE TRUCK LEASING<br>PO BOX 301<br>READING PA 19603 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17158 | PENSKE TRUCK LEASING<br>PO BOX 301<br>READING PA 19603 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13868 | PEREZ, CARMELO<br>6 SMITH ST<br>STATEN ISLAND NY 10305-1721 | 1199 SETTLEMENT | | Y |
| 3438 | PEREZ, DOLORES, MD<br>30 RIVER RD<br>APT 21G<br>NEW YORK NY 10044-1122 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16275 | PHARMACARE CONSULTING INC<br>1250 E 80TH ST<br>BROOKLYN NY 11236 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 13910 | PHU, KHAI T<br>233 GREENE AVE<br>BROOKLYN NY 11238-7209 | NYSNA SETTLEMENT | Y | |
| 963093270 | PILLING CO<br>420 DELWARE DRIVE<br>FT WASHINGTON PA 19034 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963074380 | PLOTECHER, MATTHEW<br>RAWLINGS CO.<br>P.O. BOX 49<br>LA GRANGE KY 40031-0049 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 13940 | POPOOLA, JACQUELIN<br>1936 MCGRAW AVE<br>BRONX NY 10462-7967 | NYSNA SETTLEMENT | Y | |
| 596 | PORT MORRIS MARBLE & METAL RESTORATION<br>RESTORATION<br>1285 OAK POINT AVENUE<br>BRONX NY 10474-9998 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17420 | PORTABLE CONTAINER SERVICES<br>434 RIDGEDALE AVE #11371<br>E HANOVER NJ 07936 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963094180 | POSSIS MEDICAL INC<br>NW 5199 PO BOX 1450<br>MINNEAPOLIS MN 55485-5199 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17157 | POST EXTERMINATING<br>62 VANDUZER ST<br>STATEN ISLAND NY 10301 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 2296 | PRIORITY ARCHIVES INC<br>5 CHELSEA PARKWAY<br>BOOTHWYN PA 19061 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1681 | PRO ACTIVE MAINTENANCE<br>350 5TH AVE<br>SUITE 3304 16Q<br>NEW YORK NY 10118-0069 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963095080 | PROCTER & GAMBLE PHARMACEUTICALS<br>PO BOX 100562<br>ATLANTA GA 30384 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16828 | PROCTER & GAMBLE PHARMACEUTICALS<br>PO BOX 100562<br>ATLANTA GA 30384 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17386 | PROFESSIONAL ROLLING DOOR SERV<br>6 GREENLEAF DRIVE<br>MANALAPAN NJ 07726-3706 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 1305 | PROFICIENT SURGICAL EQUIP INC<br>1 LINDEN PLACE SUITE 311<br>GREAT NECK NY 11021 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963095190 | PROMAX ELECTRICAL CONTRACTING<br>112-08 101 AVE<br>RICHMOND HILL NY 11419 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 963095200 | PROMED PERSONNEL SERVICES<br>18 EAST 41TH STREET<br>14TH FLOOR<br>NEW YORK NY 10017 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 42 | PROMPT PERSONNEL<br>ROBERT C. ANDRON<br>C/O PROMPT PERSONNEL<br>295 MADISON AVENUE, 15TH FLOOR<br>NEW YORK NY 10017 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17241 | PROSPECT PHOTOGRAPHIC CO INC<br>MAGNET LITHO SUPPLY CORP AND SUBSID.<br>3400 HEWLETT AVE<br>MERRICK NY 11566-5534 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16370 | PROTECTION ONE<br>C/O CREDITORS BANKRUPTCY SVC<br>PO BOX 740933<br>DALLAS TX 75374 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 160 | PROTECTION PLUS SECURITY CORPORATION<br>CHERYL SHAFFNER<br>535 8TH AVENUE, 3RD FLOOR<br>NEW YORK NY 10018 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16418 | PROXICOM-DAOLI, INC<br>1902 CAMPUS COMMONS DR STE 100<br>RESTON VA 20191-1581 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16832 | QUADRAMED<br>REID AND REIGE PC<br>C/O JOHN P NEWTON, ESQ<br>ONE FINANCIAL PLAZA<br>HARTFORD CT 06103 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16415 | QUALCODE, INC<br>COLLEGE STATION<br>PO BOX 027<br>NEW YORK NY 10030 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16878 | QUALINK, INC<br>390 S WOODS MILL RD STE 150<br>CHESTERFIELD MO 63017-3667 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963095740 | QUANTUM CORPORATE FUNDING, LTD<br>AS ASSIGNEE OF J.L.E.<br>1140 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17056 | QUANTUM CORPORATE FUNDING, LTD<br>AS ASSIGNEE OF J.L.E.<br>1140 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963095880 | QUENCH<br>517 COMMERCE STREET<br>FRANKLIN LAKES NJ 07417 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 27 | QUINTECH, INC<br>610 S WAKE VILLAGE RD #A<br>WAKE VILLAGE TX 75501-6606 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963096160 | R B CIRLIN<br>168  WEST 86TH STREET<br>APT 1D<br>NEW YORK NY 10024 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 13985 | RAJARAM-CRUZ, NICOLA N<br>9 MEADOW DR<br>BAY SHORE NY 11706-6708 | 1199 SETTLEMENT | Y | |
| 13986 | RAMASAR, AMY<br>40 W MOSHOLU PKWY S<br>APT 4D<br>BRONX NY 10468-1141 | 1199 SETTLEMENT | | Y |
| 14013 | RASULOVA, LAYLO<br>1521 OCEAN AVE APT 10F<br>BROOKLYN NY 11230-3958 | 1199 SETTLEMENT | Y | |
| 17276 | RAYTEL CARDIAC SERVICES<br>PO BOX 491<br>WINDSOR CT 06095 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963096190 | R-C HEALTHCARE MANAGEMENT, INC<br>2226 W. NORTHERN AVENUE<br>SUITE C-100<br>PHOENIX AZ 85021 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14031 | REESE, AMANDA<br>2150 72ND ST<br>FL 2<br>BROOKLYN NY 11204-6001 | 1199 SETTLEMENT | | Y |
| 963025130 | REID, COLLEEN<br>360 ADAMS STREET ROOM 677<br>BROOKLYN NY 11201 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14044 | RENGIFO, OLGA<br>69B MEADOWBROOK PL<br>MAPLEWOOD NJ 07040-1994 | 1199 SETTLEMENT | Y | |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16716 | RENOTECH INTERIORS<br>68 NORTH CENTRAL AVENUE<br>VALLEY STREAM NY 11580 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14045 | RENTAS, IRIS<br>2130 1ST AVE<br>APT 2608<br>NEW YORK NY 10029-3329 | 1199 SETTLEMENT | | Y |
| 963114200 | RICCIARDI, TERESA<br>2601 24TH AVE APT 3B<br>ASTORIA NY 11102-2337 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 3278 | RICHARD HERSTEIN<br>1 ASCAN AVE. # 57<br>FOREST HILLS NY 11375 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 968003250 | RICHMOND COUNTY AMB SER<br>1355 CASTLETON AVE<br>STATEN ISLAND NY 10310 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16271 | RIDGEWOOD LOCK & HARDWARE INC<br>ATTN: AL SPENCER<br>71-37 73RD PLACE<br>GLENDALE NY 11385 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 2014 | RINGO, LLC<br>1 HUNTINGTON QUAD<br>SUITE 1N11<br>MELVILLE NY 11747-4401 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 14068 | RIOLLANO, JESUS<br>85 COLUMBIA ST APT 13A<br>NEW YORK NY 10002-2650 | 1199 SETTLEMENT | | Y |
| 14072 | RIVERA DOIS, CATALINA<br>241 TAAFFE PL<br>APT 212<br>BROOKLYN NY 11205-4370 | NYSNA SETTLEMENT | | Y |
| 14076 | RIVERA, JUAN<br>605 FDR DR<br>APT 4E<br>NEW YORK NY 10002-2050 | 1199 SETTLEMENT | | Y |
| 14082 | RIVERA, MERCEDES<br>319 DIXON AVE<br>STATEN ISLAND NY 10303-2601 | 1199 SETTLEMENT | | Y |
| 16844 | RKM INC<br>305 EAST 11TH STREET<br>SUITE 4F<br>NEW YORK NY 10003 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16842 | RKM INC<br>305 EAST 11TH STREET<br>SUITE 4F<br>NEW YORK NY 10003 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17385 | RNA MEDICAL<br>P.O. BOX 3324<br>BOSTON MA 02241-3324 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14090 | ROACH, SHAUNA F<br>438 ROCKAWAY PKWY<br>BROOKLYN NY 11212-3208 | NYSNA SETTLEMENT | | Y |
| 10137 | RODRIGUEZ-AVILES, LISA<br>258 W 22ND ST<br>APT 1C<br>NEW YORK NY 10011-2704 | NYSNA SETTLEMENT | | Y |
| 14136 | ROHAN, BERNADETTE<br>419 W 33RD ST<br>ST.MICHAEL CONVENT<br>NEW YORK NY 10001-2301 | NYSNA SETTLEMENT | Y | |
| 963044720 | ROLANDO, GALINDO<br>EDELMAN & EDELMAN, PC<br>61 BROADWAY, SUITE 3010<br>NEW YORK NY 10006 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14153 | ROSADO, WILLIAM<br>2571 SEYMOUR AVE<br>BRONX NY 10469-5617 | 1199 SETTLEMENT | | Y |
| 14161 | ROSE, DALE<br>450 RUTLAND RD<br>BROOKLYN NY 11203-1504 | 1199 SETTLEMENT | | Y |
| 17150 | RS HEALTHCARE CONSULTANTS, LLC<br>RITA SCLAFANI, OWNER<br>840 HUNTINGTON DRIVE<br>FISHKILL NY 12524 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 2452 | RTECH HEALTHCARE REVENUE TECH<br>120 FIFTH AVENUE<br>3RD FLOOR<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16396 | RUBIN, DANIEL B, MD, PHD<br>21 THE HOLLOWS<br>MUTTONTOWN NY 11732 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 17381 | RUSH BERIVON INC<br>P.O. BOX 1851<br>MERIDIAN MS 39302 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16811 | SAINT VINCENTS CATHOLIC MEDICAL CENTERS<br>403(B) ANNUITY PLAN FUND<br>ATTN: JANE VASSIL DIRECTOR OF BENEFITS<br>170 W 12 ST, 5TH FLOOR ROOM 507<br>NEW YORK NY 10011 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963102820 | SAINT VINCENTS COMPREHENSIVE CANCER CENTER<br>325 WEST 15 STREET<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17031 | SANOLITE CORP<br>26-PAPETTI PLAZA<br>ELIZABETH NJ 07207 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14255 | SANZ, EMMANUEL<br>639  207TH STREET APT 4 A<br>NEW YORK NY 10034-0000 | 1199 SETTLEMENT | | Y |
| 14262 | SAUNDERS, JOSE<br>35 NETHERWOOD AVE<br>APT 189<br>PLAINFIELD NJ 07062-1103 | 1199 SETTLEMENT | Y | |
| 3956 | SB CAPITAL CORPORATION<br>C/O BAYER CORPORATION<br>ATTN: SHIRLEY BEACH, CREDIT DEPT.<br>1025 N. MICHIGAN STREET<br>ELKHART IN 46514-2215 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963104800 | SCAN MODUL SYSTEMS INC<br>400 OSER AVE<br>SUITE 2050<br>HAUPPAUGE NY 11788 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16128 | SCAN MODUL SYSTEMS INC<br>4450 36TH ST SE<br>GRAND RAPIDS MI 49512-1917 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16205 | SCHAERER MAYFIELD USA<br>4900 CHARLEMAR DR<br>CINCINNATI OH 45227 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963058900 | SCHECTER, JARRET<br>95 HORATIO STREET<br>NEW YORK NY 10016 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 142 | SCHEDULINGCOM, INC, DBA SCI SOLUTIONS<br>P.O. BOX 49300<br>SAN JOSE CA 95161-9300 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 14284 | SCHMITZ, ALISON M<br>416 E 13TH ST<br>APT 6C<br>NEW YORK NY 10009-3774 | 1199 SETTLEMENT | | Y |
| 17421 | SCHOOL MASTERS<br>745 STATE CIR<br>ANN ARBOR NY 48106 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 2992 | SELECT EXTERMINATING CO<br>332 FRANKLIN AVE<br>FRANKLIN SQ NY 11010-1332 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963181310 | SELFHELP COMMUNITY SERVICES<br>P.O. BOX 1436<br>NEW YORK NY 10018 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14317 | SENATTI, GRISELDA R<br>215 MARTENSE ST<br>APT 3G<br>BROOKLYN NY 11226-3635 | 1199 SETTLEMENT | | Y |
| 14318 | SENIOR, NICOLE A<br>838 E 215TH ST<br>BRONX NY 10467-5813 | 1199 SETTLEMENT | Y | |
| 963105990 | SEVENTH AVENUE CORPORATION<br>25 7TH AVENUE<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16913 | SHADOW INVESTIGATIONS & PROTECTIVE SERVICES INC.<br>199-10 32ND AVE.<br>FLUSHING NY 11358 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963172650 | SHEN, IVY<br>245 E 25TH ST<br>APT 19C<br>NEW YORK NY 10010-3048 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14356 | SHUBINSKY, PAUL S<br>52 ROCKLAND DR<br>JERICHO NY 11753-1434 | NYSNA SETTLEMENT | Y | |
| 963107210 | SIGNATURE BUILDING SYSTEMS<br>2616 SKILLMAN AVE<br>LONG ISLAND CITY NY 11101 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17448 | SIGNATURE BUILDING SYSTEMS<br>2616 SKILLMAN AVE<br>LONG ISLAND CITY NY 11101 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 17019 | SIGNATURE PAINTING & DECORATING<br>514 51ST AVE # 2<br>LONG IS CITY NY 11101-5816 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14373 | SIMO, MICHELE<br>4378 PULASKI ST<br>BROOKLYN NY 11221-1221 | 1199 SETTLEMENT | Y | |
| 17380 | SING TAO NEWSPAPER NY LTD<br>188 LAFAYETTE STREET<br>NEW YORK NY 10013 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16882 | SIROTI SECURITY SYSTEMS INC<br>14 BAY 50 STREET<br>BROOKLYN NY 11214 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16194 | SKC INC<br>PO BOX 951733<br>CLEVELAND OH 44193 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 1530 | SKYTEL<br>C/O AMS<br>1720 LAKEPOINTE DR STE 100<br>LEWISVILLE TX 75057 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963108310 | SMITH & NEPHEW ORTHOPAEDIC<br>320 WEST MERRICK ROAD<br>FREEPORT NY 11520 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963108320 | SMITH & NEPHEW/DYONICS<br>P.O. BOX 905706<br>CHARLOTTE NC 28290-5706 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17049 | SMITH, MYONG<br>601 KATHERINE RD<br>BROWNS MILLS NJ 08015-3702 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963097790 | SMITH, REED<br>P.O. BOX 777-W4055<br>PHILADELPHIA PA 19175-4055 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963108780 | SMITHS MEDICAL MD<br>LOCKBOX 5155<br>P.O. BOX 8500<br>PHILADELPHIA PA 19178-4190 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17355 | SMITHS MEDICAL MD, INC<br>F/K/A DELTEC INC PHARAMACA DELTEC<br>PO BOX 8500-4190<br>PHILADELPHIA PA 19178-4190 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16183 | SOCIETY OF NUCLEAR MEDICINE<br>1850 SAMUEL MORSE DR<br>RESTON VA 20190-5316 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16554 | SOMANETICS CORP<br>1653 EAST MAPLE ROAD<br>TROY MI 48083 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14429 | SORIANO, GERALD<br>636 W 174TH ST<br>APT 3A<br>NEW YORK NY 10033-7711 | 1199 SETTLEMENT | | Y |
| 16160 | SORING INC<br>6646 IRON HORSE BLVD STE D<br>N RICHLND HLS TX 76180 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 3847 | SPACELABS MEDICAL<br>P.O BOX 7018<br>ISSAQUAH WA 98019 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16821 | SPECIALTY PROFESSIONAL SERVICE<br>21814 NORTHERN BLVD STE 205<br>BAYSIDE NY 11363-3580 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16588 | SPERRY, SANDRA PHILLIPS<br>93 CENTRE AVE<br>STATEN ISLAND NY 10304 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963109940 | SPINAL GRAFT TECHNOLOGIES LLC<br>12099 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 969006900 | SPOT FREE INC<br>9-02 43RD ROAD<br>LONG ISLAND CITY NY 11101-6246 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17035 | SSI SURGIAL SERVICES INCORPORATED<br>ATTN: FRANCIS J. LAWALL<br>PEPPER HAMILTON LLPT<br>3000 TWO LOGAN SQUARE, 18TH & ARCH STS.<br>PHILADELPHIA PA 19103 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963110200 | SSOBA BENEFITS<br>200B WEST MAIN STREET<br>BABYLON NY 11702-2833 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963110210 | SSOBA PENSION<br>200B WEST MAIN STREET<br>BABYLON NY 11702-2833 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963110280 | ST LOUIS WEST, INC<br>53 HACKENSACK PLANK ROAD<br>2ND FLOOR<br>WEEHAWKEN NJ 07086 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 963110550 | STANDARD REGISTER<br>PO BOX 7777-W2795<br>PHILADELPHIA PA 19175 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963110910 | STATEN ISLAND COMMUNITY HOME CARE, INC<br>2090 VICTORY BLVD<br>STATEN ISLAND NY 10314 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16487 | STATEN ISLAND COMMUNITY HOME CARE, INC<br>MARTIN & LOIACONO<br>ATTN PETER MARTIN<br>274 WATCHOGUE ROAD<br>STATEN ISLAND NY 10314 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14476 | STEPHENSON, CONNIE E<br>11545 203RD ST<br>SAINT ALBANS NY 11412-2838 | NYSNA SETTLEMENT | | Y |
| 17207 | STERIS CORP<br>2424 W 23RD ST<br>ERIE PA 16506 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14490 | STOFFERS, BRIANNE T<br>121 KINGSLEY AVE<br>STATEN ISLAND NY 10314-2422 | NYSNA SETTLEMENT | | Y |
| 3202 | STONELEDGE SCAFFOLDING CORP<br>P.O. BOX 6095<br>BRONX NY 10451 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 3200 | STONELEDGE SCAFFOLDING CORP<br>P.O. BOX 6095<br>BRONX NY 10451 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 3201 | STONELEDGE SCAFFOLDING CORP<br>P.O. BOX 6095<br>BRONX NY 10451 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 14497 | STRAUGHTER, TRACY L<br>11469 225TH ST<br>CAMBRIA HEIGHTS NY 11411-1227 | NYSNA SETTLEMENT | Y | |
| 14501 | STROMAN, KIMBERLY N<br>1652 PARK AVE<br>APT 1E<br>NEW YORK NY 10035-4643 | 1199 SETTLEMENT | | Y |
| 16674 | SUMMERS, JAMES<br>794 WEBSTER AVENUE<br>NEW ROCHELLE NY 10804 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17368 | SUPER DUPER PUBLICATIONS<br>P.O. BOX 24997<br>GREENVILLE SC 29616 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 3336 | SUPPLY TECH LLC<br>36 EMBER LANE<br>WILLINGBORO NJ 08046 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16642 | SWISSLOG TRANSLOGIC CORP<br>DEPARTMENT # 201<br>DENVER CO 80291-0201 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963112890 | SYMANTEC<br>588 WEST 400 SOUTH<br>LINDON UT 84042 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963112950 | SYNOVIS SURGICAL INNOVATIONS<br>NW 5577<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5577 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963113050 | TABAS & ROSEN, PC<br>1845 WALNUT STREET, 22ND FLOOR<br>PHILADELPHIA PA 19103 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16836 | TABAS & ROSEN, PC<br>1845 WALNUT STREET, 22ND FLOOR<br>PHILADELPHIA PA 19103 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963113370 | TAP PHARMACEUTICALS INC<br>PO BOX 8500 S-6665<br>PHILADELPHIA PA 19178-6665 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 2821 | TEL-A-CAR OF NY, LLC<br>30-55 VERNON BLVD<br>LONG ISLAND CITY NY 11102 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963114310 | TERUMO CARDIOVASCULAR SYSTEM<br>P.O. BOX 77337<br>DETROIT MI 48277 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963115300 | THERICS, LLC<br>16529 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1334 | THOMAS GROUP, THE<br>121 VARICK ST # 4<br>NEW YORK NY 10013-1408 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963175990 | THOMAS, BETSY<br>584 17TH ST<br>APT 2R<br>BROOKLYN NY 11218-1127 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 14582 | THOMAS, SANDRALEE E<br>14119 185TH ST<br>SPRINGFIELD GARDENS NY 11413-3044 | NYSNA SETTLEMENT | | Y |

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 963098400 | TILLEKERATNE, EUGENE, REV<br>HOLY CROSS CHURCH<br>329 WEST 42ND STREET<br>NEW YORK NY 10036 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16454 | TIME MED LABELING SYSTEMS<br>PO BOX 71947<br>CHICAGO IL 60694-1947 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963115910 | TIME MOVING & STORAGE CORP<br>PO BOX 319008<br>BROOKLYN NY 11231-9008 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17153 | TIME MOVING & STORAGE, INC<br>P.O. BOX  319008<br>BROOKLYN NY 11231-9008 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16427 | TIMES LEDGER NEWSPAPER<br>41-02 BELL BLVD<br>2ND FL<br>BAYSIDE NY 11361 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 660 | TINTI, FRANCESCA M<br>11 CIRCLE DR<br>ROSLYN HEIGHTS NY 11577-2201 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963116150 | TISSUE LINK MEDICAL INC<br>DEPT. CH 17795<br>PALATINE IL 60055-7795 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16211 | TMJ IMPLANT<br>17301 W COLFAX AVE<br>STE 135<br>GOLDEN CO 80401-9839 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16867 | T-MOBILE<br>ATTN: BANKRUPTCY DEPT<br>ACCOUNT NUMBER 377414405<br>PO BOX 37380<br>ALBUQUERQUE NM 87176-7380 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 17341 | TOP NOTCH<br>39 WEST 19TH STREET<br>NEW YORK NY 10011 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963092260 | TOSTAIRE, PETER<br>2210 BRISLIN ROAD<br>STROUDSBURG PA 18360 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14618 | TOYLOY, GERARDO B<br>6251 PARK PL<br>TOBYHANNA PA 18466-3225 | 1199 SETTLEMENT | | Y |
| 14620 | TRAN, MINH K<br>660 RIDGE RD<br>MONMOUTH JUNCTION NJ 08852-2958 | NYSNA SETTLEMENT | | Y |
| 963083460 | TRANSWORLD SYSTEMS INC<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17133 | TRANSWORLD SYSTEMS INC<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 16335 | TREK DIAGNOSTICS INC<br>PO BOX 360834<br>PITTSBURGH PA 15250-6834 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963117690 | TRIPATH IMAGING INC<br>P.O. BOX 60086<br>CHARLOTTE NC 28260-0086 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963117810 | TRUE NORTH CUSTOM PUBLISHING<br>P.O. BOX 9283<br>CHATTANOOGA TN 37412-9283 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14635 | TSURUMI, EVAN<br>300 LIVINGSTON AVE<br>APT 2G<br>MAMARONECK NY 10543-3548 | 1199 SETTLEMENT | Y | |
| 969002900 | TUBAN, GRACE<br>38 VELTMAN AVENUE<br>STATEN ISLAND NY 10302 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963058550 | TUCCI, JAMES, MD<br>DEPARTMENT OF ORTHOPAEDIC<br>SURGERY<br>ST VINCENTS HOSPITAL MANHATTAN<br>NEW YORK NY 10011 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14636 | TUCKER, LISTRA B<br>623 HOWARD AVE APT 5C<br>BROOKLYN NY 11212-4144 | 1199 SETTLEMENT | Y | |
| 16663 | TVR COMMUNICATIONS LLC<br>ATTN: ART KOCH<br>55-02 BROADWAY<br>WOODSIDE NY 11377 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16681 | TZ MEDICAL INC<br>7272 SW DURHAM ROAD #800<br>PORTLAND OR 97224 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

**In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)**
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 963118710 | UNITED HEALTH CARE<br>PO BOX 740819<br>CHECK CONTROL<br>ATLANTA GA 30374-0819 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963118830 | UNITED STAFFING SYSTEMS MADAMO<br>130 WILLIAM ST FL 6<br>NEW YORK NY 10038-5068 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963118910 | UNIVERSAL HOSPITAL SERVICES IN<br>25 FAIRCHILD AVENUE<br>PLAINVIEW NY 11803 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 968004050 | UNIVERSAL HOSPITAL SERVICES IN<br>25 FAIRCHILD AVENUE<br>PLAINVIEW NY 11803 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 1900 | USA MOBILITY<br>890 E. HEINBERG STREET<br>PENSACOLA FL 32502 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 4016 | UTILISAVE LLC<br>ATTN: DONNA MIELE<br>1944 CONEY ISLAND AVENUE, 2ND FLOOR<br>BROOKLYN NY 11223 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 9401 | VALDES, ALEJANDRO<br>3560 74TH ST<br>APT 503<br>JACKSON HEIGHTS NY 11372-4322 | NYSNA SETTLEMENT | | Y |
| 963123860 | VAN GORP, WILFRED G, PH D<br>16 EAST 60TH STREET<br>STE 400<br>NEW YORK NY 10022 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 610 | VANGUARD MEDICAL CONCEPTS INC<br>5307 GREAT OAK DRIVE<br>LAKELAND FL 33815 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16804 | VANGUARD MEDICAL CONCEPTS INC<br>5307 GREAT OAK DRIVE<br>LAKELAND FL 33815 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14682 | VASQUEZ, MARILYN<br>530 39TH ST<br>APT 2R<br>BROOKLYN NY 11232-3021 | NYSNA SETTLEMENT | | Y |
| 963122960 | VASQUEZ, WENDY<br>1601 METROPOLITAN AVENUE<br>APT 3E<br>BRONX NY 10462 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16197 | VATSIA, SHEEL MD<br>300 COMMUNITY DR<br>MANHASSET NY 11030 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 9897 | VEGA, NINA E<br>1118 ELLSWORTH AVE<br>GROUND FLOOR<br>BRONX NY 10465-1413 | 1199 SETTLEMENT | | Y |
| 16295 | VELOCITY EXPRESS 770<br>2500 WESTFIELD DR<br>ELGIN IL 60124-7836 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963120240 | VENTANA MEDICAL<br>PO BOX 409476<br>ATLANTA GA 30384-9476 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963120240 | VENTANA MEDICAL<br>PO BOX 409476<br>ATLANTA GA 30384-9476 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963120370 | VERITEXT/NEW YORK REPORTING<br>200 OLD COUNTRY ROAD SUITE 580<br>MINEOLA NY 11501 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963120470 | VERIZON BUISNESS<br>560 LEXINGTON BUISNESS<br>NEW YORK NY 10027 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14699 | VERONELLI, STEVE C<br>270 UNION AVE<br>APT C7<br>RUTHERFORD NJ 07070-3508 | 1199 SETTLEMENT | Y | |
| 3458 | VICIC, WILLIAM, MD<br>15 W 67TH ST<br>NEW YORK NY 10023-6226 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963120810 | VILLAGE CARDIOLOGY PLLC<br>GENERAL POST OFFICE<br>P.O. BOX 5359<br>NEW YORK NY 10087-5359 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963120810 | VILLAGE CARDIOLOGY PLLC<br>GENERAL POST OFFICE<br>P.O. BOX 5359<br>NEW YORK NY 10087-5359 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 17132 | VITAL SIGNS, INC<br>20 CAMPUS RD<br>TOTOWA NJ 07512 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
**Exhibit 2: UNDELIVERABLE**

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 16481 | VMK CORP<br>8617 THIRD AVENUE<br>ATTN: MR. RICHARD MACONE, PRESIDENT<br>BROOKLYN NY 11209 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963121310 | VMK CORP<br>8617 THIRD AVENUE<br>BROOKLYN NY 11209 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963121310 | VMK CORP<br>8617 THIRD AVENUE<br>BROOKLYN NY 11209 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963060430 | WAGNER, JOHN<br>100 COMMUNITY DRIVE 2ND FLOOR<br>GREAT NECK NY 11021 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 4160 | WAI YEE ROWAIS WONG<br>43 HENRY STREET APT 15<br>NEW YORK NY 10002 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14726 | WAITHE, SHELLY-ANN<br>36 E 95TH ST<br>BROOKLYN NY 11212-3020 | 1199 SETTLEMENT | Y | |
| 14727 | WALCOTT, EULA<br>2016 ALBEMARLE RD<br>APT 4D<br>BROOKLYN NY 11226-8053 | 1199 SETTLEMENT | | Y |
| 963178480 | WAN, PHYLLIS<br>21 ELLIS DR<br>SYOSSET NY 11791-6121 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16255 | WASTE MANAGEMENT<br>2421 W PEORIA AVE<br>STE 110<br>PHOENIX AZ 85029 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14752 | WATSON, TANYA D<br>492 HENDRIX ST<br>BROOKLYN NY 11207-4320 | 1199 SETTLEMENT | | Y |
| 619 | WE RECYCLE! LLC<br>PO BOX 4699<br>WALLINGFORD CT 06492 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963122850 | WELCH ALLYN PROTOCOL<br>MS90 P.O. BOX 4100 90<br>PORTLAND OR 97208-4100 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16397 | WELCH ALLYN PROTOCOL<br>MS90 P.O. BOX 4100 90<br>PORTLAND OR 97208-4100 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 1318 | WELCH ALLYN PROTOCOL<br>WELCH ALLYN INC<br>CHICAGO IL 60673 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 14773 | WERTZ, NORA<br>190 E 3RD ST<br>APT 3C<br>NEW YORK NY 10009-7708 | NYSNA SETTLEMENT | Y | |
| 963123080 | WESTCHESTER AMBULETTE SERVICE<br>58 PALISADE AVENUE<br>YONKERS NY 10701 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 2562 | WESTCHESTER JOINT WATER WORKS<br>1625 MAMARONECK AVE<br>MAMARONECK NY 10543-1248 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 17061 | WESTCHESTER MEDICAL GROUP, PC<br>ATTN: CLARK YODEL-DIR OF FIN<br>210 WESTCHESTER AVE<br>3RD FL ADMIN<br>WHITE PLAINS NY 10604 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 963115390 | WHITAKER, THOMAS J<br>1900 COLUMBIA PIKE APT 311<br>ARLINGTON VA 22204 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963123470 | WHITE PLAINS RADIOLOGY<br>DAVIS AVENUE @ EAST POST ROAD<br>WHITE PLAINS NY 10601 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 16677 | WHITE SIDE BIOMECHANICS<br>1000 DES PERES ROAD, SUITE 140<br>ST LOUIS MO 63131 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14786 | WHOOLEY, JOHN F<br>789 W END AVE<br>PH 3<br>NEW YORK NY 10025-5431 | NYSNA SETTLEMENT | Y | |
| 16846 | WIDEX HEARING AID CO INC<br>35-53 24TH STREET<br>LONG ISLAND CITY NY 11106-4416 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16751 | WILLIAM F AHERN D/B/A<br>QUEST MARKETING SERVICES<br>100 SARATOGA VILLAGE BOULEVARD, STE 37E<br>MALTA NY 12020 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16494 | WILLIAM KRITZBERG MD<br>329 WEST END ROAD<br>SOUTH ORANGE NJ 07079 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

In re Saint Vincents Catholic Medical Centers of New York et al. (Lead Case No. 10-11963)
Exhibit 2: UNDELIVERABLE

| ALLOWED CLAIM/SCHEDULE | STALE CHECK FULL ADDRESS | DISTRIBUTION TYPE | REJECTED BY USPS* | Checks Not Negotiated |
|---|---|---|---|---|
| 9486 | WILLIAMS, MILTON W<br>4737 CARPENTER AVE<br>BRONX NY 10470-1014 | 1199 SETTLEMENT | | Y |
| 14806 | WILLIAMS, RAYMOND A<br>PO BOX 97<br>ELMSFORD NY 10523-0097 | 1199 SETTLEMENT | Y | |
| 3163 | WITT BIOMEDICAL CORP<br>PO BOX 402270<br>ATLANTA GA 30384-2270 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 963062760 | WITTE, KATHY<br>1022 HOOP RD<br>GUILFORD CT 06437 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 11049 | WOHLARS, JENNETTE L<br>94 LOCUST DR<br>ROCKY POINT NY 11778-8537 | NYSNA SETTLEMENT | Y | |
| 14836 | WONG, GEE L<br>1622 68TH ST<br>BROOKLYN NY 11204-5003 | 1199 SETTLEMENT | | Y |
| 3267 | WONG, PETER<br>17527 WEXFORD TER<br>JAMAICA NY 11432-2873 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963031510 | WOODS, DAVID<br>NEW YORK PREBYTERIAN SYSTEM<br>PO BOX 6023<br>ATT CORRESPONDANCE DEPT.<br>HAUPPAUGE NY | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 14848 | WORKMAN, IRA<br>114 35 226 ST<br>CAMBRIA HEIGHTS NY 11411-1411 | 1199 SETTLEMENT | | Y |
| 963125590 | WOUND CARE CENTERS INC<br>NW 8356 PO BOX 1450<br>MINNEAPOLIS MN 55485 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 9855 | WU, SU DAN<br>11048 63RD RD<br>1ST FLR.<br>FOREST HILLS NY 11375-1427 | NYSNA SETTLEMENT | Y | |
| 16869 | WYETH PHARMACEUTICALS<br>ATTN: CHERYL CLENDENNING<br>WYETH PHARMACEUTICALS<br>500 ARCOLA ROAD, LEGAL DIVISION<br>COLLEGEVILLE PA 19426 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16869 | WYETH PHARMACEUTICALS<br>ATTN: CHERYL CLENDENNING<br>WYETH PHARMACEUTICALS<br>500 ARCOLA ROAD, LEGAL DIVISION<br>COLLEGEVILLE PA 19426 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16849 | XTEND COMMUNICATIONS CORP<br>171 MADISON AVE<br>NEY YORK NY 10016 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 14866 | YARDE, CHRISTINA DENISE<br>290 CLIFTON PL<br>BROOKLYN NY 11216-1107 | 1199 SETTLEMENT | | Y |
| 10861 | YODER, ANNE<br>250 ADELPHI ST APT 16<br>BROOKLYN NY 11205-4041 | 1199 SETTLEMENT | | Y |
| 16874 | YORK MECHANICAL HVAC<br>ATTN: RICK AGOLLI<br>450 W 33 STREET SUITE 101<br>NEW YORK NY 10001 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16874 | YORK MECHANICAL HVAC<br>ATTN: RICK AGOLLI<br>450 W 33 STREET SUITE 101<br>NEW YORK NY 10001 | TRADE CLAIM MONITOR SETTLEMENT | Y | |
| 963127550 | ZIMMER SPINE SURGICAL INC<br>PO BOX 643397<br>PITTSBURGH PA 15264-3397 | ALLOWED UNSECURED CLAIM/SCHEDULE | | Y |
| 963127550 | ZIMMER SPINE SURGICAL INC<br>PO BOX 643397<br>PITTSBURGH PA 15264-3397 | ALLOWED UNSECURED CLAIM/SCHEDULE | Y | |
| 16350 | ZIP SYSTEMS<br>38 OLD CAMPLAIN ROAD<br>SUITE 2<br>HILLSBOROUGH NJ 08844 | TRADE CLAIM MONITOR SETTLEMENT | | Y |
| 16135 | ZURICH AMER INS CO ET AL<br>ATTN: MARY PERLICK<br>1400 AMERICAN LANE<br>SCHAUMBURG IL 60196 | TRADE CLAIM MONITOR SETTLEMENT | | Y |

* Returned by the US Postal Service (USPS), no forwarding address provided.

## **EXHIBIT B**

**Declaration of Steven R. Korf**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- X
                                                      :
In re:                                                :          Chapter 11
                                                      :
SAINT VINCENTS CATHOLIC MEDICAL                       :          Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, <u>et al.</u>,[1]                :
                                                      :
                                 Debtors.             :          Jointly Administered
                                                      :
--------------------------------------------------------- X

**DECLARATION OF STEVEN R. KORF IN SUPPORT**
**OF THE SUPPLEMENTAL FIFTY-FOURTH OMNIBUS**
**OBJECTION OF THE LIQUIDATING TRUSTEE TO CERTAIN CLAIMS**

I, Steven R. Korf, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746,

that the following is true and correct to the best of my knowledge, information and belief:

1.      I am the Responsible Officer ("<u>RO</u>") for Post-Effective Date Saint Vincents

Catholic Medical Centers of New York ("<u>PED SVCMC</u>").  PED SVCMC maintains offices at 5

Pennsylvania Plaza, 9th Foor, New York, NY 10001.

2.      I have served as the RO since June 29, 2012.  Before becoming RO, I served as

the Chief Financial Officer ("<u>CFO</u>") for Saint Vincents Catholic Medical Centers of New York

("<u>SVCMC</u>") from March 2010 through June 29, 2012, the Effective Date of SVCMC's chapter

11 plan.  As SVCMC's CFO, I was responsible for managing SVCMC's financial operations

during the bankruptcy.  My current duties as RO include, among others, assisting the Liquidating

Trustee in managing, directing the analysis, resolution, and distribution for claims filed against

the Debtors' estates, and winding down the remaining assets of PED SVCMC.

---

[1] In addition to SVCMC, the Debtors in these cases were as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc. (the "<u>Debtors</u>"). There are certain affiliates of SVCMC who were not Debtors.

3.    I submit this declaration in support of the *Liquidating Trustee's Motion for Order (I) Authorizing the Liquidating Trustee to Discontinue Making Distributions or Maintaining Reserves on Account of Claims for Which the Holders of Such Claims Have Failed to (A) Provide Required Tax Information, (B) Maintain a Current Address with the Liquidating Trustee, or (C) Negotiate Distribution Checks as Required by the Plan and (II) Granting Related Relief* (the "Motion").[2] I have also personally reviewed the Motion, including the claims subject thereto, and am familiar with the information contained therein.

4.    The statements in this declaration are, except where specifically noted, based on my personal knowledge or opinion, on information I received from PED SVCMC professionals working directly with me or under my supervision, direction or control, or from SVCMC's records maintained in the ordinary course of business. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this declaration on behalf of PED SVCMC.

5.    Under my direction and/or supervision, significant efforts were made to reach out to the Missing TIN Claimants and Undeliverable Claimants indicated in the Motion. PED SVCMC professionals leveraged PED SVCMC's books and records, relationships with former managerial employees, and other resources to acquire the Tax Information with respect to the Missing TIN Claimants and updated addresses with respect to the Undeliverable Claimants.

**D.    The Missing TIN Claimants**

6.    Despite the adequate notice of the requirements of the Plan and the repeated efforts to obtain the Tax Information, the seventy-five (75) claimants listed on **Exhibit 1** to the Proposed Order (the "Missing TIN Claimants"), that have general unsecured claims totaling $1,820,368.59, have failed to provide the documentation necessary for the Liquidating Trustee to

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Motion.

make a distribution on behalf of their claims (the "Missing TIN Claims").  In 2016, distributions totaling approximately $60,000 were retained in reserve for the Missing TIN Claimants, which amount could have otherwise been distributed to other holders of allowed claims.[3]

7.      To the extent that the Debtors were in possession of the required Tax Information or a claimant returned a ballot including a Social Security or Federal Tax I.D. number, it was used to comply with applicable tax law.  At the direction of the Liquidating Trustee, and as further detailed below, Epiq and PED SVCMC's professionals attempted to obtain the Tax Information from the remainder of claimants.

8.      On April 19, 2013, Epiq mailed a letter, a copy of which is annexed hereto as **Exhibit 1A**, to all claimants that had not provided Tax Information to the Liquidating Trustee. The letter indicated that the return of the applicable Tax Information was required for distribution under the Plan and that there would not be any distributions to any creditor failing to return the applicable IRS Form requested therein. The letter asked claimants to call Epiq's SVCMC Information Line if they had any questions.  Epiq mailed out similar notices on each of January 14, 2014 and July 11, 2014, which notices are annexed hereto as **Exhibit 1B** and **Exhibit 1C**, respectively.

9.      On December 8, 2015, Epiq sent a "Final Notice" letter, a copy of which is annexed hereto as **Exhibit 1D**, to those claimants that had not yet provided the applicable Tax Information.  The December 8, 2015 letter again requested the necessary Tax Information and further warned the recipients that, in accordance with the Plan, past distributions would be deemed forfeited unless the Liquidating Trustee received the Tax Information.[4]

---

[3] The Liquidating Trustee held this amount in reserve for 120 days.  It has since been released.

[4] Although the Plan does not require that the Liquidating Trustee maintain reserves for distributions not made due to failure to provide the required tax information, the Liquidating Trustee did so in a good faith effort to effectuate payment to all holders of allowed claims.

### E.    The Undeliverable Claimants

10.    Despite the adequate notice of the requirements of section 7.4 of the Plan and the efforts to obtain updated addresses, the claimants listed on **Exhibit 2** to the Proposed Order (the "Undeliverable Claimants") were sent distributions on account of their respective allowed claims (the "Undeliverable Claims") but the distributions on account of these claims were either returned by the United States Postal Service as undeliverable or otherwise the checks comprising distributions were not negotiated.   There are nine-hundred sixty-four (964) Undeliverable Claimants with general unsecured claims totaling $13,690,992.27.   In 2016, distributions to the Undeliverable Claimants totaling $660,128.05 were reserved for such claimants, which could have otherwise been paid to other holders of allowed claims.[5]

11.    Accompanying each distribution is a letter, a copy of which for the 2016 distribution is annexed hereto as **Exhibit 2**, aimed at further reminding claimants that they must maintain an address with the Liquidating Trustee.  The letter states, in relevant part:

> Subject to and consistent with the terms of the Plan, the Liquidating Trustee anticipates that one or more further distributions will be made to holders of allowed Class 3 GUC Claims, as the remaining disputed claims are resolved and assets are liquidated.   If your address changes, please contact the SVCMC Claims Processing Center Hotline at the contact information listed below. **Please note that it is important to keep your address updated with Epiq, the SVCMC Claims Processing Center, so that future distributions do not become stale and then ultimately forfeited to other creditors.**

(emphasis in original).

12.    PED SVCMC professionals made particular efforts to obtain updated addresses for Undeliverable Claimants who were former employees of one of the Debtors in these chapter 11 cases:

---

[5] The Liquidating Trustee held this amount in reserve for 120 days.  It has since been released.

(a)     With respect to union-employees, PED SVCMC professionals coordinated with the respective representative organizations, including the New York Department of Labor, New York State Nurses Association, and 1199 SEIU United Healthcare Workers union;

(b)     With respect to doctors and residents, PED SVCMC professionals coordinated with the Committee of Interns and Residents and the attorneys representing the physicians in these chapter 11 cases;

(c)     With respect to non-union employees, PED SVCMC professionals conducted LexisNexis address searches, coordinated with the New York Department of Labor (the "DOL"), contacted the Debtors' former managers—including the former head of humans resources, chief medical officer, directors, and accounts payable managers—to reach out personally to such former employees, conducted social media searches, and teaming with PED SVCMC human resources department to call available telephone numbers to confirm addresses; and

(d)     With respect to certain former employees believed to be deceased, PED SVCMC professionals hired a private investigator to locate beneficiaries of the deceased's estate.

13.     The efforts by PED SVCMC professionals to update addresses for distribution checks to vendors and other nonemployee creditors that were returned as undeliverable or otherwise not negotiated was even more time-intensive on a per-claimant basis.  Unlike with the Debtors' former employees, PED SVCMC professionals could not leverage the former employees' unions, the DOL, or the largely-automated LexisNexis search platform to update addresses for these claimants.  Further, conducting a simple internet search was deemed ineffective due to the significant time required to confirm a potentially updated address and tax withholding information.[6]  As such, the Liquidating Trustee and PED SVCMC professionals focused their efforts on updating addresses of holders of only the largest claims so as to not unduly expend the Liquidating Trust's assets.  With respect to distributions over $10,000—as well as certain additional claimants whose addresses could be efficiently updated—the following efforts were made to obtain updated addresses:

---

[6] The addresses to which distributions were mailed were the addresses directed by the Plan and Bankruptcy Rule 2002. Therefore, it would be necessary to confirm any updated address uncovered through an internet search. Furthers some nonemployee claims were transferred between entities as the result of a sale or as a successor in interest to the original claimant requiring confirmation of the relevant tax withholding information.

     (a)    PED SVCMC professionals reviewed the Debtors' books and records for contact information for the relevant nonemployee creditors and, to the extent that there was a contact or telephone number indicated, attempted to obtain the updated address using such information; and

     (b)    To the extent that the PED SVCMC professionals had their own contacts with a nonemployee claimant as the result of other engagements in the healthcare industry, the professionals attempted to leverage such contacts to obtain the updated addresses.

14.    On September 1, 2017, PED SVCMC professionals, on behalf of the Liquidating Trustee, attempted to obtain updated addresses for former employees a final time before filing this Motion. In these efforts, which were similar to previous efforts, PED SVCMC professionals again reached out to union representatives and the New York Department of Labor and conducted LexisNexis searches to update all relevant mailing addresses. To the extent that an updated address was obtained, the Liquidating Trustee agreed—in the context of this Motion—to update the addresses for payments going forward.

15.    In addition to efforts to obtain updated addresses, in good faith, and as a further courtesy, the checks were reissued beyond the 120-day period by which the Plan required a creditor to provide the Liquidating Trustee an updated address and/or request a reissued check. As such, when an Undeliverable Claimant's address was updated, such claimant received the distributions that had been missed.

16.    At all times, the Liquidating Trustee has asserted that these extraordinary efforts in effectuating payments to the Undeliverable Claimants, including efforts to update addresses and to reissue checks after the 120-day period, were not required under the Plan but rather were undertaken by the Liquidating Trustee and PED SVCMC as good faith efforts to effectuate payments to all creditors (the majority of whom are former employees of the Debtors).

17.    The PED SVCMC professionals communicated to claimants that these efforts were not required by the Plan. As described above, a notice accompanied each distribution

6

indicating that claimants were responsible for maintaining their addresses with the Liquidating Trustee. Additionally, each distribution check indicated that the checks had to be negotiated within 90-days as required by section 7.4 of the Plan.

18.     Upon information and belief, the various entities reaching out to claimants with undeliverable distributions relayed that the Liquidating Trustee's efforts to obtained updated addresses were not required under the Plan.  The New York State Nurses Association provided a letter to parties updating their addresses that such extension was a courtesy and that claimants must keep their addresses updated with the Liquidating Trustee.  The Committee of Interns and Residents provided a similar notice on its website.

**F.     Administrative Cost of Reissuing Distributions and Attempting to Obtain Updated Addresses and Reissuing Distributions**

19.     The efforts to reissue distributions and obtain updated addresses for claimants generate significant administrative expenses that would otherwise be available for distribution to claimants receiving distributions under the Plan.

20.     The primary cost for these efforts is incurred through the time necessarily expended by professionals.  Although the various unions and the DOL have assisted in the process of updating addresses, professionals for the Liquidating Trustee and PED SVCMC must review the records of distributions that are undeliverable or otherwise not negotiated, prepare lists of such claimants and deliver them to the appropriate entities, attempt to uncover and confirm updated addresses for non-union former employees, and update the records for claimants as applicable.

21.     Re-issuing distributions after the 120-day period also incurs administrative expenses.  Each yearly distribution requires generating and confirming the distribution list, engaging in numerous wire transfers, and printing and mailing thousands of checks.  When a

distribution is re-issued on an ad hoc basis to a particular creditor, duplication of administrative efforts is required to ensure that the claims register accurately reflects the updated information and payment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:        November ⎍, 2017
              New York, New York

                                                  Steven R. Korf

8

# **EXHIBIT 1A**

**Epiq Letter Regarding Missing Tax Information Dated April 19, 2013**

FAX 646 282 2501

757 THIRD AVENUE, NEW YORK, NY 10017



April 19, 2013

Dear Claimant:

**Re:    Request for Form W-9**
**Saint Vincents Catholic Medical Centers of New York (2010)**
**Chapter 11 Case No. 10-11963**

As you are likely aware, Saint Vincents Catholic Medical Centers of New York and eight affiliated companies (collectively, the "Debtors") commenced bankruptcy proceedings  on April 14, 2010.  On June 29, 2012, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order confirming the Debtors' Second Amended Joint Chapter 11 Plan (the "Plan"), which became effective on June 29, 2012.

Subject to the terms and conditions of the Plan, the Debtors intend to make an initial (partial) distribution to claimants that hold allowed general unsecured claims (subject to a holdback necessary for disputed claims that have not yet been resolved).  Epiq Bankruptcy Solutions, LLC ("Epiq") has been retained as the distribution agent under the Plan.

**In order to comply with applicable law and be able to make any distribution to which you may be entitled under the Plan, the Debtors request that you complete and return the applicable IRS Form to Epiq immediately at the following address:**

       **Saint Vincents Catholic Medical Centers of New York (2010) W-9 Request**
       **c/o Epiq Bankruptcy Solutions, LLC**
       **757 Third Avenue**
       **3rd Floor**
       **New York, NY 10017**

**Please note that the Debtors will not be able to make any distributions under the Plan to any creditor that fails to return the applicable IRS Form as requested herein.  If you are a "United States person" for U.S. federal income tax purposes (e.g., a U.S. citizen or a U.S. resident), your applicable IRS Form is an IRS Form W-9, a copy of which is attached.  If you are a nonresident alien for U.S. federal income tax purposes, your applicable IRS Form is an IRS Form W-8BEN, a copy of which can be provided to you by Epiq upon request.**

Please be advised that neither your receipt of this letter nor your return of a completed IRS Form necessarily means that you have a claim against any of the Debtors or that any such claim will ultimately be allowed.  Pursuant and subject to the terms and conditions of the Plan, the Debtors are continuing the claims reconciliation process .  Unless and until a claim has been allowed by order of the Bankruptcy Court or by operation of the Plan, the Debtors reserve all rights and defenses with respect thereto.

If you have any questions regarding this request, please call the SVCMC Information Line at 866-778-1023.

Very truly yours,

Epiq Bankruptcy Solutions, LLC

## **EXHIBIT 1B**

**Epiq Letter Regarding Missing Tax Information Dated January 14, 2014**



FAX 646 282 2501

757 THIRD AVENUE, NEW YORK, NY 10017

January 14, 2014

Dear Claimant:

**Re:     Request for Form W-9**
**Saint Vincents Catholic Medical Centers of New York (2010)**
**Chapter 11 Case No. 10-11963**

As you are likely aware, Saint Vincents Catholic Medical Centers of New York and eight affiliated companies (collectively, the "Debtors") commenced bankruptcy proceedings  on April 14, 2010.  On June 29, 2012, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order confirming the Debtors' Second Amended Joint Chapter 11 Plan (the "Plan"), which became effective on June 29, 2012.

Subject to the terms and conditions of the Plan, the Debtors intend to make an initial (partial) distribution to claimants that hold allowed general unsecured claims (subject to a holdback necessary for disputed claims that have not yet been resolved).  Epiq Bankruptcy Solutions, LLC ("Epiq") has been retained as the distribution agent under the Plan.

**In order to comply with applicable law and be able to make any distribution to which you may be entitled under the Plan, the Debtors request that you complete and return the applicable IRS Form to Epiq immediately at the following address:**

> **Saint Vincents Catholic Medical Centers of New York (2010) W-9 Request**
> **c/o Epiq Bankruptcy Solutions, LLC**
> **757 Third Avenue**
> **3rd Floor**
> **New York, NY 10017**

**Please note that the Debtors will not be able to make any distributions under the Plan to any creditor that fails to return the applicable IRS Form as requested herein.  If you are a "United States person" for U.S. federal income tax purposes (e.g., a U.S. citizen or a U.S. resident), your applicable IRS Form is an IRS Form W-9, a copy of which is attached.  If you are a nonresident alien for U.S. federal income tax purposes, your applicable IRS Form is an IRS Form W-8BEN, a copy of which can be provided to you by Epiq upon request.**

Please be advised that neither your receipt of this letter nor your return of a completed IRS Form necessarily means that you have a claim against any of the Debtors or that any such claim will ultimately be allowed.  Pursuant and subject to the terms and conditions of the Plan, the Debtors are continuing the claims reconciliation process .  Unless and until a claim has been allowed by order of the Bankruptcy Court or by operation of the Plan, the Debtors reserve all rights and defenses with respect thereto.

If you have any questions regarding this request, please call the SVCMC Information Line at 866-778-1023.

Very truly yours,

Epiq Bankruptcy Solutions, LLC

# **EXHIBIT 1C**

**Epiq Letter Regarding Missing Tax Information Dated July 11, 2014**



FAX 646 282 2501

757 THIRD AVENUE, NEW YORK, NY 10017

July 11, 2014

Dear Claimant:

**Re:    Request for IRS Form**
**Saint Vincents Catholic Medical Centers of New York (2010)**
**Chapter 11 Case No. 10-11963**

As you are likely aware, Saint Vincents Catholic Medical Centers of New York and eight affiliated entities (collectively, the "Debtors") commenced bankruptcy proceedings on April 14, 2010.  On June 29, 2012, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order confirming the Debtors' Second Amended Joint Chapter 11 Plan (the "Plan") and the Plan became effective.

Subject to the terms and conditions of the Plan, the Debtors intend to make an initial (partial) distribution to claimants that hold allowed general unsecured claims (subject to a holdback necessary for disputed claims that have not yet been resolved).  Epiq Bankruptcy Solutions, LLC ("Epiq") has been retained as the distribution agent under the Plan.

**In order to comply with applicable law and be able to make any distribution to which you may be entitled under the Plan, the Debtors request that you complete and return the applicable IRS Form to Epiq immediately at the following address:**

> **Saint Vincents Catholic Medical Centers of New York (2010) W-9 Request**
> **c/o Epiq Bankruptcy Solutions, LLC**
> **757 Third Avenue**
> **3rd Floor**
> **New York, NY 10017**

**Please note that the Debtors will not be able to make any distributions under the Plan to any creditor that fails to return the applicable IRS Form as requested herein.  If you are a "United States person" for U.S. federal income tax purposes (e.g., a U.S. citizen or a U.S. resident), your applicable IRS Form is an IRS Form W-9, a copy of which is included herewith.  If you are a nonresident alien for U.S. federal income tax purposes, your applicable IRS Form is an IRS Form W-8BEN, a copy of which can be provided to you by Epiq upon request.**

Please be advised that neither your receipt of this letter nor your return of a completed IRS Form necessarily means that you have a claim against any of the Debtors or that any such claim will ultimately be allowed.  Pursuant and subject to the terms and conditions of the Plan, the Debtors are continuing the claims reconciliation process.  Unless and until a claim has been allowed by order of the Bankruptcy Court or by operation of the Plan, the Debtors reserve all rights and defenses with respect thereto.

If you have any questions regarding this request, please call the SVCMC Information Line at 866-778-1023.

Very truly yours,

Epiq Bankruptcy Solutions, LLC

## **EXHIBIT 1D**

**Epiq Letter Regarding Missing Tax Information Dated December 8, 2015**



**FAX** 646 282 2501
777 THIRD AVENUE, 12ᵗʰ FLOOR NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

# <u>FINAL NOTICE</u>

December 8, 2015


**Re:** **FINAL REQUEST FOR IRS TAX FORM**
*In re Saint Vincents Catholic Medical Centers of New York, et.al.*
United States Bankruptcy Court for the Southern District of New York
<u>Case No. 10-11963 (CGM)</u>

Dear Claimant:

**THIS NOTICE CONTAINS IMPORTANT INFORMATION REGARDING YOUR CLAIM IN THE ABOVE-LISTED CHAPTER 11 CASES.  FAILURE TO COMPLY WITH THE REQUIREMENTS LISTED BELOW MAY RESULT IN THE FORFEITURE OF A DISTRIBUTION ON ACCOUNT OF YOUR CLAIM.**

On behalf of Eugene I. Davis, liquidating trustee (the "<u>Liquidating Trustee</u>") of the SVCMC Liquidation Trust (the "<u>Liquidating Trust</u>"), the successor in interest to Saint Vincent Catholic Medical Centers of New York and its affiliated debtors[1] (collectively, the "<u>Debtors</u>"), please be advised that of the date of this letter, the Liquidating Trust has not received the tax documentation necessary to issue you an initial distribution on account of your general unsecured claim against the Debtors.

As you may know, on June 29, 2012, the United States Bankruptcy Court for the Southern District of New York entered an order [Docket No. 3060] (the "<u>Confirmation Order</u>") confirming the *Debtors' Second Amended Joint Chapter 11 Plan* [Docket No. 3035] (together with all supplements thereto, the "<u>Plan</u>").[2]  The Plan became effective by its terms on June 29, 2012.  The Liquidating Trustee was appointed pursuant to the Plan and Confirmation Order and is responsible for administering claims against the Debtors' estates.

---

[1] In addition to SVCMC, the Debtors were as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc.  There are certain affiliates of SVCMC who were not Debtors.

[2] Copies of the Debtors' bankruptcy petitions, the Plan, and Confirmation Order may be obtained free of charge from the following website: http://www.svcmcrestructuring.com or by calling 866-778-1023.

Epiq Bankruptcy Solutions, LLC ("Epiq") has been retained by the Liquidating Trust as the distribution agent.  In January 2015, the Liquidating Trust began issuing the initial (partial) distribution to claimants holding allowed general unsecured claims.  **YOUR DISTRIBUTION IS CURRENTLY ON HOLD BECAUSE YOU HAVE NOT SUBMITTED THE REQUIRED IRS FORM.  THIS IS THE FINAL REQUEST FOR THE APPLICABLE TAX FORM THAT WILL BE SENT ON ACCOUNT OF YOUR CLAIM.**

To comply with applicable law, the Liquidating Trust must have the applicable IRS form on file before it will make any distribution to which you may be entitled under the Plan.  To avoid forfeiting your distribution, the Liquidating Trustee requests that you complete and return the applicable IRS Form to Epiq immediately at the following address:

> **Saint Vincents Catholic Medical Centers of New York (2010) W-9 Request**
> **c/o Epiq Bankruptcy Solutions, LLC**
> **777 Third Avenue**
> **12th Floor**
> **New York, NY 10017**

If you are a "United States person" for U.S. federal income tax purposes (*i.e.*, a U.S. citizen or a U.S. resident), your applicable IRS Form is an IRS Form W-9, a copy of which is enclosed.  If you are a nonresident alien for U.S. federal income tax purposes, your applicable IRS Form is an IRS Form W-8BEN, a copy of which can be found at http://www.irs.gov/pub/irs-pdf/fw8ben.pdf or provided to you by Epiq upon request.

**PLEASE BE ADVISED THAT FAILURE TO RESPOND TO THIS NOTICE AND PROVIDE THE APPLICABLE IRS FORM WITHIN FORTY-FIVE (45) DAYS OF THE DATE OF THIS LETTER WILL RESULT IN THE CURRENT DISTRIBUTION ON ACCOUNT OF YOUR CLAIM BEING DECLARED AN "UNDELIVERABLE DISTRIBUTION."  UNDELIVERABLE DISTRIBUTIONS ARE DEEMED FORFEITED AND WILL BE INCLUDED IN THE CLAIMS POOL FOR DISTRIBUTION TO OTHER HOLDERS OF GENERAL UNSECURED CLAIMS AGAINST THE DEBTORS.**

Please also be advised that the Liquidating Trustee expects to issue subsequent distributions approximately every twelve months, with the next distribution expected during the first quarter of 2016.  Accordingly, if you provide the applicable IRS form after 45 days of the date of this letter, you will forfeit the current distribution, but you will receive subsequent distributions on a *pro rata* basis on account of your claim.  If you have any questions regarding this request, please call the SVCMC Information Line at 866-778-1023.

Epiq Bankruptcy Solutions, LLC

## **EXHIBIT 2**

**Epiq Letter Accompanying 2016 Distributions**



P 646 282 2400  F 646 282 2501

777 THIRD AVENUE, NEW YORK, NY 10017

Re:    *In re Saint Vincents Catholic Medical Centers of New York, et al.*; United States Bankruptcy Court for the Southern District of New York, Case No. 10-11963 (CGM)

Dear Sir/Madam:

On behalf of Eugene I. Davis, liquidating trustee (the "Liquidating Trustee") of the SVCMC Liquidation Trust (the "Liquidating Trust"), the successor in interest to Saint Vincent Catholic Medical Centers of New York and its affiliated debtors[1] (collectively, the "Debtors"), please find an enclosed check, which represents the second distribution on account of your general unsecured claim against the Debtors.

As you may know, on June 29, 2012, the United States Bankruptcy Court for the Southern District of New York entered an order [Docket No. 3060] (the "Confirmation Order") confirming the *Debtors' Second Amended Joint Chapter 11 Plan* [Docket No. 3035] (together with all supplements thereto, the "Plan").[2]  The Plan became effective by its terms on June 29, 2012.  The Liquidating Trustee was appointed pursuant to the Plan and Confirmation Order.

Our records indicate that you hold a Class 3 GUC Claim (as defined in the Plan).  Your Class 3 GUC Claim has been allowed in a specified amount against one or more of the Debtors.  The allowed amount of your Class 3 GUC Claim was either (i) fixed pursuant to a stipulation with the Debtors or Order of the Bankruptcy Court, (ii) asserted in a proof of claim that was not objected to by the Debtors, or (iii) included in the Debtors' schedules of assets and liabilities (if you did not file a proof of claim) and not listed as being unliquidated, disputed, or contingent.  At this time, the Liquidating Trustee is making its second distribution, which will be equal to approximately 2.966% of the allowed amount of each allowed Class 3 GUC Claim.

---

[1]   In addition to SVCMC, the Debtors were as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc.  There are certain affiliates of SVCMC who were not Debtors.

[2]   Copies of the Debtors' bankruptcy petitions, the Plan, and Confirmation Order may be obtained free of charge from the following website: http://www.svcmcrestructuring.com.