**In re Saint Vincents Catholic Medical Centers of New York et al. (Case No. 10-11963)**
**Schedule of Expunged [Unliquidated] MedMal Claims**
**Exhibit A**

| CLAIM NO | CLAIMANT | DEBTOR | CLAIM DATE | Expunged Claim Amount ||||| 
| | | | | ADMIN CLAIM AMOUNT | PRIORITY CLAIM AMOUNT | SECURED CLAIM AMOUNT | UNSECURED CLAIM AMOUNT | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 184 | PORRAS, SARAH JOLI (INFANT) BY MOTHER TABITHA ESPINOZA & TABITHA ESPINOZA IND. C/O BRAVERMAN LAW OFFICE PC 50 CHARLES LINDBERG BLVD, STE 400 UNIONDALE NY 11553 | SVCMC | 10/12/2005 | $ - | $ - | $ - | $ - | $ - |
| 773 | DOCKERY, JANNIE 140-16 LINDEN BLVD JAMAICA NY 11436 | SVCMC | 2/23/2006 | $ - | $ - | $ - | $ 2,000,000.00 | $ 2,000,000.00 |
| 1035 | HAYNES, FRED VS. SVCMCSI 289 WESTWWOD AVE APT 4-B STATEN ISLAND NY 10314 | SVCMC | 2/28/2006 | $ - | $ - | $ - | $ - | $ - |
| 1162 | VANDERHOST, KIESNA 40 MADISON AVE #15F NEW YORK NY 10038 | SVCMC | 3/2/2006 | $ - | $ - | $ - | $ - | $ - |
| 1675 | FISHER, AMANDA C/O LINDENBAUM & SILBER, PLLC 419 PARK AVE S 2ND FL NEW YORK NY 10016 | SVCMC | 3/14/2006 | $ - | $ - | $ - | $ - | $ - |
| 1755 | GODFREY, MAUREEN & DAVID C/O PEGALIS & ERICKSON, LLC ONE HOLLOW LANE, SUITE 107 NEW HYDE PARK NY 11042 | SVCMC | 3/16/2006 | $ - | $ - | $ - | $ 5,000,000.00 | $ 5,000,000.00 |
| 1839 | PIERRE, RACHELLE C/O SHANDELL, BLITZ, BLITZ & BOOKSON 150 BROADWAY NEW YORK NY 10038 | SVCMC | 3/20/2006 | $ - | $ - | $ - | $ 5,000,000.00 | $ 5,000,000.00 |
| 1875 | MURRAY-BUSBY, SHARON ATTN: MICHAEL L. BERGMAN BERGMAN BERGMAN GOLDBERG & LAMONSOFF 108-18 QUEENS BLVD., SUITE 903 FOREST HILLS NY 11375 | SVCMC | 3/20/2006 | $ - | $ - | $ - | $ 2,000,000.00 | $ 2,000,000.00 |
| 1917 | BENDER, HEIDI V SVCMCNY 1755 YORK AVENUE APT 25-F BROOKLYN NY 10128 | SVCMC | 3/20/2006 | $ - | $ - | $ - | $ 200,000.00 | $ 200,000.00 |
| 2188 | KOCH, ELIZABETH & NICHOLAS 220 W 24TH ST, 3M NEW YORK NY 10011 | SVCMC | 3/24/2006 | $ - | $ - | $ - | $ 10,000,000.00 | $ 10,000,000.00 |
| 2242 | BERNARD, DEANNA 3311 SHORE PKWY. #1E BROOKLYN NY 11235 | SVCMC | 3/27/2006 | $ - | $ - | $ - | $ - | $ - |
| 2278 | SEERY, JEANINE AND THOMAS 968 PATTERSON AVENUE STATEN ISLAND, NY 10306 | SVCMC | 3/27/2006 | $ - | $ - | $ - | $ 2,000,000.00 | $ 2,000,000.00 |
| 2285 | ARMBRUSTER, MOONIN AS ADMINISTRATRIX OF ESTATE OF CARL AMBRUSTER THE JACOB D. FUCHSBERG LAW FIRM 500 FIFTH AVE., 45TH FLOOR NEW YORK NY 10110 | SVCMC | 3/27/2006 | $ - | $ - | $ - | $ 5,000,000.00 | $ 5,000,000.00 |
| 2317 | ORTIZ, BARBARA 163-47 130TH AVENUE APT #2B JAMAICA NY 11434 | SVCMC | 3/27/2006 | $ - | $ - | $ - | $ 500,000.00 | $ 500,000.00 |
| 2351 | CRUZ, ALEXANDER, INF. FITZGERALD & FITZGERALD, P.C 538 RIVERDALE AVENUE YONKERS NY 10705 | SVCMC | 3/28/2006 | $ - | $ - | $ - | $ - | $ - |
| 2352 | [SANTANA, MARTHA] ARANGO, ELIANA, INF. FITZGERALD & FITZGERALD, P.C. 538 RIVERDALE AVENUE YONKERS NY 10705 | SVCMC | 3/28/2006 | $ - | $ - | $ - | $ - | $ - |
| 2430 | ACOCELLA, KIM (EXECUTRIX OF THE ESTATE OF CHARLES H ACOCELLA, JR DECEASED & INDIV. AS SURVIVING SPOUSE) AS EXEC. 15 PHILIP DRIVE FAIRFIELD NJ 07004 | SVCMC | 3/28/2006 | $ - | $ - | $ - | $ 1,000,000.00 | $ 1,000,000.00 |
| 2491 | ZEAS, LUZ 20 FATHER CAPODANNO BOULEVARD APT 6G STATEN ISLAND, NY 10305 | SVCMC | 3/28/2006 | $ - | $ - | $ - | $ - | $ - |
| 2506 | COOPER, NEISHA J., AS ADMINISTRATRIX OF THE ESTATE OF CLAUDIA J. COOPER C/O COFFINAS & COFFINAS, LLP 275 MADISON AVENUE, SUITE 1000 NEW YORK NY 10016 | SVCMC | 3/28/2006 | $ - | $ - | $ - | $ - | $ - |
| 2538 | CABALLERO, JOSHUA, INF. FITZGERALD & FITZGERALD, P.C. 538 RIVERDALE AVENUE YONKERS NY 10705 | SVCMC | 3/29/2006 | $ - | $ - | $ - | $ - | $ - |

**In re Saint Vincents Catholic Medical Centers of New York et al. (Case No. 10-11963)**
**Schedule of Expunged [Unliquidated] MedMal Claims**
**Exhibit A**

| CLAIM NO | CLAIMANT | DEBTOR | CLAIM DATE | Expunged Claim Amount ||||| 
| | | | | ADMIN CLAIM AMOUNT | PRIORITY CLAIM AMOUNT | SECURED CLAIM AMOUNT | UNSECURED CLAIM AMOUNT | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2573 | PENINSULA HOSPITAL CENTER, STANLEY SPRECHER M.D. & RICHARD STEINBERG MD RE: PHYLLIS DAVIS BREA & YANKOWITZ, 35 N TYSON AVE. FLORAL PARK NY 11001 | SVCMC | 3/29/2006 | $ - | $ - | $ - | $ - | $ - |
| 2599 | NYS NURSES ASSOC C/O THE LAW OFFICES AVRUM J. ROSEN 38 NEW STREET HUNTINGTON NY 11743 | SVCMC | 3/29/2006 | $ - | $ - | $ - | $ - | $ - |
| 2642 | MONTAN, FRANCISCA C/O RAYMOND J AAB, ESQ 61 BROADWAY 25TH FL NEW YORK NY 10006 | SVCMC | 3/29/2006 | $ - | $ - | $ - | $ - | $ - |
| 2667 | DAVIS, PHYLLIS C/O WOLF & FUHRMAN, P.C. 306 HEMPSTEAD AVENUE MALVERNE NY 11565 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ 1,500,000.00 | $ 1,500,000.00 |
| 2682 | GILL, INGRID C/O RAPPAPORT, GLASS, G'WNT & LEVINE 500 FIFTH AVE. - SUITE 1150 NEW YORK NY 10110 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ 1,000,000.00 | $ 1,000,000.00 |
| 2784 | ESMOND, BRIAN 141-18 79TH AVENUE, APT. 1E FLUSHING NY 11366 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ 10,000,000.00 | $ 10,000,000.00 |
| 2858 | SILVERSTEIN, ILLENE KIERAN J. CONLON, ESQ. RYAN & CONLON, LLP 5 HANOVER SQUARE, STE. 1605 NEW YORK NY 10004 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ 1,000,000.00 | $ 1,000,000.00 |
| 2886 | LYONS, AUDREY C. P.O. BOX 8164 F.D.R. STATION NEW YORK NY 10022 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ 50,000,000.00 | $ 50,000,000.00 |
| 2920 | FOLTZ, LORRAINE 42 W MARKET STREET BREEZY POINT NY 11697 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ 100,000.00 | $ 100,000.00 |
| 3104 | ECCLESMSTE, HARRY C/O ASHER & ASSOCS, PC 111 JOHN ST STE 1200 NEW YORK NY 10038 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ - | $ - |
| 3110 | PEREZ, JONATHAN, AN INFANT BY HIS M/N/G, ROSA PELAEZ 73 IRVINE AVE BROOKLYN NY 11273 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ 10,000,000.00 | $ 10,000,000.00 |
| 3141 | ARCE, EDWIN SANUCKI, NEWMAN & TURRET, LLP 225 BROADWAY 8TH FL NEW YORK NY 10007 | SVCMC | 3/28/2006 | $ - | $ - | $ - | $ - | $ - |
| 3149 | TRINIDAD, CARMEN C/O SULLIVAN PAPAIN BLOCK, ET AL. 120 BROADWAY 18TH FL NEW YORK NY 10271 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ 5,000,000.00 | $ 5,000,000.00 |
| 3151 | O'KEEFE, LINDA, ESTATE OF C/0 SULLIVAN PAPAIN BLOCK ET AL 120 BROADWAY NEW YORK NY 10271 | SVCMC | 5/2/2006 | $ 5,000,000.00 | $ - | $ - | | $ 5,000,000.00 |
| 3184 | ACOCELLA, KIM (EXECUTRIX OF THE ESTATE OF CHARLES H ACOCELLA, JR DECEASED & INDIV. AS SURVIVING SPOUSE) AS EXEC. 15 PHILIP DRIVE FAIRFIELD NJ 07004 | SVCMC | 3/28/2006 | $ - | $ - | $ - | $ 1,000,000.00 | $ 1,000,000.00 |
| 3224 | RIVERA, JOEVITA MINCHEW, SANTNER & BRENNER, LLP 1741 VICTORY BLVD STATEN ISLAND, NY 10314 | SVCMC | 10/12/2006 | $ - | $ - | $ - | $ 5,000,000.00 | $ 5,000,000.00 |
| 3235 | [ROBINETT, YASMIRA] TAYLOR-BROWN, TABITHA BY HER M/N/G, YASMIRA ROBINETT & YASMIRA ROBINETT IND. SIMONSON HESS & LEIBOWITZ PC ESQS 15 MAIDEN LANE NEW YORK, NY 10038 | SVCMC | 3/30/2006 | $ - | $ - | $ - | $ - | $ - |
| 3243 | CARDUCCI, MICHELE C/O SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C 120 BROADWAY 18TH FL NEW YORK, NY 10271 | SVCMC | 12/22/2006 | $ 5,000,000.00 | $ - | $ - | $ - | $ 5,000,000.00 |

**In re Saint Vincents Catholic Medical Centers of New York et al. (Case No. 10-11963)**
Schedule of Expunged [Unliquidated] MedMal Claims
Exhibit A

| | | | | Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM NO | CLAIMANT | DEBTOR | CLAIM DATE | ADMIN CLAIM AMOUNT | PRIORITY CLAIM AMOUNT | SECURED CLAIM AMOUNT | UNSECURED CLAIM AMOUNT | CLAIM TOTAL |
| Docket 2426 | PALAEZ, ROSA AS MOTHER AND NATURAL GUARDIAN OF J.P. C/O MICHAEL M BAST SILVERSTEIN & BAST 217 BROADWAY, SUTIE 715 NEW YORK, NY 10007 | SVCMC | 11/17/2006 | $ - | $ - | $ - | $ - | $ - |
| Docket 3864 | ANDERSON, MATTIE (AS ADMINISTRATRIX OF ESTATE OF MOSES ANDERSON AND INDIVIDUALLY) C/O PAUL NADLER SILBERSTEIN AWAD & MIKLOS, PC 600 OLD COUNTRY RD GARDEN CITY, NY 11530 | SVCMC | 11/7/2007 | $ - | $ - | $ - | $ - | $ - |